```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                          Case No. 19-16636-mkn
CENSO LLC.                                                      Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: Admin341              Page 1 of 1           Date Rcvd: Oct 11, 2019
                              Form ID: 309F               Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +CENSO LLC.,    9811 W. CHARLESTON BLVD.,    SUITE 2-351,    LAS VEGAS, NV 89117-7528
10961310        Department of Motor Vehicles,    Records Section,    555 Wright Way,    Carson City, NV 89711-0250
10961313        First American Trustee Servicing,    4795 Regent Blvd., Mall Code 1011-F,
                 TS No.: 190808111-NV-MSI,    Irving, TX 75063
10961315        Mortgage Electronic Registration Systems,    P.O. Box 2026,    Flint, MI 48501-2026
10961312        Nevada Labor Commissioner,    State Mail Room Complez,    Las Vegas, NV 89158
10961316       +Nevada Legal News,    930 South Fourth Street,    TS No.: 190808111-NV-MSI,
                 Las Vegas, NV 89101-6845
10961317       +Salene Finance LP,    9990 Richmond Avenue,    Houston, TX 77042-4559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: becksbk@yahoo.com Oct 12 2019 02:47:55      COREY B. BECK,    425 SOUTH 6TH STREET,
                 LAS VEGAS, NV  89101
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Oct 12 2019 02:48:11      U.S. TRUSTEE - LV - 11,
                 300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10961309        E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Oct 12 2019 02:48:11      Department of Justice,
                 Office of the U.S. Trustee,    600 Las Vegas Blvd.,    Las Vegas, NV 89101-0250
10961311       +EDI: IRS.COM Oct 12 2019 06:43:00     Internal Revenue Service,    Stop 5028,    110 City Parkway,
                 Las Vegas, NV 89106-6085
10961318        E-mail/Text: jrice@taylorbean.com Oct 12 2019 02:47:58
                 Taylor Bean & Whitaker Mortgage Corp.,    1417 North Magnolia Avenue,    Ocala, FL 34475
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10961314        Kathleen Fracker
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              COREY B. BECK    on behalf of Debtor    CENSO LLC. becksbk@yahoo.com,   B.CR71338@notify.bestcase.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                              TOTAL: 2
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **CENSO LLC.**<br>Name | EIN | 83–2788502 |
| United States Bankruptcy Court **District of Nevada**<br>Case number: 19–16636–mkn | | Date case filed for chapter 11 | 10/11/19 |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | CENSO LLC. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9811 W. CHARLESTON BLVD.<br>SUITE 2–351<br>LAS VEGAS, NV 89117 | |
| 4. | **Debtor's attorney**<br>Name and address | COREY B. BECK<br>425 SOUTH 6TH STREET<br>LAS VEGAS, NV 89101 | Contact phone (702) 678–1999<br>Email becksbk@yahoo.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM<br>Contact phone (702) 527–7000<br>Date: 10/11/19 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | November 14, 2019 at 09:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |

**For more information, see page 2 >**

Debtor  **CENSO LLC.**                                                                                       Case number **19–16636–mkn**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 2/12/20**  For a governmental unit: **4/8/20** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  None |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |