```
                        United States Bankruptcy Court
                               District of Nevada
In re:                                                   Case No. 19-16636-mkn
CENSO LLC.                                               Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2       User: smithhc             Page 1 of 1       Date Rcvd: Oct 15, 2019
                           Form ID: ndef11ni         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +CENSO LLC.,    9811 W. CHARLESTON BLVD.,    SUITE 2-351,    LAS VEGAS, NV 89117-7528
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              COREY B. BECK    on behalf of Debtor    CENSO LLC. becksbk@yahoo.com, B.CR71338@notify.bestcase.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

NVB 1007–4 (Rev. 8/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                          BK–19–16636–mkn
                                                                CHAPTER 11
CENSO LLC.

                  Debtor(s)                          NOTICE OF INCOMPLETE
                                                     AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 10/11/19. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

VOLUNTARY PETITION:

   *   The Voluntary Petition did not have attached to it a true copy of the resolution of the corporation's board of directors authorizing the filing. [CORPORATIONS ONLY]

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

   *   The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
        *   Summary of Assets and Liabilities for Non–Individuals (Official Form 206Sum)
        *   Schedule A/B: Property (Official Form 206A/B)
        *   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
        *   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
        *   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
        *   Schedule H: Codebtors (Official Form 206H)
        *   Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202)
   *   The Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

   *   Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 32.

LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:

   *   Pursuant to Fed. R. Bankr. P. 1007(a)(3), the debtor(s) failed to file a list of equity security holders.

\*   Pursuant to Fed. R. Bankr. P. 1007(d), the debtor(s) in a Chapter 11 case failed to file the List of Creditors Holding 20 Largest Unsecured Claims (Form 4) containing the name, address and claim of the creditors that hold the 20 largest unsecured claims.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 10/15/19

*Mary A Schott*

Mary A. Schott
Clerk of Court