COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | |
| ) | HEARING DATE:  December 4, 2019 |
| Debtor. ) | HEARING TIME:  9:30 AM |
| _____ ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES AND STATEMENTS**

    The Debtor, CENSO, LLC., by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C. respectfully represent and move this Court as follows:

    1.    On or about October 11, 2019, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code (11 USC) in the above captioned case.

    2.    Bankruptcy Rules 1007 (c) and 3015 require that a Chapter 11 schedules and Statement be filed on or before October 25, 2019 unless an extension is granted for "cause shown" and on "notice" as the Court may direct.

    3.    Debtor's Chapter 11 petition was prepared and filed quickly in order to stop an foreclosure activity. As a result, Chapter 11 Schedules and Statements were unable to be prepared and filed with the petition.

    4.    Debtor has been unable to complete the task of gathering all financial information necessary to enable Debtor's to complete the Chapter 11 schedules and statements. The additional time requested will allow Debtor to do so.

1  Wherefore, Debtor respectfully prays that your Honorable Court extend the time for filing schedules and statements.

DATED this 4th day of November, 2019.

Respectfully submitted,

 /s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor