**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-16636-mkn** |
| | **CHAPTER 11** |
| **CENSO LLC.,** | |
|    **DEBTOR.** | |
| _____/ | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT** on behalf of SELENE FINANCE LP (Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                              RAS Crane, LLC
                                              Attorney for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170,
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              By: <u>/s/Darrelyn Thomas</u>
                                                  Darrelyn Thomas, Esq.
                                                  Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CENSO LLC.
9811 W. CHARLESTON BLVD. SUITE 2-351
LAS VEGAS, NV 89117

### *AND VIA ELECTRONIC MAIL TO:*

COREY B. BECK
425 SOUTH 6TH STREET
LAS VEGAS, NV 89101

U.S. TRUSTEE - LV -
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

                RAS Crane, LLC
                Attorney for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170,
                Duluth, GA 30097
                Telephone: 470-321-7112
                By: /s/Darrelyn Thomas
                Darrelyn Thomas, Esq.
                Email: dthomas@rascrane.com