_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 09, 2019

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| CENSO, LLC. | Chapter 11 |
| Debtor. | HEARING DATE: December 4, 2019<br>HEARING TIME: 9:30 AM |

**ORDER RE: MOTION FOR EXTENSION OF TIME
TO FILE CHAPTER 11 SCHEDULES AND STATEMENTS**

THIS MATTER having come on for hearing this 4th day of December, 2019, the Honorable Nakagawa presiding, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, ESQ. having appeared on behalf of the Debtor, based upon the papers and pleadings on file herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Debtor's Motion for Extension of Time to File Chapter 11 Schedules and Statements is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the deadline to file schedules and statements is December 11, 2019.

///

//

1  DATED this 6th day of December, 2019.

2                                                          Submitted by:

3                                                           /s/ COREY B. BECK
                                                           COREY B. BECK, ESQ.
4                                                          Nevada Bar No. 005870
                                                           THE LAW OFFICE OF COREY B. BECK, P.C.
5                                                          425 South Sixth Street
                                                           Las Vegas, Nevada 89101
6                                                          Ph: (702) 678-1999
                                                           Fax: (702) 678-6788
7                                                          becksbk@yahoo.com

8                                                          Attorney for Debtor

**COMPLIANCE WITH LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

APPROVE         DISAPPROVED         RESPONSE

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 6th day of December, 2019.

/s/ VANESSA ANDERSON
An employee of The Law Office of
Corey B. Beck, Esq.