COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) | BK-S-19-16636-MKN |
| --- | --- | --- |
| CENSO, LLC. | ) | Chapter 11 |
| | ) | |
| | ) | HEARING DATE: January 8, 2020 |
| Debtor. | ) | HEARING TIME:  9:30 AM |
| | ) | |

**DECLARATION UNDER PENALTY OF PERJURY OF COREY B. BECK, ESQ., IN SUPPORT OF APPLICATION TO EMPLOY COREY B. BECK, ESQ., AS ATTORNEY FOR DEBTOR POSSESSION**

I, Corey B. Beck, declare under penalty of perjury the following:

1. That I am an attorney at law and member in good standing of the State Bar of Nevada, as well as the bar of the United States District Court for the Districts of Nevada.

2. That I make this Declaration Under Penalty of Perjury in support of the Debtor's Application to Employ Corey B. Beck Attorney for the Debtor in Possession.

3. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with the Debtor in Possession.

4. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with any creditors in this case.

5. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with the U.S. Trustee in this case.

6. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with any respective attorneys and accountants in this case.

7. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with any other parties in interest in this case.

8. For this reason, I am seeking Nunc Pro Tunc approval.

9. I have communicated with the Debtor as to opening a debtor in possession bank account.

**I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED this 11th day of December, 2019.

Submitted by:

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

###