COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| CENSO, LLC. | Chapter 11 |
| Debtor. | HEARING DATE: January 8, 2020<br>HEARING TIME: 9:30 AM |

**CERTIFICATE OF SERVICE OF APPLICATION TO EMPLOY ATTORNEY UNDER GENERAL RETAINER SEEKING NUNC PRO TUNC APPROVAL TO DATE OF FILING**

I hereby certify that on the 11th day of December, 2019, I mailed a true and correct copy of the filing of ***APPLICATION TO EMPLOY ATTORNEY UNDER GENERAL RETAINER SEEKING NUNC PRO TUNC APPROVAL TO DATE OF FILING***, via electronic filing, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

COREY B. BECK                                              **SENT VIA ELECTRONICALLY**
c/o CENSO LLC.
becksbk@yahoo.com
B.CR71338@notify.bestcase.com

DARRELYN SHANAE THOMAS                       **SENT VIA ELECTRONICALLY**
c/o SELENE FINANCE LP
dthomas@rascrane.com

U.S. TRUSTEE - LV - 11                                   **SENT VIA ELECTRONICALLY**
USTPRegion17.lv.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　　/s/ VANESSA ANDERSON

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　An Employee of
　　　　　　　　　　　　　　　　　　　　The Law Office of Corey B. Beck, P.C.