```
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | CONTINUED §341 MEETING: |
| | HEARING DATE: January 23, 2020 |
| Debtor. | HEARING TIME:   12:00 PM |

### NOTICE OF HEARING OF CONTINUED §341 MEETING OF CREDITORS

TO:   CENSO, LLC., Debtor;

TO:   JUDGE NAKAGAWA;

TO:   ALL OTHER INTERESTED PARTIES

**THE COURT,** the Debtors, and all creditors and parties in interest are hereby notified of a continued §341 Meeting of Creditors hearing:

| | |
|---|---|
| Applicant: | Corey B. Beck, Esq. |
| Judge: | Landis |
| Continued Hearing date: | January 23, 2020 |
| Continued Hearing time: | 12:00 p.m. |
| Place: | Foley Federal Building, Room 1500 |
| | 300 Las Vegas Blvd. S. |
| | Las Vegas, NV 89101 |

**TAKE FURTHER NOTICE** any party who objects to continued hearing an Opposition must be filed pursuant to Local Rule 9014(d)(1):

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

1

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to *allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the continued §341 Meeting of Creditors hearing in this case will be held in the Foley Federal Building, 300 Las Vegas Blvd. South, Room 1500, Las Vegas, Nevada, 89101 on January 23, 2020 at the hour of 12:00 p.m.

DATED this 13th day of December, 2019.

/s/COREY B. BECK
_____
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | CONTINUED §341 MEETING: |
| ) | HEARING DATE: January 23, 2020 |
| Debtor. ) | HEARING TIME:   12:00 PM |
| _____ ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING
OF CONTINUED §341 MEETING OF CREDITORS**

I hereby certify that on the 13th day of December, 2019, I mailed a true and correct copy of

***NOTICE OF HEARING OF CONTINUED §341 MEETING OF CREDITORS*** via first class mail,

postage pre-paid, certifies mail, to the following parties of interest, at their last known addresses, as

follows and on attached mailing matrix:

COREY B. BECK                                                **SENT VIA ELECTRONICALLY**
c/o CENSO LLC.
becksbk@yahoo.com
B.CR71338@notify.bestcase.com

DARRELYN SHANAE THOMAS                      **SENT VIA ELECTRONICALLY**
c/o SELENE FINANCE LP
dthomas@rascrane.com

U.S. TRUSTEE - LV - 11                                    **SENT VIA ELECTRONICALLY**
USTPRegion17.lv.ecf@usdoj.gov


                                                /s/ VANESSA ANDERSON
                                                _____
                                                An Employee of
                                                The Law Office of Corey B. Beck, P.C.

3