COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                         )   BK-S-19-16636-MKN
                                               )   Chapter 11
CENSO, LLC.                                    )
                                               )
                                               )   HEARING DATE: January 22, 2020
                                               )   HEARING TIME:  9:30 AM
                    Debtor.                    )
                                               )

**SUPPLEMENTAL DECLARATION IN SUPPORT OF PERJURY OF COREY B. BECK, ESQ., IN SUPPORT OF APPLICATION TO EMPLOY COREY B. BECK AS ATTORNEY FOR DEBTOR IN POSSESSION**

1. Undersigned counsel has supplemented declaration to justify legal services in favor of nunc pro tunc approval.

2. Case involves reorganization of 3 investment properties; 1161 Dana Maple Court, Las Vegas, NV 89123, 5900 Negril Avenue, Las Vegas, NV 89130 and 11441 Allerton Park Drive, #411 Las Vegas, NV 89135. Chapter 11 filed in which to pay fair market value of properties.

3. All of the properties were purchased at HOA foreclosure sales.

4. All three properties have been in State Court litigation over the title.

5. Undersigned counsel requested and reviewed litigation documents as well as district court pleadings.

6. The bottom line is that Debtor is property owner of 3 properties, but they are subject to the Bank's Deeds of Trust because of "Federal Bar" to recovery in State Court litigation.

7. In addition, 11441 Allerton Park Drive property Deed of Trust held by Green Tree

1  Servicing, LLC., c/o DiTech Financial, LLC., has improper address and legal description.

8. Debtor is contemplating filing adversary action regarding DiTech Bank regarding 11441 Allerton Park Drive property. The upshot of inquiry is that DiTech may only have an unsecured claim if adversary action is brought to determine extent of validity of the lien.

9. Legal services performed were necessary and timely to prosecute Chapter 11 as well as make decisions regarding commencement of adversary case.

10. Detail of legal services provided substantiates order of nunc pro tunc relief.

DATED this 21st day of January, 2020.

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo

Attorney for Debtor

###