COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:             ) | BK-S-19-16636-MKN |
|             ) | Chapter 11 |
| CENSO, LLC.             ) | |
|             ) | |
|             ) | HEARING DATE: OST REQUESTED |
|         Debtor.     ) | HEARING TIME: OST REQUESTED |
| _____ ) | |

### MOTION TO EXTEND EXCLUSIVITY PERIOD
### PURSUANT TO 11 U.S.C. §105(a) AND §1121(d)

Censo, LLC., (Debtor) respectfully requests this Court approve a 120-day extension of the

Debtor's 120-day exclusivity period under 11 U.S.C. §1121(b) to file a Disclosure Statement and

Reorganization Plan. This Motion is made and based on 11 U.S.C. §105(a) and 1121(d), the

papers and pleadings on file herein, and any argument of counsel presented at any hearing held in

respect to this application.

**I.**

**STATEMENT OF FACT**

1. On or about October 11, 2019, the Debtors filed a petition under Chapter 11 of

the Bankruptcy Code (11 USC) in the above captioned case.

2. The Debtor's continued §341 Meeting of Creditors was rescheduled to December

5, 2019 at 2:00 PM.

3. The 120-day exclusivity period to file a Disclosure Statement and Reorganization

Plan will expire on February 10, 2020. This extension will allow undersigned

counsel and the Debtor to complete further investigation and gather information.

Such extension would provide the Debtor until approximately until June 2, 2020

to file its Disclosure Statement and Reorganization Plan or otherwise effectuate settlement.

4.   Application to Employ Nunc Pro Tunc was heard on June 12, 2019. Application was approved - undersigned counsel is submitting order which indicates that there are no contacts with employees of the U.S. Trustee.

5.   Chapter 11 Plan is for propose of reorganizing 3 investment properties;1161 Dana Maple Court,  5900 Negril Avenue, and 11441 Allerton Park Dr. # 411.

6.   Properties were obtained at HOA foreclosure sales.

7.   State court litigation has been completed.  Debtor is proper owner of properties therefore, they are subject to mortgages.

8.   Undersigned counsel has just received appraisals to file and obtain orders valuing investment properties.

9.   In addition, undersigned counsel has rescheduled _____ on an adversary action on Green Tree Servicing.  The property may well be unsecured.  ie description and property address is incorrect on Deed of Trust securing said property.

10.   Debtor believes in good faith that the extension is necessary and proper to obtain order valuing investment property, as well as, for more _____ with prosecuting _____ as to Green Tree Servicing.  Additional time will allow _____ be taken forward _____.

11.   Debtor believes in good faith that this extension is necessary and proper for the successful progress of this case and is in the best interests of creditors.

## II.

## STATEMENT OF LAW

This Court has authority pursuant to 11 U.S.C. §105 and 1121(d) to grant a request of a party in interest, that is made within the exclusivity period, to extend the exclusivity of the Debtor for up to 18 months after the date of the order for relief.  The Debtor is not seeking a significant extension of time.  The Debtor's initial 120-day period is only being extended by 120

1  days. Debtor has been working on preparation of the Disclosure Statement and Reorganization

2  Plan.

3       Extension will allow Debtor to gather necessary information. In addition, it is appropriate

4  to discuss options available in this case.

5       WHEREFORE, Debtors respectfully request that the Court approve the requested

6  extension of the Debtor's exclusivity period by 120-days to June 2, 2020, to necessary file

7  Disclosure Statement and Plan.

8  DATED this 3rd day of February, 2020.

9                       Respectfully submitted,

10                       /s/ COREY B. BECK
                     COREY B. BECK, ESQ.

11                       Nevada Bar No. 005870
                     LAW OFFICE OF COREY B. BECK, P.C.

12                       425 South Sixth Street
                     Las Vegas, Nevada 89101

13                       Ph.: (702) 678-1999
                     Fax: (702) 678-6788

14                       becksbk@yahoo.com

15                       Attorney for Debtor