COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) | BK-S-19-16636-MKN |
| --- | --- | --- |
| | ) | Chapter 11 |
| CENSO, LLC. | ) | |
| | ) | |
| | ) | HEARING DATE: |
| Debtor. | ) | HEARING TIME: |
| | ) | |

**APPLICATION FOR ORDER SHORTENING TIME**

Debtor applies for an Order Shortening Time for hearing on **MOTION TO EXTEND EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §105(a) AND §1121(d),** upon the grounds set forth in the accompanying Affidavit of Corey B. Beck, Esq.

DATED this 3rd day of February, 2020.

      /s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

1

**DECLARATION OF COREY B. BECK, ESQ. IN SUPPORT
OF ORDER SHORTENING TIME**

STATE OF NEVADA        )
                       )s.s.
COUNTY OF CLARK        )

COREY B. BECK, ESQ., being first duly sworn, deposes and says:

1. I am an attorney at law licensed to practice and practicing in the State of Nevada, and am the attorney for the Debtors herein, Censo, LLC. I make this Affidavit on the Debtor's behalf in support of the within Application for Order Shortening Time.

2. On or about October 11, 2019, the Debtors filed a petition under Chapter 11 of the Bankruptcy Code (11 USC) in the above captioned case.

3. The Debtor's continued §341 Meeting of Creditors was rescheduled to December 5, 2019 at 2:00 PM.

4. **The 120-day exclusivity period to file a Disclosure Statement and Reorganization Plan will expire on February 10, 2020.** This extension will allow undersigned counsel and the Debtor to complete further investigation and gather information. Such extension would provide the Debtor until approximately until June 8, 2020 to file its Disclosure Statement and Reorganization Plan.

5. Application to Employ Nunc Pro Tunc was heard on January 8, 2020. Application was approved - undersigned counsel is submitting order which indicates that there are no contacts with employees of the U.S. Trustee.

6. Chapter 11 Plan is for propose of reorganizing 3 investment properties;1161 Dana Maple Court, 5900 Negril Avenue, and 11441 Allerton Park Dr. # 411.

7. Properties were obtained at HOA foreclosure sales.

8. State court litigation has been completed. Debtor is proper owner of properties therefore, they are subject to mortgages.

9. Undersigned counsel has just received appraisals to file and obtain orders valuing investment properties.

10. In addition, undersigned counsel has researched filing an adversary action on Green Tree Servicing. The property may well be unsecured. ie description and property address is incorrect on Deed of Trust securing said property.

11. Debtor believes in good faith that the extension is necessary and proper to obtain order valuing investment properties. Debtor will also determine if adversary action as to Green Tree Servicing is appropriate. Finally, undersigned counsel will also seek agreements with secured creditors along with a vote for the plan.

12. Debtor believes in good faith that this extension is necessary and proper for the successful progress of this case and is in the best interests of creditors.

13. Facts and circumstances substantiate an immediate court hearing.

14. An expedited hearing is requested in this matter.

Affiant further sayeth not.

                                     /s/ COREY B. BECK
                                     COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

1