COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In Re: | ) | BK-S-19-16636-MKN |
| | ) | Chapter 11 |
| CENSO, LLC. | ) | |
| | ) | |
| | ) | HEARING DATE: OST REQUESTED |
| Debtor. | ) | HEARING TIME: OST REQUESTED |
| | ) | |

**ATTORNEY INFORMATION SHEET FOR**
**PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Edward M. McDonald, Trial Attorney<br>U.S. Department of Justice<br>Office of the United States Trustee<br>300 Las Vegas Blvd. So., Suite 4300<br>Las Vegas, NV 89101 | 2/3/2020 | | |

Comments:

Corey B. Beck, Esq. contacted via email 2/3/20. His response is pending.

Dated this 3rd day of February, 2020.

Submitted by:

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

1