_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 04, 2020

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN Chapter 11 |
| ) | |
| CENSO, LLC. ) | |
| ) | HEARING DATE: February 12, 2020 |
| ) | HEARING TIME: 9:30 A.M. |
| Debtor. ) | |
| ) | |

**ORDER SHORTENING TIME**

The Court having read and considered the Application of Debtor for an Order shortening the time, and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on the said *MOTION TO EXTEND EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §105(a) AND §1121(d),* will be held before a United States Bankruptcy Judge Nakagawa, in the Foley Federal Building, Bankruptcy Courtroom No. 2, 300 Las Vegas Blvd. South, Las Vegas, NV, on February 12, 2020 at 9:30 AM. Opposition are due February 10, 2020.

DATED this 3rd day of February, 2020.          Submitted by:

 /s/ COREY B. BECK
COREY B. BECK, ESQ.
LAW OFFICE OF COREY B. BECK, ESQ.
425 South Sixth Street
Las Vegas, NV 89101

1