COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | HEARING DATE: February 12, 2020 |
| Debtor. | HEARING TIME:  9:30 AM |

**AMENDED MOTION TO EXTEND EXCLUSIVITY PERIOD**
**PURSUANT TO 11 U.S.C. §105(a) AND §1121(d)**

    Censo, LLC., (Debtor) respectfully requests this Court approve a 120-day extension of the Debtor's 120-day exclusivity period under 11 U.S.C. §1121(b) to file a Disclosure Statement and Reorganization Plan.  This Motion is made and based on 11 U.S.C. §105(a) and 1121(d), the papers and pleadings on file herein, and any argument of counsel presented at any hearing held in respect to this application.

**I.**

**STATEMENT OF FACT**

1. On or about October 11, 2019, the Debtors filed a petition under Chapter 11 of the Bankruptcy Code (11 USC) in the above captioned case.

2. The Debtor's continued §341 Meeting of Creditors was rescheduled to December 5, 2019 at 2:00 PM.

3. The 120-day exclusivity period to file a Disclosure Statement and Reorganization Plan will expire on February 10, 2020. This extension will allow undersigned counsel and the Debtor to complete further investigation and gather information. Such extension would provide the Debtor until approximately until June 2, 2020

1  to file its Disclosure Statement and Reorganization Plan.

4. Application to Employ Nunc Pro Tunc was heard on January 8, 2020. Application was approved - undersigned counsel is submitting order which indicates that there are no contacts with employees of the U.S. Trustee.

5. Chapter 11 Plan is for propose of reorganizing 3 investment properties;1161 Dana Maple Court, 5900 Negril Avenue, and 11441 Allerton Park Dr. # 411.

6. Properties were obtained at HOA foreclosure sales.

7. State court litigation has been completed. Debtor is proper owner of properties therefore, they are subject to mortgages.

8. Undersigned counsel has just received appraisals to file and obtain orders valuing investment properties.

9. In addition, undersigned counsel has researched filing an adversary action on Green Tree Servicing. The property may well be unsecured. ie description and property address is incorrect on Deed of Trust securing said property.

10. Debtor believes in good faith that the extension is necessary and proper to obtain order valuing investment properties. Debtor will also determine if adversary action as to Green Tree Servicing is appropriate. Finally, undersigned counsel will also seek agreements with secured creditors along with a vote for the plan.

11. Debtor believes in good faith that this extension is necessary and proper for the successful progress of this case and is in the best interests of creditors.

## II.

## STATEMENT OF LAW

This Court has authority pursuant to 11 U.S.C. §105 and 1121(d) to grant a request of a party in interest, that is made within the exclusivity period, to extend the exclusivity of the Debtor for up to 18 months after the date of the order for relief. The Debtor is not seeking a significant extension of time. The Debtor's initial 120-day period is only being extended by 120 days. Debtor has been working on preparation of the Disclosure Statement and Reorganization Plan.

Extension will allow Debtor to gather necessary information. In addition, it is appropriate to discuss options available in this case.

WHEREFORE, Debtors respectfully request that the Court approve the requested extension of the Debtor's exclusivity period by 120-days to June 8, 2020, to necessary file Disclosure Statement and Plan.

DATED this 3rd day of February, 2020.

                                    Respectfully submitted,

                                    /s/ COREY B. BECK
                                  COREY B. BECK, ESQ.
                                  Nevada Bar No. 005870
                                  LAW OFFICE OF COREY B. BECK, P.C.
                                  425 South Sixth Street
                                  Las Vegas, Nevada 89101
                                  Ph.: (702) 678-1999
                                  Fax: (702) 678-6788
                                  becksbk@yahoo.com

                                  Attorney for Debtor