COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | HEARING DATE:  February , 2019 |
| Debtor. | HEARING TIME:   9:30 AM |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §105(a) AND §1121(d) AND ORDER SHORTENING TIME**

I hereby certify that on the 4th day of February, 2020, I mailed a true and correct copy of the filing of *MOTION TO EXTEND EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §105(a) AND §1121(d) AND ORDER SHORTENING TIME*, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

DARRELYN SHANAE THOMAS          **SENT VIA ELECTRONICALLY**
c/o SELENE FINANCE LP
dthomas@rascrane.com

U.S. TRUSTEE - LV - 11          **SENT VIA ELECTRONICALLY**
USTPRegion17.lv.ecf@usdoj.gov


 /s/ VANESSA ANDERSON
_____
An Employee of
The Law Office of Corey B. Beck, P.C