Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE:<br>**Censo LLC.,**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case Number: 19-16636-mkn<br><br>Chapter: 11 |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Ste 110<br>Greenville, SC 29601 | McCarthy & Holthus, LLP<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>(877) 369-6122 |

///

M&H File No. NV-20-160941

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 2/26/2020                                McCarthy & Holthus, LLP

                                        By:   /s/  Michael Chen
                                              Michael Chen, Esq.
                                              Attorneys for NewRez LLC, F/K/A New
                                              Penn Financial, LLC, D/B/A Shellpoint
                                              Mortgage Servicing, its assignees and/or
                                              successors

M&H File No. NV-20-160941