_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 02, 2020

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | |
| ) | HEARING DATE: February 12, 2020 |
| Debtor. ) | HEARING TIME: 9:30 AM |
| _____ ) | |

**ORDER RE: MOTION TO EXTEND EXCLUSIVITY PERIOD
PURSUANT TO 11 U.S.C. §105(a) AND §1121(d)**

THIS MATTER having come on for hearing this 12th day of February, 2020, the Honorable Judge Nakagawa presiding, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, ESQ. having appeared on behalf of the Debtor, based upon the papers and pleadings on file herein;

/ / / /

/ / / /

/ / / /

/ / / /

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that this Motion to Extend Exclusivity Period Pursuant to 11 U.S.C. §105(a) and §1121(d) is hereby GRANTED.

**IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED** that exclusivity period has been extended 120 days to June 2, 2020.

DATED this 28th day of February, 2020.

Submitted by:

  /s/ COREY B BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Censo, LLC.

**COMPLIANCE WITH LR 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

 X   No parties appeared or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

APPROVED    DISAPPROVED    NO RESPONSE

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 28th day of February, 2020.

/s/ VANESSA ANDERSON
An employee of The Law Office of
Corey B. Beck, Esq.

##