**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 20-71093

Attorney for Selene Finance LP

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>CENSO LLC.<br><br>Debtor. | Case No. 19-16636-mkn<br><br>Chapter 11<br><br>**SELENE FINANCE LP'S**<br>**REQUEST FOR SPECIAL NOTICE** |

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

COMES NOW, **TIFFANY & BOSCO, P.A.**, as attorneys for Selene Finance LP ("Secured Creditor"), and hereby requests special notice of all events relevant to the above-referenced bankruptcy, including all pleadings or notices under the Federal Rule of Bankruptcy Procedures, the commencement of any adversary proceedings, the filing of any requests for hearings, objections and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

/././

/././

1

TIFFANY & BOSCO, P.A. requests that for all notice purposes and for inclusion in the master mailing list in this case that the following be given to and served upon the undersigned at the following address and telephone number:

**TIFFANY & BOSCO, P.A.**
C/O Ace C. Van Patten, Esq.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
(702) 258-8200

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall constitute a waiver of any rights Secured Creditor may be entitled to exercise.

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed. R. Bankr. Rule 7004. Secured Creditor must be served directly and does not authorize TIFFANY & BOSCO, P.A., to act as its agent for purposes of service under Fed. R. Bankr. Rule 7004.

DATED this 2nd day of March, 2020.

**TIFFANY & BOSCO, P.A.**

By: /s/ Ace C. Van Patten, Esq.
**ACE C. VAN PATTEN, ESQ.**
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 20-71093

Attorney for Selene Finance LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:<br><br>CENSO LLC.<br><br>            Debtor. | Case No. 19-16636-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF MAILING** |
|---|---|

### CERTIFICATE OF MAILING

1. On March 2, 2020, I served the following document:

**REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

   Corey B. Beck
   becksbk@yahoo.com
   Attorney for Debtor

   U.S. Trustee - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov
   Trustee

3

    X  **b. United States mail, postage fully prepaid:**

        Corey B. Beck
        425 South 6th Street
        Las Vegas, NV 89101
        Attorney for Debtor

        Censo LLC.
        Attn:  Officer or Agent
        9811 W. Charleston Blvd., Suite 2-351
        Las Vegas, NV  89117
        Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 2nd day of March, 2020.

By:  /s/ Michelle Benson

4