_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 03, 2020

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | |
| ) | HEARING DATE: January 22, 2020 |
| Debtor. ) | HEARING TIME:  9:30 AM |
| ) | |

**ORDER RE: APPLICATION TO EMPLOY ATTORNEY UNDER GENERAL RETAINER SEEKING NUNC PRO TUNC APPROVAL TO DATE OF FILING**

Upon the previously submitted Application of the Debtor praying for authority to employ and appoint COREY B. BECK, ESQ. under general retainer to represent the Debtors in the above-captioned matter, and upon the Verified Statement of COREY B. BECK, ESQ., it appearing that the required notice of said Application has been given to the United States Trustee, no hearing on said Application having been requested or required, it further appearing that COREY B. BECK, ESQ. is an attorney duly admitted to practice in this Court, the Court being satisfied that COREY B. BECK, ESQ. represents no interest adverse to said bankruptcy estate or interested parties in the matters upon which COREY B. BECK, ESQ. is to be engaged, that the employment of COREY B. BECK, ESQ. is necessary and would be to the best interest of the estate, and that the case is one justifying general retainer,

**IT IS HEREBY ORDERED** that the Debtor's Application to Employ Attorney Under General Retainer Seeking Nunc Pro Tunc Approval to Date of Filing is GRANTED, and that the Debtors are authorized to employ and appoint COREY B. BECK, ESQ. as Debtor's attorney under a general retainer in the amount of $20,000.00 in the above-captioned bankruptcy case;

**IT IS HEREBY FURTHERED ORDERED** that Debtors' Attorney does not have any ownership interest in the Debtor, and that the Debtor did not owe Corey B. Beck, Esq., any money prior to the bankruptcy petition being filed;

**IT IS HEREBY FURTHERED ORDERED** that per Judge's ruling, undersigned counsel has filed an Amended Declaration Under Penalty of Perjury of Corey B. Beck, Esq., in Support of Application to Employ Corey B. Beck, Esq., as Attorney for Debtor Possession stating that undersigned counsel does not have any connection(s), (either direct or indirect), with any employee of the U.S. Trustee in this case.

DATED this 28th day of February, 2020.

Submitted by:

/s/ COREY B. BECK_____
COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com
Attorney for Debtor

 *  *  *
 *  *
 *

2

**COMPLIANCE WITH LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

 X  No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

          APPROVED  DISAPPROVED  NO RESPONSE

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 28th day of February, 2020.

         /s/ VANESSA ANDERSON
         An employee of The Law Office of
         Corey B. Beck, Esq.

         ###