Kristin A. Schuler-Hintz, Esq., SBN 7171  
Michael Chen, Esq., SBN 7307  
McCarthy & Holthus, LLP  
9510 West Sahara Avenue, Suite 200  
Las Vegas, NV 89117  
Phone (702) 685-0329  
Fax (866) 339-5691  
NVBK@McCarthyHolthus.com  

E-filed: 5/18/2020

Attorney for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

Censo LLC.

    Debtor

) Case No. 19-16636-mkn  
)  
) Chapter 11  
)  
) **NOTICE OF HEARING ON NEWREZ**  
) **LLC D/B/A SHELLPOINT MORTGAGE**  
) **SERVICING'S MOTION FOR RELIEF**  
) **FROM AUTOMATIC STAY WITH**  
) **CERTIFICATE OF SERVICE**  
)  
) DATE:   6/24/2020  
) TIME:   9:30am  
)  
)

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on 5/18/2020 by McCarthy & Holthus, LLP. The Motion seeks the following relief: Secured Creditor seeks an order terminating/modifying the automatic stay to allow it foreclose on the subject property, or, in the alternative as appropriate, seek to modify the loan as to the subject real property commonly known as 1141 Allerton Park Drive #411, Las Vegas, NV 89109. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an

opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion. If the hearing date has been set on shortened time in accordance with LR 9006, then the opposition must be filed and served no later than 2 business days before the hearing, or as set forth in the Order Shortening Time. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with this court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 2, Las Vegas, Nevada 89101 on 6/24/2020 at the hour of 9:30am.

Dated: May 18, 2020                                         McCarthy & Holthus, LLP

By: /s/ Michael Chen
Michael Chen, Esq.
Attorney for Secured Creditor
NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

CERTIFICATE OF SERVICE

On 5/18/2020, I served the foregoing documents described as **NOTICE OF HEARING ON NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Corey B. Beck
becksbk@yahoo.com

TRUSTEE
U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Raquel Rivera
Raquel Rivera

On 5/18/2020, I served the foregoing documents described as **NOTICE OF HEARING ON NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Censo LLC.
9811 W. Charleston Blvd.
Suite 2-351
Las Vegas, NV 89117

CO-BORROWER
James W Pengilly
1141 Allerton Park Drive #411
Las Vegas, NV 89109

SPECIAL NOTICE
RAS Crane, LLC
Selene Finance LP
Attn: Managing Agent
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

Records Section
Department of Motor Vehicles
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711-0250

Stop 5028
Internal Revenue Service
Attn: Managing Agent
110 City Parkway
Las Vegas, NV 89106-4604

Taylor Bean & Whitaker Mortgage Corp.
Attn: Managing Agent
1417 North Magnolia Avenue
Ocala, FL 34475

Mortgage Electronic Registration Systems
Attn: Managing Agent
P.O. Box 2026
Flint, MI 48501-2026

SELENE FINANCE LP
Attn: Managing Agent
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

Salene Finance LP
Attn: Managing Agent
9990 Richmond Avenue
Houston, TX 77042

First American Trustee Servicing
Attn: Managing Agent
4795 Regent Blvd., Mall Code 1011-F
Irving, TX 75063

Nevada Legal News
Attn: Managing Agent
930 South Fourth Street
TS No.: 190808111-NV-MSI
Las Vegas, NV 89101

LARGEST UNSECURED CREDITORS
Green Tree Servicing L
Attn: Managing Agent
Po Box 6172
Rapid City, SD 57709

Republic Services
Attn: Managing Agent
PO Box 98508
Las Vegas, NV 89193

Paradise Falls HOA
Attn: Managing Agent
c/o Nicklin Property Mgmt.
P.O. Box 63338
Phoenix, AZ 85082

Sagecreek HOA
Attn: Managing Agent
c/o Level Property Mgmt.
8966 Spanish Ridge #100
Las Vegas, NV 89148

Selene Finance LP
Attn: Managing Agent
9990 Richmond Avenue #400
Houston, TX 77042

Summerlin South Comm. HOA
Attn: Managing Agent
10801 W. Charleston Blvd. 3rd Floor
Las Vegas, NV 89135

The Hartford Central Recovery Office
Attn: Managing Agent
PO Box 14272
Lexington, KY 40512

West Charleston Lofts HOA
Attn: Managing Agent
c/o First Service Residential
8290 Arville Street
Las Vegas, NV 89139

OTHER LIEN HOLDERS
Red Rock Financial Services
Attn: Managing Agent
770 E. Warm Springs Rd.
Suite 320
Las Vegas, NV 89119

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh