## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:  CENSO LLC | **Case No.**  19-16636 - MKN |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(REAL ESTATE CASE)** |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** MARCH 31 2020          **PETITION DATE:** 10/11/2019 0:00

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in   $1

| 2. | Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| | a.  Current Assets | $2,133 | $2,071 | |
| | b.  Total Assets | $875,741 | $875,679 | $873,608 |
| | c.  Current Liabilities | $0 | $0 | |
| | d.  Total Liabilities | $873,608 | $873,608 | $1,901,500 |

| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| | a.  Total Receipts | $3,655 | $3,655 | $19,700 |
| | b.  Total Disbursements | $2,636 | $2,950 | $17,567 |
| | c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,019 | $705 | $2,133 |
| | d.  Cash Balance Beginning of Month | $1,113 | $408 | $0 |
| | e.  Cash Balance End of Month (c + d) | $2,132 | $1,113 | $2,133 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $608 | $700 | $608 |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $0 | $0 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15.  **Check if paid:** Post-petition taxes ___ ;          U.S. Trustee Quarterly Fees ___ ;  Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   4/21/2020 0:00

_____
Responsible Individual

Revised 1/1/98

CASE #  19-16636                    **CENSO LLC**                    MARCH        2020

## PAGE 1. DETAILS OF ITEM MARKED "YES"

QUESTION 11:        **AMOUNT**                              **PAYEE**

$ 1,063.00            THRIVE PROPERTY MANAGEMENT & INVESTMENTS INC.

FOR MARCH 2020 MONTHLY MANAGEMENT FEES.

FEES ARE SCHEDULED MONTHLY, IN NORMAL COURSE OF BUSINESS.

THRIVE PROPERTY MANAGEMENT & INVESTMENTS INC. IS SOLELY OWNED AND OPERATED BY MELANI SCHULTE.

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended MARCH 31 2020

| Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | |
| | | | **Revenues:** | | |
| $3,655 | $3,655 | $0 | 1  Rent/Leases | $18,500 | $3,655 |
| | | $0 | 2  Real Property Sales Gross | | |
| | | $0 | 3  Interest | | |
| | | $0 | 4  Other Income: | | |
| | | $0 | 5 | | |
| | | $0 | 6 | | |
| $3,655 | $3,655 | $0 | 7    **Total Revenues** | $18,500 | $3,655 |
| | | | **Expenses:** | | |
| $0 | | $0 | 8  Cost of Property Sold | | |
| | | | 8a    Initial Cost & Improvement | | |
| | | | 8b    less: Depreciation Taken | | |
| | | $0 | 9  Selling | | |
| $1,128 | $1,500 | $372 | 10  Administrative | $6,499 | $1,500 |
| | | $0 | 11  Interest | | |
| | | $0 | 12  Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13  Salaries | | |
| | | $0 | 14  Commissions | | |
| $1,063 | $1,100 | $37 | 15  Management Fees | $5,932 | $1,100 |
| | | | Rent/Lease: | | |
| | | $0 | 16    Personal Property | | |
| | | $0 | 17    Real Property | | |
| $30 | $30 | $0 | 18  Insurance | $942 | $30 |
| | | $0 | 19  Depreciation | | |
| | | | Taxes: | | |
| | | $0 | 20    Employer Payroll Taxes | | |
| | | $0 | 21    Real Property Taxes | | |
| | | $0 | 22    Other Taxes | | |
| | | $0 | 23  Other Expenses: | | |
| $270 | $200 | ($70) | 24  REPAIRS | $3,700 | $200 |
| $145 | $150 | $5 | 25  UTILITIES | $494 | $150 |
| | | $0 | 26 | | |
| | | $0 | 27 | | |
| | | $0 | 28 | | |
| | | $0 | 29 | | |
| | | $0 | 30 | | |
| | | $0 | 31 | | |
| $2,636 | $2,980 | $344 | 32    **Total Expenses** | $17,567 | $2,980 |
| $1,019 | $675 | $344 | 33 **Subtotal** | $933 | $675 |
| | | | **Reorganization Items:** | | |
| | | $0 | 34  Professional Fees | | |
| | | $0 | 35  Provisions for Rejected Executory Contracts | | |
| | | $0 | 36  Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37  Gain or (Loss) from Sale of Equipment | | |
| $325 | $0 | ($325) | 38  U.S. Trustee Quarterly Fees | $325 | $0 |
| | | $0 | 39 | | |
| $325 | $0 | $325 | 40    **Total Reorganization Items** | $325 | $0 |
| $694 | $675 | $19 | 41 **Net Profit (Loss) Before Federal & State Taxes** | $608 | $675 |
| | | $0 | 42  Federal & State Income Taxes | | |
| $694 | $675 | $19 | 43 **Net Profit (Loss)** | $608 | $675 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
### (Real Estate Case)
#### For the Month Ended <u>MARCH 31 2020</u>

