EXHIBIT "2"

BM

APN: 164-02-113-031

Recording requested by and mail documents and tax statements to:

Name: Ke Aloha Holdings Series II

Address: 9811 W Charleston Blvd Ste 2-351

City/State/Zip: Las Vegas, NV 89117

DED104
Nevada Legal Forms & Tax Services, Inc.
www.nevadalegalforms.com

Inst #: 20141231-0000744
Fees: $20.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #001
12/31/2014 11:20:02 AM
Receipt #: 2267972
Requestor:
NEVADA LEGAL FORMS AND BOO
Recorded By: SOL   Pgs: 5
DEBBIE CONWAY
CLARK COUNTY RECORDER

RPTT: 01

# QUITCLAIM DEED

THIS INDENTURE WITNESS that the GRANTOR(S):

Ke Aloha Holdings LLC

for and in consideration of Zero , Dollars ($ 0.00 )
do hereby QUITCLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE(S):

Ke Aloha Holdings Series II,
of the
Ke Aloha Holdings LLC,
A Nevada Series Limited-Liability Company

all that real property situated in the City of Las Vegas , County of Clark ,
State of Nevada , bounded and described as follows:
(Set forth legal description and commonly known address)

COMMONLY KNOWN ADDRESS:
11441 Allerton Park Drive Unit 411, Las Vegas, Nevada 89135

Page -1-

**LEGAL DESCRIPTION:**

See Exhibit "A" attached hereto and by this reference made a part hereof.

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on 30th day of December, 20 14.

_[signature]_

Signature of Grantor

Melani Schulte, Managing Member

Print or Type Name Here

Registrant: Mike Angell
Registrant registration number: NVDP20143316
3901 West Charleston Boulevard, Las Vegas, NV 89102, (702) 870-8977

STATE OF NEVADA   )
COUNTY OF CLARK   )

On this 30th day of December, 20 14, personally appeared before me, a Notary Public, Melani Schulte, Managing Member, ☐ personally known to me OR ☐ proved to me on the basis of satisfactory evidence to be the person(s) described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned. Witness my hand and official seal.

_[signature]_
Notary Public
My Commission Expires: August 23, 2018

MIKE ANGELL
Notary Public State of Nevada
No. 97-0740-1
My Appt. Exp. Aug. 23, 2018

Consult an attorney if you doubt this forms fitness for your purpose.

Page -2-

EXHIBIT "A"

PARCEL ONE (1):

LIVING UNIT 411 OF SUMMERLIN LOFTS PHASE 1, A CONDOMINIUM SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 129 OF PLATS, PAGE 41, AND BY AMENDED FINAL PLAT ON FILE IN BOOK 136, OF PLATS, PAGE 67, BOTH OF OFFICIAL RECORDS OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING UNTO WEST CHARLESTON LOFTS, I, LLC, ITS SUCCESSOR, ASSIGNS OR DELEGATES AN EASEMENT FOR INGRESS AND EGRESS FOR MAINTENANCE PURPOSES OVER AND UPON THE LIMITED COMMON ELEMENTS (L.C.E.) APPURTENANT TO PARCEL ONE (1) AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS (CCR'S) RECORDED JUNE 5, 2007 IN BOOK 20070605 AS INSTRUMENT NO. 02661, AND THE AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS (CCR'S) RECORDED JULY 3, 2007 IN BOOK 20070703 AS INSTRUMENT NO. 01035, BOTH OF OFFICIAL RECORDS.

PARCEL TWO (2):

THE EXCLUSIVE RIGHT TO USE AND OCCUPY THOSE CERTAIN LIMITED COMMON ELEMENTS (L.C.E.) APPURTENANT TO PARCEL ONE (1) AS DELINEATED ON SAID MAPS AND AS FURTHER DESCRIBED AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS INCLUDING, BUT NOT LIMITED, TO EXCLUSIVE USE STORAGE UNIT SU118 AND EXCLUSIVE USE PARKING SPACE NUMBERS P18 AND P15 AS DEPICTED AND DELINEATED ON SAID MAPS.

PARCEL THREE (3):

AN UNDIVIDED FRACTIONAL INTEREST AS TENANTS IN COMMON WITH OTHERS IN AND TO THE COMMON ELEMENTS AS DEPICTED AND DELINEATED ON THE MAPS OF SAID SUBDIVISION AND AS DESCRIBED AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS.

PARCEL FOUR (4):

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES OVER AND ACROSS THE COMMON ELEMENTS AS FURTHER DESCRIBED AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS AND AS DEPICTED AND DELINEATED ON MAPS OF SAID SUBDIVISION.

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a. 164-02-113-031
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land      b. [ ] Single Fam. Res.
   c. [✓] Condo/Twnhse     d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural     h. [ ] Mobile Home
      [ ] Other _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book: _____ Page: _____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property        $ 0.00
   b. Deed in Lieu of Foreclosure Only (value of property)  ( 0.00 )
   c. Transfer Tax Value:                        $ 0.00
   d. Real Property Transfer Tax Due             $ 0.00

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section __01__
   b. Explain Reason for Exemption: Transfer between affiliated business entities with identical common ownership (went from a Regular LLC to a Series LLC)

5. Partial Interest: Percentage being transferred: __100__ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _[signed]_        Capacity  Grantor
Signature _[signed]_        Capacity  Grantee

**SELLER (GRANTOR) INFORMATION (REQUIRED)**
Print Name: Ke Aloha Holdings LLC
Address: 9330 W Sahara Ave, Ste 210
City: Las Vegas
State: NV    Zip: 89117

**BUYER (GRANTEE) INFORMATION (REQUIRED)**
Print Name: Ke Aloha Holdings Series II*
Address: 9811 W Charleston Blvd Ste 2-351
City: Las Vegas
State: NV    Zip: 89117

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Nevada Legal Forms & Tax Services, Inc.    Escrow #: _____
Address: 3901 West Charleston Blvd
City: Las Vegas         State: NV    Zip: 89102

of the Ke Aloha Holdings LLC, A Nevada Series Limited-Liability Company

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

CCOR_DV_Form.pdf ~ 01/12/09