EXHIBIT "3"

**RECORDING REQUESTED BY:**
KE ALOHA HOLDINGS, LLC
**When Recorded Mail Document**
**and Tax Statement To:**
KE ALOHA HOLDINGS, LLC C/O CENSO LLC
9811 W. Charleston Blvd #2-351
Las Vegas, NV 89117

APN: 164-02-113-031
ADDRESS: 11441 Allerton Park Drive Unit 411, Las Vegas, NV 89135

Inst #: 20190109-0002527
Fees: $40.00
RPTT: $0.00  Ex #: 001
01/09/2019 03:07:16 PM
Receipt #: 3605218
Requestor:
KE ALOHA HOLDINGS LLC
Recorded By: ANI  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

## GRANT, BARGAIN, SALE DEED

**THIS INDENTURE WITNESS that the GRANTOR(S): KE ALOHA HOLDINGS SERIES II, of the KE ALOHA HOLDINGS LLC, A NEVADA SERIES LIMITED-LIABILITY COMPANY**

**In Consideration Of $10.00 and other VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged,** do(es) hereby GRANT, BARGAIN, SELL and CONVEY to the GRANTEE(S): **CENSO LLC , a Nevada Limited Liability Company**

All that real property situated in Clark County, State of Nevada, bounded and described as follows:

See Exhibit "A" attached hereto and by reference, made part hereof.

SUBJECT TO:   1.    Taxes for the current fiscal year.
              2.    Covenants, Conditions, Reservations, Rights, Rights of Way and Easements
                    now of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: JANUARY 9, 2019

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before
me on    JANUARY 9, 2019
By     MELANI SCHULTE as Manager of
KE ALOHA HOLDINGS SERIES II,  of the
KE ALOHA HOLDINGS LLC,   A NEVADA
SERIES LIMITED-LIABILITY COMPANY

Signature

Notary Public

Amberlea Davis
Notary Public
14-14878-1 Exp 11/01/22

MELANI SCHULTE, Manager
KE ALOHA HOLDINGS SERIES II, of the
KE ALOHA HOLDINGS LLC, A NEVADA
SERIES LIMITED-LIABILITY COMPANY

**EXHIBIT "A"**

**PARCEL ONE (1):**

LIVING UNIT 411 OF SUMMERLIN LOFTS PHASE 1, A CONDOMINIUM
SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 129 OF
PLATS, PAGE 41, AND BY AMENDED FINAL PLAT ON FILE IN BOOK 136, OF
PLATS, PAGE 67, BOTH OF OFFICIAL RECORDS OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA.

RESERVING UNTO WEST CHARLESTON LOFTS, I, LLC, ITS SUCCESSOR,
ASSIGNS OR DELEGATES AN EASEMENT FOR INGRESS AND EGRESS FOR
MAINTENANCE PURPOSES OVER AND UPON THE LIMITED COMMON
ELEMENTS (L.C.E.) APPURTENANT TO PARCEL ONE (1) AS FURTHER
DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND
RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS (CCR'S)
RECORDED JUNE 5, 2007 IN BOOK 20070605 AS INSTRUMENT NO. 02661,
AND THE AMENDED AND RESTATED DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF
EASEMENTS (CCR'S) RECORDED JULY 3, 2007 IN BOOK 20070703 AS
INSTRUMENT NO. 01035, BOTH OF OFFICIAL RECORDS.

**PARCEL TWO (2):**

THE EXCLUSIVE RIGHT TO USE AND OCCUPY THOSE CERTAIN LIMITED
COMMON ELEMENTS (L.C.E.) APPURTENANT TO PARCEL ONE (1) AS
DELINEATED ON SAID MAPS AND AS FURTHER DESCRIBED AND DEFINED
IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
AND GRANT AND RESERVATION OF EASEMENTS INCLUDING, BUT NOT
LIMITED, TO EXCLUSIVE USE STORAGE UNIT SU118 AND EXCLUSIVE USE
PARKING SPACE NUMBERS P18 AND P15 AS DEPICTED AND DELINEATED
ON SAID MAPS.

**PARCEL THREE (3):**

AN UNDIVIDED FRACTIONAL INTEREST AS TENANTS IN COMMON WITH
OTHERS IN AND TO THE COMMON ELEMENTS AS DEPICTED AND
DELINEATED ON THE MAPS OF SAID SUBDIVISION AND AS DESCRIBED
AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND
RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS.

**PARCEL FOUR (4):**

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES OVER AND ACROSS THE COMMON ELEMENTS AS FURTHER DESCRIBED AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS AND AS DEPICTED AND DELINEATED ON MAPS OF SAID SUBDIVISION.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 164 - 02 - 113 - 031
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   | Book _____ Page: _____ |
   | Date of Recording: _____ |
   | Notes: _____ |

3. a. Total Value/Sales Price of Property        $ _____
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                        $ _____
   d. Real Property Transfer Tax Due             $ _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 01
   b. Explain Reason for Exemption: Transfer between affiliated business entities
      with identical common owners

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____     Capacity: GRANTOR / GRANTEE

Signature _____     Capacity: _____

| **SELLER (GRANTOR) INFORMATION** (REQUIRED) | **BUYER (GRANTEE) INFORMATION** (REQUIRED) |
|---|---|
| Print Name: KE ALOHA HOLDINGS LLC | Print Name: CENSO LLC |
| Address: 9811 W. CHARLESTON BL #2-351 | Address: 9811 W. CHARLESTON BL #2-351 |
| City: LAS VEGAS | City: LAS VEGAS |
| State: NV    Zip: 89117 | State: NV    Zip: 89117 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: _____ | Escrow # _____ |
| Address: _____ | |
| City: _____ | State: _____ Zip: _____ |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED