COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | HEARING DATE: June 24, 2020 |
| Debtor. | HEARING TIME: 9:30 AM |

**STIPULATION TO CONTINUE MOTION FOR RELIEF FROM STAY HEARING**

The Debtor, CENSO, LLC., by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and MICHAEL W. CHEN, ESQ., on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FASHION respectfully represent and move this Court as follows:

**IT IS HEREBY STIPULATED AND AGREED** that by and between the Debtor, CENSO, LLC., by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and MICHAEL W. CHEN, Esq., on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING that the Motion for Relief From Stay filed on May 18, 2020 [Docket #58] has been rescheduled to July 8, 2020 at 9:30 AM.

IT IS SO STIPULATED

DATED this 22nd day of June, 2020.　　　　　　　DATED this 22nd day of June, 2020.

 /s/ COREY B. BECK　　　　　　　　　　　　　 /s/ MICHAEL CHEN
COREY B. BECK, ESQ.　　　　　　　　　　　　MICHAEL CHEN, ESQ.
Nevada Bar No.: 005870　　　　　　　　　　　　Nevada Bar No. 007171
LAW OFFICE OF COREY B. BECK, P.C.　　　McCarthy & Holthus, LLP
425 South Sixth Street　　　　　　　　　　　　　9510 W. Sahara, Ste 200
Las Vegas, NV 89101　　　　　　　　　　　　　Las Vegas, NV
Ph.: (702) 678-1999　　　　　　　　　　　　　　Ph.: (702) 685-0329
becksbk@yahoo.com　　　　　　　　　　　　　Mchen@Mccarthyholthus.com