_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 23, 2020

_____

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | HEARING DATE: June 24, 2020 |
| Debtor. ) | HEARING TIME:  9:30 AM |
| _____) | |

**ORDER RE: STIPULATION TO CONTINUE
MOTION FOR RELIEF FROM STAY HEARING**

The Debtor, CENSO, LLC., by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and MICHAEL W. CHEN, ESQ., on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING respectfully represent and move this Court as follows:

**IT IS HEREBY FURTHER STIPULATED, ORDERED AND AGREED** that by and between the Debtor, CENSO, LLC., by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and MICHAEL W. CHEN on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING that the Motion for Relief From Stay filed on May 18, 2020 [Docket #58] has been rescheduled to July 8, 2020 at 9:30 AM.

1 | DATED this 22nd day of June, 2020.                    DATED this 22nd day of June, 2020.

2

3 | /s/ COREY B. BECK                                     /s/ MICHAEL CHEN
COREY B. BECK, ESQ.                                    MICHAEL CHEN, ESQ.
Nevada Bar No.: 005870                                 Nevada Bar No. 007171
4 | LAW OFFICE OF COREY B. BECK, P.C.                     McCarthy & Holthus, LLP
425 South Sixth Street                                 9510 W. Sahara, Ste 200
5 | Las Vegas, NV 89101                                   Las Vegas, NV
Ph.: (702) 678-1999                                    Ph.: (702) 685-0329
6 | becksbk@yahoo.com                                     Mchen@Mccarthyholthus.com

7                                    ###