EXHIBIT "1"

Inst #: 201312190001201
Fees: $18.00 N/C Fee: $0.00
RPTT: $1137.30 Ex: #
12/19/2013 11:39:46 AM
Receipt #: 1877932
Requestor:
KE ALOHA HOLDINGS LLC
Recorded By: RYUD   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

③

Please mail tax statement and
when recorded mail to:
**Ke Aloha Holdings LLC**
~~————————————————~~
9330 W. Sahara Ave. Ste 210
Las Vegas, NV 89117

## FORECLOSURE DEED

APN # 164-02-113-031
North American Title #37998

NAS # N71796

The undersigned declares:

Nevada Association Services, Inc., herein called agent (for the West Charleston Lofts Owners
Association), was the duly appointed agent under that certain Notice of Delinquent Assessment
Lien, recorded July 19, 2012 as instrument number 0001100  Book 20120719, in Clark County.
The previous owner as reflected on said lien is James W Pengilly as Trustee of the James W
Pengilly Trust Dated September 22, 2003. Nevada Association Services, Inc. as agent for West
Charleston Lofts Owners Association does hereby grant and convey, but without warranty
expressed or implied to: Ke Aloha Holdings LLC (herein called grantee), pursuant to NRS
116.31162, 116.31163 and 116.31164, all its right, title and interest in and to that certain property
legally described as: SUMMERLIN LOFTS PHASE 1 AMD, PLAT BOOK 136, PAGE 67,
UNIT 411 Clark County

## AGENT STATES THAT:

This conveyance is made pursuant to the powers conferred upon agent by Nevada Revised
Statutes, the West Charleston Lofts Owners Association governing documents (CC&R's) and
that certain Notice of Delinquent Assessment Lien, described herein.  Default occurred as set
forth in a Notice of Default and Election to Sell, recorded on 9/11/2012 as instrument # 0002635
Book 20120911 which was recorded in the office of the recorder of said county.  Nevada
Association Services, Inc. has complied with all requirements of law including, but not limited
to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of
Default and the posting and publication of the Notice of Sale.  Said property was sold by said
agent, on behalf of West Charleston Lofts Owners Association at public auction on 12/13/2013,
at the place indicated on the Notice of Sale.  Grantee being the highest bidder at such sale,
became the purchaser of said property and paid therefore to said agent the amount bid $17,100.00
in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured
by the Delinquent Assessment Lien.

Dated: December 17, 2013

_Misty Blanchard_

By Misty Blanchard, Agent for Association and Employee of Nevada Association Services

STATE OF NEVADA         )
COUNTY OF CLARK       )

On December 17, 2013, before me, Susana E. Puckett, personally appeared Misty Blanchard personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and seal.

(Seal)

**SUSANA E. PUCKETT**
Notary Public, State of Nevada
Appointment No. 11-4965-1
My Appt. Expires April 21, 2015

(Signature)

*Susana E. Puckett*

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 164-02-113-031
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☑ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property        $ ~~17,100.00~~ 17,100.00
   b. Deed in Lieu of Foreclosure Only (value of property (
   c. Transfer Tax Value:                        $ ~~222,886.00~~ 222,886.00
   d. Real Property Transfer Tax Due             $ ~~~~ $ 1,137.30

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____
   _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____     Capacity: _____

Signature _____     Capacity: MEMBER

**SELLER (GRANTOR) INFORMATION**              **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                                 **(REQUIRED)**
Print Name: NEVADA ASSOCIATION SERVICES        Print Name: KE ALOHA HOLDINGS LLC
Address: 6224 W. DESERT INN Road               Address: 9330 W. SAHARA AVE Ste 210
City: LAS VEGAS                                City: LAS VEGAS
State: NV      Zip: 89146                      State: NV      Zip: 89117

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____           Escrow # _____
Address: _____
City: _____            State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED