COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | HEARING DATE: July 8, 2020 |
| Debtor. | HEARING TIME:  9:30 AM |

**SUPPLEMENT OPPOSITION TO NEWREZ, LLC., D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Debtor, CENSO, LLC. ("Debtor"), by and through their attorney, COREY B. BECK, ESQ., hereby files this supplement to their opposition to NewRez, LLC., d/b/a/ Shellpoint Mortgage Servicing's ("secured creditor") Motion for Relief From Automatic Stay as follows:

Censo, LLC., has filed a lawsuit to determine if NewRez, LLC., d/b/a ShellPoint Mortgage Servicing's Deed of Trust is properly perfected.  Censo, LLC., has made offer of $1,000.00/month as adequate protection payments while lawsuit is pending.  Censo, LLC., is paying $800.00/month in HOA/property insurance payments.  Censo, LLC., has paid those payments for years as well as invest $133,000.00 in improvements/repairs on property.

DATED this 7th day of July, 2020.

                                                    /s/ COREY B. BECK, ESQ.
                                                  COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO, LLC. | |
| | HEARING DATE: July 8, 2020 |
| Debtor. | HEARING TIME:  9:30 AM |

**CERTIFICATE OF MAILING OF SUPPLEMENT OPPOSITION TO NEWREZ, LLC., D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

   I hereby certify that on the 7th day of July, 2020, I mailed a true and correct copy of the ***SUPPLEMENT OPPOSITION TO NEWREZ, LLC., D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR RELIEF FROM AUTOMATIC STAY,*** was sent ECF electronic mail, facsimile and/or first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

Michael Chen, Esq.           **SENT VIA ECF ELECTRONIC MAIL**
McCARTHY & HOLTHUS
9510 West Sahara Avenue
Suite 200
Las Vegas, NV 89117
Ph.: (702) 685-0329
Fax: (866) 339-5691
NVBK@McCarthyHolthus.com
Mchen@Mccarthyholthus.com

                    /s/ VANESSA ANDERSON
                    An Employee of
                    The Law Office of Corey B. Beck, P.C.