COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| CENSO, LLC. | Chapter 11 |
| Debtor. | |

**CLARIFICATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

      COMES NOW, Debtor, CENSO, LLC. ("Debtor"), by and through their attorney, COREY B. BECK, ESQ., hereby files this clarification regarding Motion for Relief From Stay filed by NewRez, LLC., d/b/a/ Shellpoint Mortgage Servicing's ("secured creditor") Motion for Relief From Automatic Stay as follows:

      At Motion for Relief from Stay hearing, there was an issue as to when 11441 Allerton Park Drive, Unit 411, Las Vegas, NV 89109 property was transferred into Censo, LLC. Exhibit 4 of Movant's motion evidences that the Allerton property was transferred on January 9, 2019. Bankruptcy was filed approximately nine (9) months later on October 11, 2019. *See Exhibit "1" - January 9, 2019 Recorded Grant, Bargain, Sale Deed and Recorded Transfer.*

DATED this 8th day of July, 2020.

                                            /s/ COREY B. BECK, ESQ.
                                            COREY B. BECK, ESQ.
                                            Nevada Bar No. 005870
                                            LAW OFFICE OF COREY B. BECK, P.C.
                                            425 South Sixth Street
                                            Las Vegas, Nevada 89101
                                            Ph.: (702) 678-1999
                                            Fax: (702) 678-6788
                                            becksbk@yahoo.com

                                            Attorney for Debtor

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF MAILING OF CLARIFICATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

I hereby certify that on the 8th day of July, 2020, I mailed a true and correct copy of the *CLARIFICATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY,* was sent ECF electronic mail, facsimile and/or first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

Michael Chen, Esq.          **SENT VIA ECF ELECTRONIC MAIL**
McCARTHY & HOLTHUS
9510 West Sahara Avenue
Suite 200
Las Vegas, NV 89117
Ph.: (702) 685-0329
Fax: (866) 339-5691
NVBK@McCarthyHolthus.com
Mchen@Mccarthyholthus.com

                                         /s/ VANESSA ANDERSON
                                         An Employee of
                                         The Law Office of Corey B. Beck, P.C.