Quality Appraisal Service (702) 432-0066

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912118Z

## SUBJECT

Property Address: 1161 Dana Maple Ct | City: Las Vegas | State: NV | Zip Code: 89123

County: Clark | Legal Description: Lot 304 Block 3 Moondance at Silverado Ranch-Unit 3, Plat Book 87 Page 18

Assessor's Parcel #: 177-22-617-055

Tax Year: 2020 | R.E. Taxes: $ 1,463 | Special Assessments: $ 0 | Borrower (if applicable): n/a

Current Owner of Record: Censo LLC | Occupant: [ ] Owner [X] Tenant [ ] Vacant | [ ] Manufactured Housing

Project Type: [X] PUD [ ] Condominium [ ] Cooperative [ ] Other (describe) | HOA: $ 17 [ ] per year [X] per month

Market Area Name: Moondance at Silverado Ranch | Map Reference: Metro 85-B1 | Census Tract: 0028.33

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: [X] Market Value (as defined), or [ ] other type of value (describe)

This report reflects the following value (if not Current, see comments): [X] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective

Approaches developed for this appraisal: [X] Sales Comparison Approach [ ] Cost Approach [ ] Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)

Intended Use: The intended user of this appraisal report is the Client, Melani Schulte, and assigns. The intended use is to evaluate the property to determine the subject market value as of the date of inspection (01/02/2020).

Intended User(s) (by name or type): Client , Bankruptcy Court

Client: Censo LLC | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130

Appraiser: Gerene McNatt | Address: 3642 Boulder Hwy #185, Las Vegas, NV 89121

## MARKET AREA DESCRIPTION

| Location: | [ ] Urban | [X] Suburban | [ ] Rural |
|---|---|---|---|
| Built up: | [ ] Over 75% | [X] 25-75% | [ ] Under 25% |
| Growth rate: | [ ] Rapid | [X] Stable | [ ] Slow |
| Property values: | [X] Increasing | [ ] Stable | [ ] Declining |
| Demand/supply: | [X] Shortage | [ ] In Balance | [ ] Over Supply |
| Marketing time: | [X] Under 3 Mos. | [ ] 3-6 Mos. | [ ] Over 6 Mos. |

| Predominant Occupancy | | One-Unit Housing PRICE $(000) | | AGE (yrs) | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| [X] Owner | 85 | 240 | Low | 10 | One-Unit | 65 % | [X] Not Likely |
| [X] Tenant | 10 | 316 | High | 30 | 2-4 Unit | 0 % | [ ] Likely * [ ] In Process * |
| [ ] Vacant (0-5%) | | 287 | Pred | 20 | Multi-Unit | 15 % | * To: |
| [X] Vacant (>5%) | | | | | Comm'l | 10 % | |
| | | | | | Other | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Silverado Ranch market area, generally bounded north by Pebble Rd, south by Cactus Ave, east by Maryland Pkwy, and west by Bermuda Rd. Primarily single family residential area but also condos, townhomes, apartments, commercial on arterials; "other" land use is public facilities ( schools, parks, houses of worship, etc). Median values in this market increased year-over-year by 4% due to low market inventory. Time/market adjustments applied from contract dates when exceeding 1% of sale price. See Addendum. Supply currently less than 1 month (2 active listings / absorption rate 5.0 = 0.4 mos supply). Reasonable marketing/exposure time 35 days. Seller concessions in this market typically <1% with no market effect. Source for market data is Fannie Mae 1004MC Statistics Detail for comparable properties in Silverado Ranch.

