COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO LLC. ) | |
| ) | |
| ) | HEARING DATE: August 19, 2020 |
| Debtor. ) | HEARING TIME: 9:30 AM |
| ) | |

**CERTIFICATE OF SERVICE OF MOTION AND NOTICE OF HEARING OF MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FIANCÉ LP. PURSUANT TO 11 U.S.C §506(a),§1111, AND §1123**

I hereby certify that on the 15th day of July, 2020, I mailed a true and correct copy of the filing of ***MOTION AND NOTICE OF HEARING OF MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FIANCÉ LP., PURSUANT TO 11 U.S.C §506(a),§1111, AND §1123***, ECF filing, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

| | |
|---|---|
| COREY B. BECK, ESQ.<br>c/o CENSO LLC.<br>becksbk@yahoo.com<br>B.CR71338@notify.bestcase.com | **SENT VIA ECF FILING** |
| MICHAEL W. CHEN, ESQ.<br>c/o NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>bknotice@mccarthyholthus.com<br>mchen@ecf.courtdrive.com<br>nvbkcourt@mccarthyholthus.com<br>mchen@mccarthyholthus.com | **SENT VIA ECF FILING** |
| DARRELYN SHANAE THOMAS, ESQ.<br>c/o SELENE FINANCE LP<br>dthomas@rascrane.com | **SENT VIA ECF FILING** |

1

| | |
|---|---|
| U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov | **SENT VIA ECF FILING** |
| ACE C VAN PATTEN<br>c/o SELENE FINANCE LP<br>avp@tblaw.com, nvbk@tblaw.com | **SENT VIA ECF FILING** |

    /s/ VANESSA ANDERSON
_____
An Employee of
The Law Office of Corey B. Beck, P.C