1  Kristin A. Schuler-Hintz, Esq. SBN 7171
2  Michael Chen, Esq. SBN 7307                    E-filed: 7/22/2020
   **McCarthy & Holthus, LLP**
3  9510 West Sahara Avenue, Suite 200
   Las Vegas, NV 89117
4  Phone (877) 369-6122
5  Fax (866) 339-5691
   NVBK@McCarthyHolthus.com
6
7  Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

8

9                    UNITED STATES BANKRUPTCY COURT

10                         DISTRICT OF NEVADA

11
   In re:                              ) Case No. 19-16636-mkn
12                                      )
                                        ) Chapter : 11
13                                      )
14 Censo LLC.,                          ) **NOTICE OF ENTRY OF ORDER**
                                        ) **TERMINATING AUTOMATIC STAY**
15                                      )
            Debtor.                     )
16                                      )
                                        ) HEARING
17                                      ) Date:   7/8/2020
                                        ) Time:  9:30 A.m.
18                                      )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
   _____ )
22

23         TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

24
           You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER
25
   TERMINATING AUTOMATIC STAY UNDER 11 USC § 362 (in whole or part) was entered
26
   on July 17, 2020 as docket number 65.
27

28         On 7/22/2020, I served the foregoing documents as NOTICE OF ENTRY OF ORDER
29 TERMINATING AUTOMATIC STAY on the following individuals by electronic means

                                        1

1  through the Court's ECF program

2

3       Corey B. Beck
        becksbk@yahoo.com

4

5       U.S. Trustee - LV - 11
        USTPRegion17.lv.ecf@usdoj.gov

6

7       **I declare under penalty of perjury under the laws of the United States of America**

8  **that the foregoing is true and correct.**

9

10                                              /s/ Raquel Rivera
                                                Raquel Rivera

11

12      On 7/22/2020, I served the foregoing documents described as NOTICE OF ENTRY OF

13  ORDER TERMINATING AUTOMATIC STAY on the following individuals by depositing true

14  copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with

15  postage paid, addressed as follows:

16

17      Censo LLC.
        9811 W. Charleston Blvd.

18      Suite 2-351
        Las Vegas, NV 89117

19

20      SPECIAL NOTICE
        Federal National Mortgage Association

21      Attn: Managing Agent
        2100 E. Elliot Rd., Bldg. 94 MS T314

22      Tempe, AZ 85284

23

24      Federal National Mortgage Association
        Attn: Managing Agent

25      75 Beattie Place, Suite 110
        Greenville, SC 29601

26

27      NewRez LLC, f/k/a New Penn
        Attn: Managing Agent

28      55 Beattie Place
        Ste 110

29      Greenville, SC 29601

                                    2

                                                        File No. NV-20-160941
                                    Notice of Entry of Order , Case No. 19-16636-mkn

NEWREZ LLC, FKA NEW PENN
Attn: Managing Agent
55 BEATTIE PLACE, STE. 110
GREENVILLE, SC 29601

First American Trustee Servicing
Attn: Managing Agent
4795 Regent Blvd., Mall Code 1011-F
TS No.: 190808111-NV-MSI
Irving, TX 75063

Mortgage Electronic Registration Systems
Attn: Managing Agent
P.O. Box 2026
Flint, MI 48501

Nevada Legal News
Attn: Managing Agent
930 South Fourth Street
Las Vegas, NV 89101

Selene Finance LP
Attn: Managing Agent
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

Department of Motor Vehicles
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711

Salene Finance LP
Attn: Managing Agent
9990 Richmond Avenue
Houston, TX 77042

SELENE FINANCE LP
Attn: Managing Agent
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

Internal Revenue Service
Attn: Managing Agent
110 City Parkway
Las Vegas, NV 89106

3

File No. NV-20-160941
Notice of Entry of Order , Case No. 19-16636-mkn

1

2    Taylor Bean & Whitaker Mortgage Corp.
     Attn: Managing Agent
3    1417 North Magnolia Avenue
     Ocala, FL 34475
4

5

6        **I declare under penalty of perjury under the laws of the United States of America**

7    **that the foregoing is true and correct**

8

9     7/22/2020                                    /s/ Hue Banh

10                                                    Hue Banh

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

File No. NV-20-160941
Notice of Entry of Order , Case No. 19-16636-mkn