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $2,133 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $2,133 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $873,608 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $873,608 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $875,741 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|----|---|---|---|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: | | |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|----|---|---|---|
| 46 | Secured claims | F | $873,608 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $0 |
| 49 | **Total Pre-Petition Liabilities** | | $873,608 |
| 50 | **Total Liabilities** | | $873,608 |

**Equity (Deficit)**

| | | |
|----|---|---|
| 51 | Retained Earnings/(Deficit) at time of filing | |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | $1,200 |
| 54 | Cumulative profit/(loss) since filing of case | $608 |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $1,808 |
| 59 | **Total Liabilities and Equity (Deficit)** | $875,416 |

### SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

#### Schedule A
Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | | | $0 |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

#### Schedule B
Inventory/Cost of Goods Sold
Not Applicable to Real Estate Cases

#### Schedule C
Real Property

| Description | Cost | Market Value |
|---|---|---|
| 1161 DANA MAPLE COURT. LAS VEGAS NV 89123 | | $219,374 |
| 5900 NEGRIL AVE. LAS VEGAS NV 89130 | | $295,966 |
| 11441 ALLERTON PARK # 411 LAS VEGAS NV 89135 | | $358,268 |
| | | |
| | | |
| Total | $0 | $873,608 |

#### Schedule D
Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $1,400,000 | $873,608 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $501,500 | |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

### Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 1 DANA MAPLE | Property 2 NEGRIL AVE | Property 3 ALLERTON | Property 4 |
|---|---|---|---|---|
| Scheduled Gross Rents | 1605 | 2050 | | |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $1,605 | $2,050 | $0 | $0 |
| Less:  Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $1,605 | $2,050 | $0 | $0 |

\* To be completed by cash basis reporters only.

### Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | XXXXXX - 1100 | | | |
| Account Purpose | DIP | | | |
| Balance, End of Month | $2,133 | | | |
| Total Funds on Hand for all Accounts | $2,133 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended <u>MARCH 31 2020</u>

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $3,655 | $18,500 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $1,200 |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $3,655 | $19,700 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $1,128 | $6,499 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $1,063 | $5,932 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | REPAIRS | $270 | $3,700 |
| 33 | UTILITIES | $145 | $494 |
| 34 | INSURANCE | $30 | $942 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $2,636 | $17,567 |
| 38 | **Net Increase (Decrease) in Cash** | $1,019 | $2,133 |
| 39 | **Cash Balance, Beginning of Period** | $1,114 | |
| 40 | **Cash Balance, End of Period** | $2,133 | |

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended <u>MARCH 31 2020</u>

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $3,655 | $18,500 |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | | |
| 6 | Cash Paid for Administrative Expenses | $1,128 | $6,499 |
| | Cash Paid for Rents/Leases: | | |
| 7 |   Personal Property | | |
| 8 |   Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |   Salaries | | |
| 12 |   Draws | | |
| 13 |   Commissions/Royalties | | |
| 14 |   Expense Reimbursements | | |
| 15 |   Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |   Employer Payroll Tax | | |
| 17 |   Employee Withholdings | | |
| 18 |   Real Property Taxes | | |
| 19 |   Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | MANAGEMENT FEES | $1,063 | $5,932 |
| 22 | REPAIRS | $270 | $3,700 |
| 23 | UTILITIES | $145 | $494 |
| 24 | INSURANCE | $30 | $942 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $1,019 | $933 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | $0 | $325 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($325) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $1,019 | $608 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $1,200 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $1,200 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $1,019 | $1,808 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $1,114 | $0 |
| 46 | **Cash and Cash Equivalents at End of Month** | $2,133 | |

Revised 1/1/98



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552            16            S            Y            ST01

Account Number:
1 537 5865 1100
Statement Period:
Mar 2, 2020
through
Mar 31, 2020

Page 1 of 2

000003857 01 SP      000638416482127 P
ESTATE OF CENSO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-16636-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

☎                                       *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                 1-800-673-3555

**U.S. Bank accepts Relay Calls
Internet:**                                        usbank.com

## NEWS FOR YOU

**You can now send Real-Time Payment (RTP) credit transfers up to $100,000.** With a higher limit, now is a great time to explore how a 24/7/365 real-time payment capability can help your business. If you haven't tried RTP today and want to discuss adding this capability to your U.S. Bank services, please contact your Commercial Customer Service Team (see Customer Service in SinglePoint left-hand navigation) or talk to your Treasury Management Consultant.