## SITE DESCRIPTION

Dimensions: No survey provided. See plat map. | Site Area: 5,227 sf

Zoning Classification: R-2 | Description: Medium Density Residential ( 8un/ac)

Zoning Compliance: [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning

Are CC&Rs applicable? [X] Yes [ ] No [ ] Unknown | Have the documents been reviewed? [ ] Yes [X] No | Ground Rent (if applicable) $ /

Highest & Best Use as improved: [X] Present use, or [ ] Other use (explain)

Actual Use as of Effective Date: Single Family Residential | Use as appraised in this report: Single Family Residential

Summary of Highest & Best Use: Subject property, as though vacant as well as property "as improved", is generally consistent with, similar and compatible with the surrounding uses within the neighborhood, therefore, single family residential is considered to be the subject's highest and best use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level at Grade |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | NV Energy | Street | Asphalt | [X] | [ ] | Size | Typical for area |
| Gas | [X] | [ ] | Southwest Gas | Curb/Gutter | Curb | [X] | [ ] | Shape | Irregular |
| Water | [X] | [ ] | LVVlyWtrDistrict | Sidewalk | Concrete | [X] | [ ] | Drainage | Adequate |
| Sanitary Sewer | [X] | [ ] | Clark County | Street Lights | Incandescent | [X] | [ ] | View | Residential |
| Storm Sewer | [ ] | [ ] | None | Alley | None | [ ] | [ ] | | |

Other site elements: [X] Inside Lot [ ] Corner Lot [ ] Cul de Sac [X] Underground Utilities [ ] Other (describe)

FEMA Spec'l Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 32003C2569F | FEMA Map Date 11/16/2011

Site Comments: Site size and topography is typical of the neighborhood.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement [X] None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 [ ] Acc.Unit | Foundation | PourdConc/Gd | Slab | Poured Conc | Area Sq. Ft. | | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco/Good | Crawl Space | 0 | % Finished | | Fuel | GAS |
| Type | [X] Det. [ ] Att. [ ] | Roof Surface | Conc Tile/Gd | Basement | None | Ceiling | | | |
| Design (Style) | 1st / Ranch | Gutters & Dwnspts. | None/Typical | Sump Pump | [ ] | Walls | | Cooling | |
| [X] Existing [ ] Proposed [ ] Und.Cons. | | Window Type | Dual Pane/Gd | Dampness | [ ] | Floor | | Central | Yes |
| Actual Age (Yrs.) | 19 | Storm/Screens | Aluminum/Gd | Settlement | None Noted | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 | | | Infestation | 0 | | | | |

| Interior Description | | Appliances | | Attic [ ] None | | Amenities | | | Car Storage [ ] None | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/CerTile/Gd | Refrigerator | [ ] | Stairs | [ ] | Fireplace(s) # | 1 | Woodstove(s) # 0 | Garage # of cars ( 4 Tot.) | |
| Walls | Drywall/Good | Range/Oven | [X] | Drop Stair | [ ] | Patio | Covered | | Attach. | 2 |
| Trim/Finish | Wood/Paint/Good | Disposal | [X] | Scuttle | [X] | Deck | Conc | | Detach. | 0 |
| Bath Floor | Ceramic Tile/Good | Dishwasher | [X] | Doorway | [ ] | Porch | Covered | | Blt.-In | 0 |
| Bath Wainscot | Acrylic/Cmbl/Good | Fan/Hood | [ ] | Floor | [ ] | Fence | Conc Blk | | Carport | 0 |
| Doors | Rsd Panel WD/Good | Microwave | [X] | Heated | [ ] | Pool | none | | Driveway | 2 |
| | | Washer/Dryer | [ ] | Finished | [ ] | Spa | none | | Surface | Concrete |

Finished area above grade contains: 5 Rooms | 3 Bedrooms | 2.0 Bath(s) | 1,416 Square Feet of Gross Living Area Above Grade

Additional features: Finished 2-car garage. Covered patio. Desert landscape.

Describe the condition of the property (including physical, functional and external obsolescence): Property in overall good condition with no deferred maintenance noted. Raised panel doors. Carpeting and ceramic tile flooring. Kitchen has maple cabinetry, solid countertops, typical appliances including built-in microwave; pantry. Baths have maple cabinets, laminate countertops; acrylic tub/shower surrounds. Living Room has fireplace, media area, glass sliding doors to covered patio. Owner's suite bedroom has wood blinds, private bath and walk-in closet. Other bedrooms have double closets .