## INFORMATION YOU SHOULD KNOW

**Effective May 11, 2020** the *"Your Deposit Account Agreement"* booklet will include updates that may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections, and sub sections, are:

- Included in multiple sections
  - Clarification around reoccurring or one-time merchant debit card transactions
  - Rebranding of the Premier Line of Credit product to Personal Line of Credit
  - Clarification on ATM deposit availability
- Addition of "Special Provisions for Third Party Accounts" section
- Definitions section
  - Added the definition for "account" or "statement" cycle
- Savings Account section
  - Clarification on "Transfer and/or Withdrawal Restrictions"
  - Clarification on "Excessive Transfers and/or Withdrawals"
- Levies, Garnishments and other Legal Process section
  - Additional language and clarity on the legal process
- Funds Availability section
  - Changes to the Funds Availability section to reflect inflationary adjustments to certain specified dollar amounts for deposited funds:

| Funds Availability Section | Current Amounts | Amounts effective as of May 11, 2020 |
|---|---|---|
| Immediate Availability - All Accounts | Up to first $200 | Up to first $225 |
| Longer Delays May Apply - Case by Case Delays | The first $200 of your deposit | (Increases to) $225 |
| Longer Delays May Apply - Safeguard Exceptions | Deposit of Check(s) greater than $5,000 | (Increases to) $5,525 |
| Special Rules for New Accounts - Retail Consumer and Business Accounts | All references of $5,000 | (Increases to) $5,525 |

  - Determining the Availability of a Deposit - All Accounts sub-section
    - Updated timing on deposits done at an ATM
  - Deposits at Automated Teller Machines sub-section
    - Addition of Partner ATMs section
- Removed the following content and will be distributed upon individual product purchase
  - Safe Deposit Box Agreement



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
* *Account information:* Your name and account number.
* *Dollar Amount:* The dollar amount of the suspected error.
* *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about your account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER



**Business Statement**

DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-16636-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

Account Number:
1 537 5865 1100
Statement Period:
Mar 2, 2020
through
Mar 31, 2020



Page 2 of 2

---

## INFORMATION YOU SHOULD KNOW (CONTINUED)

- o  Consumer Reserve Line Agreement
- o  Business Reserve Line Agreement

Starting May 11, download a copy of the revised booklet at **usbank.com/tmtermsandconditions**. You may also call your customer service team at the phone number listed at the top of this statement to request a copy.

---

## PREMIUM BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

### Account Summary

Account Number 1-537-5865-1100

|  | # Items |  | |
|---|---|---|---|
| Beginning Balance on Mar 2 |  | $ | 1,113.74 |
| Customer Deposits | 2 |  | 3,655.00 |
| Checks Paid | 14 |  | 2,636.12- |
| **Ending Balance on  Mar 31, 2020** |  | $ | **2,132.62** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Mar 2 | 8059068822 | 1,605.00 |  | Mar 2 | 8059068824 | 2,050.00 |
|  |  |  |  | **Total Customer Deposits** |  | $ | **3,655.00** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1049 | Mar 30 | 8052880127 | 120.00 | 1056 | Mar 4 | 8655108102 | 592.00 |
| 1050 | Mar 5 | 8953072694 | 30.00 | 1057 | Mar 20 | 9253556183 | 13.01 |
| 1051 | Mar 4 | 8655204767 | 17.87 | 1058 | Mar 4 | 8655083505 | 1,093.50 |
| 1052 | Mar 4 | 8650399179 | 100.00 | 1059 | Mar 16 | 8056117521 | 225.00 |
| 1053 | Mar 5 | 8955250320 | 62.50 | 1060 | Mar 20 | 9252864346 | 69.33 |
| 1054 | Mar 23 | 8053179124 | 44.91 | 1061 | Mar 30 | 8052879863 | 120.00 |
| 1055 | Mar 5 | 8954015762 | 48.00 | 1063* | Mar 25 | 8650096754 | 100.00 |
| * Gap in check sequence |  |  |  | **Conventional Checks Paid (14)** |  | $ | **2,636.12-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 2 | 4,768.74 | Mar 16 | 2,599.87 | Mar 25 | 2,372.62 |
| Mar 4 | 2,965.37 | Mar 20 | 2,517.53 | Mar 30 | 2,132.62 |
| Mar 5 | 2,824.87 | Mar 23 | 2,472.62 |  |  |

Balances only appear for days reflecting change.

This page intentionally left blank