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912118Z

## TRANSFER HISTORY

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Clark County Assessor

| 1st Prior Subject Sale/Transfer | |
|---|---|
| Date: | 01/09/2019 |
| Price: | $0 |
| Source(s): | Assessor |

| 2nd Prior Subject Sale/Transfer | |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |

Analysis of sale/transfer history and/or any current agreement of sale/listing: Transfer between affiliated business entities with identical common owner, recorded on Assessor document #20190109:02538. Subject has had no other sales or transfers occur within the three years prior to effective date of this report.

## SALES COMPARISON APPROACH TO VALUE (if developed)

[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1161 Dana Maple Ct Las Vegas, NV 89123 | 9346 Graceful Gold St Las Vegas, NV 89123 | | 667 Gull Point Ave Las Vegas, NV 89123 | | 9400 Morehouse Pl Las Vegas, NV 89123 | |
| Proximity to Subject | | 0.08 miles S | | 0.66 miles NW | | 0.60 miles W | |
| Sale Price | $ n/a | | $ 277,900 | | $ 280,000 | | $ 265,000 |
| Sale Price/GLA | $ n/a /sq.ft. | $ 199.35 /sq.ft. | | $ 190.09 /sq.ft. | | $ 180.03 /sq.ft. | |
| Data Source(s) | Assr/MLS | MatrixMLS 2125869;DOM 35 | | MatrixMLS 2119123;DOM 64 | | MatrixMLS 2084755;DOM 73 | |
| Verification Source(s) | Assessor Doc # | 20191112:03253 | | 20191105:02117 | | 20190806:03018 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | n/a | ArmLth VA;500 | 0 | ArmLth Conv;5650 | -1,000 | ArmLth Cash;1300 | 0 |
| Date of Sale/Time | n/a | s11/19;c09/19 | +3,000 | s11/19;c09/19 | +3,000 | s08/19;c07/19 | +4,500 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 5,227 sf | 4,356 sf | 0 | 4,792 sf | 0 | 4,356 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1st / Ranch | 1st / Ranch | | 1st / Ranch | | 1st / Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 19 | 21 | 0 | 23 | 0 | 22 | 0 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count (Total / Bdrms / Baths) | 5 / 3 / 2.0 | 5 / 3 / 2.0 | | 5 / 3 / 2.0 | | 6 / 3 / 2.0 | 0 |
| Gross Living Area | 1,416 sq.ft. | 1,394 sq.ft. | 0 | 1,473 sq.ft. | 0 | 1,472 sq.ft. | 0 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Fau/Cent Air | Fau/Cent Air | | Fau/Cent Air | | Fau/Cent Air | |
| Energy Efficient Items | Dual Pane | Dual Pane | | Dual Pane | | Dual Pane | |
| Garage/Carport | 2 car gar | 2 car gar | | 2 car gar | | 2 car gar | |
| Porch/Patio/Deck | Cvpor/CvPat | Cvpor/CvPat | | Cvpor/CvPat | | Cvpor/Deck | +1,500 |
| Additional Features / FP | ModrtUpgrd / 1 fp | Inf'rUpgrd / 0 fp | +2,500 | Average / 0 | +4,000 | Average / 1 fp | +2,500 |
| | | | | | | | |
| Subdivision | Moondance | Santa Fe | 0 | Crystal Springs | 0 | Expressions | 0 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 5,500 | [X] + [ ] - | $ 6,000 | [X] + [ ] - | $ 8,500 |
| Adjusted Sale Price of Comparables | | Net 2.0 % Gross 2.0 % | $ 283,400 | Net 2.1 % Gross 2.9 % | $ 286,000 | Net 3.2 % Gross 3.2 % | $ 273,500 |

Summary of Sales Comparison Approach The comparable sales utilized in this report establish a market value range from $273,500 to $286,000. Primary consideration given Comp no. 1 with least adjustments, recent sale date and closest geographic proximity. Comp nos. 2 & 3 both bracket and support subject concluded opinion of market value. Time adjustments applied from contract dates and based on average monthly increase in values for subject market; i.e. 4% increase year-over-year = .33% average per month, multiplied by number of full months from contract date to effective date of this report; total % is then multiplied by sales price of the comparable.

Final Reconciliation:

Estimate of market value derived using the Sales Comparison Approach. The Cost and Income approaches are not developed in this report based on the needs of the Client.

Indicated Value by Sales Comparison Approach $ 280,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912118Z

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** [X] The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): **The Cost approach is not developed in this report as determines only replacement value, not market value; however, an opinion of subject site value has been developed using the Allocation Method: i.e., Assessed Land Value $17,500 / Total Assessed of $65,203 = 27%, multiplied by concluded opinion of subject market value of $280,000 = Estimate Site Value of $75,600 rounded.**

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW

Source of cost data:

Quality rating from cost service: Effective date of cost data:

Comments on Cost Approach (gross living area calculations, depreciation, etc.):

Estimated Remaining Economic Life (if required): 45 Years

| Item | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | | =$ 75,500 |
| DWELLING | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | | | =$ |
| Garage/Carport | Sq.Ft. @ $ | | =$ |
| Total Estimate of Cost-New | | | =$ |
| Less Physical | Functional | External | |
| Depreciation | | | =$( ) |
| Depreciated Cost of Improvements | | | =$ |
| "As-is" Value of Site Improvements | | | =$ |
| | | | =$ |
| | | | =$ |
| **INDICATED VALUE BY COST APPROACH** | | | =$ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** [X] The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** [X] The Subject is part of a Planned Unit Development.

Legal Name of Project: **Moondance at Silverado Ranch - Unit 3**

Describe common elements and recreational facilities: **CCR's, common fencing, greenbelts**

## RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 280,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

Final Reconciliation **Subject concluded value opinion is based on the more reliable market approach. The cost approach estimates replacement cost only and is not developed in this report. The income approach was considered but not developed as the market is not investor oriented.**

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 280,000 , as of: 01/02/2019 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains 19 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| [X] Scope of Work | [X] Limiting Cond./Certifications | [X] Aerial Map | [X] Photograph Addenda | [X] Sketch Addendum |
| [X] Map Addenda | [X] Additional Sales | [X] Narrative Addenda | [X] Flood Map | [ ] Market Conditions MC |
| [ ] Hypothetical Conditions | [ ] Extraordinary Assumptions | [X] Plat Map | [X] Appraisers License | [X] Invoice |

Client Contact: **Melani Schulte** Client Name: **Censo LLC**

E-Mail: **Melani.thrive@gmail.com** Address: **9811 W Charleston Blvd #2-381, Las Vegas, NV 89130**

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| [signature] | |
| Appraiser Name: **Gerene McNatt** | Supervisory or Co-Appraiser Name: |
| Company: **Quality Appraisal Services** | Company: |
| Phone: **702-432-0066** Fax: | Phone: Fax: |
| E-Mail: **gerene908@gmail.com** | E-Mail: |
| Date of Report (Signature): **01/05/2020** | Date of Report (Signature): |
| License or Certification #: **A.0003076-RES** State: **NV** | License or Certification #: State: |
| Designation: **Licensed Residential Appraiser** | Designation: |
| Expiration Date of License or Certification: **09/30/2020** | Expiration Date of License or Certification: |
| Inspection of Subject: [X] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None |
| Date of Inspection: **01/02/2019** | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Supplemental Addendum

File No. 912118Z

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |

**Appraiser has not performed a previous appraisal or any other services regarding the subject property within the three years prior to acceptance of this assignment.**

**Appraiser, Gerene McNatt, has been a Licensed Residential Appraiser in the state of Nevada continuously since 1998, primarily working in the Las Vegas valley and surrounding Clark County. Appraiser is familiar with subject neighborhood and market area, having performed numerous valuations in this area for purposes of sale, refi, REO and general purposes and is confident of having the experience and qualifications to complete this assignment. Fee for this appraisal report is $300.00.**

**Neighborhood:**

**Silverado Ranch market area, generally bounded north by Pebble Rd, south by Cactus Ave, east by Maryland Pkwy, and west by Bermuda Rd. Primarily single family residential area but also condos, townhomes, apartments, commercial on arterials; "other" land use is public facilities ( schools, parks, houses of worship, etc). Median values in this market increased year-over-year by 4% due to low market inventory. Time/market adjustments applied from contract dates when exceeding 1% of sale price. See Addendum. Supply currently less than 1 month (2 active listings / absorption rate 5.0 = 0.4 mos supply). Reasonable marketing/exposure time 35 days. Seller concessions in this market typically <1% with no market effect. Source for market data is Fannie Mae 1004MC Statistics Detail for comparable properties in Silverado Ranch.**

**Market Conditions:**

**Median values in this market increased year-over-year by 4% due to low market inventory. Time/market adjustments applied from contract dates when exceeding 1% of sale price. Supply currently less than 1 month (2 active listings / absorption rate 5.0 = 0.4 mos supply). Reasonable marketing/exposure time 35 days. Seller concessions in this market typically <1% without market effect. Source for market data is Fannie Mae 1004MC Statistics Detail for comparable properties in Silverado Ranch.**

**Comparable Sales Research :**

**Criteria for comparable sales included 1-story 3-bedroom properties within 20% of subject GLA and within 10 years of subject age with no pool. Preference was to bracket subject GLA and include sales which share similar attributes with the subject and located within 1.0 mile if available. All comparables selected for use are located within 1.0 mile of subject property.**

**Standards Rule 1-4(a) of the Uniform Standards of Professional Appraisal Practice (USPAP) requires, when necessary for credible results, that the appraiser analyze such comparable sales data as available to indicate a value conclusion. To overlook a relevant segment of that data would be contrary to what is required by USPAP. Furthermore, appraisal theory provides that the principle of substitution dictates that buyers will not pay more for a property than the price of an equivalent substitute property. Therefore, the value of a property is limited by its competition. If the pool of competitive properties includes enough distress properties, those properties will, in effect, establish a value ceiling.**

**Reasonable Exposure Time :**

**Exposure time is the estimated length of time the subject property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. Under market conditions within the 3 months prior to effective date of this report, appraiser's opinion of reasonable exposure time for the subject property is 35 days. This is based on analysis of market trends and data, including statistical information from local Multiple Listing Service. It presupposes that the listed price would be at or near the appraised value. It also assumes aggressive marketing by a reputable real estate professional.**

**Comparable Sales Grid:**

**Adjustments for value-related items, including amenities and interior and exterior upgrades are derived from market by group sales data on MLS and/or matched pair sales analysis, whichever results in the most credible and supportable adjustments. Data retained in appraiser workfile. Age adjustments are not utilized within 10 years differential; emphasis is placed on condition and appeal. Time/market adjustments are applied from contract dates and based on average monthly increase in values for subject market; i.e. 4% increase year-over-year = 0.33% average monthly increase multiplied by number of full months from contract date to effective date of this report; total percentage is then multiplied by sales price of the comparable. No time adjustments applied if percentage is less than 1%. All comparable sales are within 100 s/f of gross living area and no adjustments are applied. All lot sizes are within 1,000 s/f of subject lot size and no adjustments are applied as there is no market effect.**

**Summary of Sales Comparison Approach:**

**The comparable sales utilized in this report establish a market value range from $273,500 to $286,000. Primary consideration given Comp no. 1 with least adjustments, recent sale date and closest geographic proximity. Comp nos. 2 & 3 both bracket and support subject concluded opinion of market value of $280,000.**

**Final Reconciliation:**

**Estimate of market value derived using the Sales Comparison Approach. The Cost and Income approaches are not developed in this report based on the needs of the Client.**

# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |




**Area Calculations Summary**

| **Living Area** | | **Calculation Details** |
|---|---|---|
| First Floor | 1416 Sq ft | 32 × 26 = 832<br>20 × 28 = 560<br>2 × 12 = 24 |
| **Total Living Area (Rounded):** | **1416 Sq ft** | |
| **Non-living Area** | | |
| 2 Car Garage | 484 Sq ft | 22 × 22 = 484 |
| Covered Patio | 80 Sq ft | 10 × 8 = 80 |
| Covered Porch | 36 Sq ft | 2 × 2 = 4<br>8 × 4 = 32 |

## Location Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



## Subject Front

**1161 Dana Maple Ct**

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 1,416 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 5,227 sf |
| Quality | Average |
| Age | 19 |



## Subject Rear



## Subject Street

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | **n/a** | | | | | | |
| Property Address | **1161 Dana Maple Ct** | | | | | | |
| City | **Las Vegas** | County | **Clark** | State | **NV** | Zip Code | **89123** |
| Lender/Client | **N/A** | | | | | | |




**Address Label**

# Photograph Addendum

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



**Living Room**



**Kitchen**



**Bedroom**

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



Bedroom



Bedroom



Bath

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



Bath

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |
| Property Address | 1161 Dana Maple Ct | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123 |
| Lender/Client | N/A | | | | | | |



## Comparable 1

9346 Graceful Gold St

| | |
|---|---|
| Prox. to Subject | 0.08 miles S |
| Sale Price | 277,900 |
| Gross Living Area | 1,394 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 21 |



## Comparable 2

667 Gull Point Ave

| | |
|---|---|
| Prox. to Subject | 0.66 miles NW |
| Sale Price | 280,000 |
| Gross Living Area | 1,473 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 4,792 sf |
| Quality | Average |
| Age | 23 |



## Comparable 3

9400 Morehouse Pl

| | |
|---|---|
| Prox. to Subject | 0.60 miles W |
| Sale Price | 265,000 |
| Gross Living Area | 1,472 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Residential |
| View | Residential |
| Site | 4,356 sf |
| Quality | Average |
| Age | 22 |

**Aerial View**


Google Maps
1161 Dana Maple Ct
Country Skies Ave
Country Skies Ave
Country Skies Ave
Sparkling St
Antoinette St
S Maryland Pkwy
Radcliff St
Sparkling Star St
Aspen Valley Ave
Aspen Valley Ave
Aspen Valley Ave
Aspen Breeze Ave
1161 Dana Maple Court
E Serene Ave
E Serene Ave
E Serene Ave
Kids 'R' Kids Learning
Academy of...
Paradise Rd
Whispering Birch Ave
Clover Tip Ct
E English Heather Dr
Island Dawn St
Coral Berry St
Graceful Gold St
Santa Fe Rose St
S Maryland Pkwy
Google

**Plat Map**



ASSESSOR'S PARCELS - CLARK COUNTY, NV.
Briana Johnson - Assessor
177-22-6
S 2 NE 4
T22S R61E
22
Scale: 1" = 200'
Rev: 1/8/2019
MAP LEGEND
NOTES
This map is for assessment use only and does NOT represent a survey.
No liability is assumed for the accuracy of the data delineated herein.
MARYLAND PKWY
SERENE AVE
POLLOCK DR
CAZADOR ST
SPARKLING STAR ST
ASPEN VALLEY AVE
ASPEN BREEZE AVE
COUNTRY SKIES AVE
HERNANDEZ AVE
HOLLANDSWORTH AVE
MOONDANCE UNIT 4B
MOONDANCE UNIT 4A
SILVER POINTE 2
TAX DIST 470

# Flood Map




The District makes no warranties concerning the accuracy of this data.

**This parcel IS NOT in a 100-year flood zone.**

Parcel 17722617055
Owner CENSO L L C
Address 1161 DANA MAPLE
Entity Clark County
Contact 702-455-0489
Flood Zone This parcel IS NOT in a 100-year flood zone.

# Assumptions, Limiting Conditions & Scope of Work

File No.: 912118Z

| Property Address: 1161 Dana Maple Ct | City: Las Vegas | State: NV | Zip Code: 89123 |
|---|---|---|---|
| Client: Censo LLC | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130 | | |
| Appraiser: Gerene McNatt | Address: 3642 Boulder Hwy #185, Las Vegas, NV 89121 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Certifications

File No.: 912118Z

Property Address: 1161 Dana Maple Ct | City: Las Vegas | State: NV | Zip Code: 89123
Client: Censo LLC | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130
Appraiser: Gerene McNatt | Address: 3642 Boulder Hwy #185, Las Vegas, NV 89121

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications**

**Appraiser, Gerene McNatt, has been a Licensed Residential Appraiser in the state of Nevada continuously since 1998 and is familiar with subject neighborhood and market, having performed valuations of numerous properties in the area for purposes of sale, refi and REO and general purposes and is confident of having the qualifications to complete this assignment. Neither appraiser or anyone associated with Quality Appraisal Services has performed a previous appraisal or any other services regarding subject property within the three years prior to accepting this assignment.**

**THE INTENDED USER OF THIS APPRAISAL REPORT IS THE CLIENT NAMED HEREIN AND HIS/HER ASSIGNS. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL PURSUANT TO STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM AND DEFINITION OF MARKET VALUE.**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

SIGNATURES

Client Contact: Melani Schulte | Client Name: Censo LLC
E-Mail: Melani.thrive@gmail.com | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| [signature: Gerene McNatt] | |
| Appraiser Name: Gerene McNatt | Supervisory or Co-Appraiser Name: |
| Company: Quality Appraisal Services | Company: |
| Phone: 702-432-0066 Fax: | Phone: Fax: |
| E-Mail: gerene908@gmail.com | E-Mail: |
| Date Report Signed: 01/05/2020 | Date Report Signed: |
| License or Certification #: A.0003076-RES State: NV | License or Certification #: State: |
| Designation: Licensed Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2020 | Expiration Date of License or Certification: |
| Inspection of Subject: [X] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None |
| Date of Inspection: 01/02/2020 | Date of Inspection: |


Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**Nevada Appraisal License**

# APPRAISER LICENSE

**STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY**

**NOT TRANSFERABLE** **REAL ESTATE DIVISION** **NOT TRANSFERABLE**

**This is to Certify That:** GERENE C MCNATT **License Number:** A.0003076-RES

**Is duly authorized to act as a** LICENSED RESIDENTIAL APPRAISER **from the issue date to the expiration date at the business address stated here in, unless the license is sooner revoked, cancelled, withdrawn, or invalidated.**

**Issue Date:** September 20, 2018 **Expire Date:** September 30, 2020

**In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this license to be issued with its Seal printed thereon. This license must be conspicuously displayed in place of business.**

**FOR:** QUALITY APPRAISAL SERVICES
3642 BOULDER HWY SUITE 185
LAS VEGAS, NV 89121

**REAL ESTATE DIVISION**

**SHARATH CHANDRA**
*Administrator*

THE GREAT SEAL OF THE STATE OF NEVADA
ALL FOR OUR COUNTRY

Quality Appraisal Service (702) 432-0066

# INVOICE

FROM:

Gerene McNatt
Quality Appraisal Service
3642 Boulder Hwy #185
Las Vegas, NV 89121-1635

Telephone Number: (702) 432-0066 Fax Number:

TO:

Melanie Schultz / Censo LLC

9811 W Charleston Blvd #2-381, Las Vegas, NV 89130

E-Mail:
Telephone Number: 702-273-0760 Fax Number:
Alternate Number:

| INVOICE NUMBER | |
|---|---|
| 912118Z | |
| **DATES** | |
| Invoice Date: | 01/03/2020 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | 912118Z |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 912118Z |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: N/A Client: Censo LLC
Purchaser/Borrower: n/a
Property Address: 1161 Dana Maple Ct
City: Las Vegas
County: Clark State: NV Zip: 89123
Legal Description: Lot 304 Block 3 Moondance at Silverado Ranch-Unit 3, Plat Book 87 Page 18

| FEES | AMOUNT |
|---|---|
| Appraisal Fee - | 300.00 |
| SUBTOTAL | 300.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: Date: Description: | |
| Check #: Date: Description: | |
| Check #: Date: Description: | |
| SUBTOTAL | |
| TOTAL DUE | $ 300.00 |