Kristin A. Schuler-Hintz, Esq., SBN 7171  E-filed: 7/28/2020
Michael Chen, Esq., SBN 7307
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Censo LLC.<br><br>    Debtor | ) Case No. 19-16636-mkn<br>)<br>) Chapter 11<br>)<br>) **NOTICE OF HEARING ON NEWREZ**<br>) **LLC D/B/A SHELLPOINT MORTGAGE**<br>) **SERVICING'S MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY and MOTION**<br>) **TO ACCOUNT FOR AND SEQUESTER**<br>) **RENTAL INCOME AND/OR FOR**<br>) **ADEQUATE PROTECTION WITH**<br>) **CERTIFICATE OF SERVICE**<br>)<br>) DATE:    9/2/2020<br>) TIME:     9:30am<br>) |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on 7/28/2020 by McCarthy & Holthus, LLP. The Motion seeks the following relief: Secured Creditor seeks an order terminating/modifying the automatic stay to allow it foreclose on the subject property, or, in the alternative as appropriate, a Motion for an Order to Sequester, Account for, or Distribute Rental Income as Adequate Protection to Movant, as to the subject real property commonly known as 5900 Negril Avenue, Las Vegas, NV 89130. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion. If the hearing date has been set on shortened time in accordance with LR 9006, then the opposition must be filed and served no later than 2 business days before the hearing, or as set forth in the Order Shortening Time. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with this court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 2, Las Vegas, Nevada 89101 on 9/2/2020 at the hour of 9:30am.

Dated: July 28, 2020                                                                 McCarthy & Holthus, LLP


By: /s/ Michael Chen
Michael Chen, Esq.
Attorney for Secured Creditor
NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

2

CERTIFICATE OF SERVICE

On 7/28/2020, I served the foregoing documents described as **NOTICE OF HEARING ON NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY and MOTION TO ACCOUNT FOR AND SEQUESTER RENTAL INCOME AND/OR FOR ADEQUATE PROTECTION** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Corey B. Beck
becksbk@yahoo.com

TRUSTEE
U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Raquel Rivera
Raquel Rivera

On 7/28/2020, I served the foregoing documents described as **NOTICE OF HEARING ON NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY and MOTION TO ACCOUNT FOR AND SEQUESTER RENTAL INCOME AND/OR FOR ADEQUATE PROTECTION**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Censo LLC.
9811 W. Charleston Blvd.
Suite 2-351
Las Vegas, NV 89117

| | |
|---|---|
| 1 | CO-BORROWERS |
| 2 | Melissa J. Hexum |
|   | 5900 Negril Avenue |
| 3 | Las Vegas, NV 89130 |
| 4 | |
|   | Peter Arsaga |
| 5 | 5900 Negril Avenue |
|   | Las Vegas, NV 89130 |
| 6 | |
| 7 | SPECIAL NOTICE |
|   | c/o DiTech Financial FKA GreenTree Serv. |
| 8 | Federal National Mortgage Association |
|   | Attn: Managing Agent |
| 9 | 2100 E. Elliot Rd., Bldg. 94 MS T314 |
| 10 | Tempe, AZ 85284 |
| 11 | c/o ShellPoint |
|   | Federal National Mortgage Association |
| 12 | Attn: Managing Agent |
|   | 75 Beattie Place, Suite 110 |
| 13 | Greenville, SC 29601 |
| 14 | |
|   | Financial, LLC d/b/a Shellpoint Mortgage Servicing |
| 15 | NewRez LLC, f/k/a New Penn |
| 16 | Attn: Managing Agent |
|   | 55 Beattie Place |
| 17 | Ste 110 |
|   | Greenville, SC 29601 |
| 18 | |
| 19 | RAS Crane, LLC |
|   | Selene Finance LP |
| 20 | Attn: Managing Agent |
|   | 10700 Abbotts Bridge Road, Suite 170 |
| 21 | Duluth, GA 30097 |
| 22 | |
| 23 | Records Section |
|   | Department of Motor Vehicles |
| 24 | Attn: Managing Agent |
|   | 555 Wright Way |
| 25 | Carson City, NV 89711-0250 |
| 26 | |
| 27 | Stop 5028 |
|   | Internal Revenue Service |
| 28 | Attn: Managing Agent |
|   | 110 City Parkway |
| 29 | Las Vegas, NV 89106-4604 |

4

1

2  Taylor Bean & Whitaker Mortgage Corp.
   Attn: Managing Agent
3  1417 North Magnolia Avenue
   Ocala, FL 34475
4

5  Mortgage Electronic Registration Systems
   Attn: Managing Agent
6  P.O. Box 2026
   Flint, MI 48501-2026
7

8  Nevada Legal News
   Attn: Managing Agent
9  930 South Fourth Street
   TS No.: 190808111-NV-MSI
10 Las Vegas, NV 89101

11
   First American Trustee Servicing
12 Attn: Managing Agent
   4795 Regent Blvd., Mall Code 1011-F
13 TS No.: 190808111-NV-MSI
   Irving, TX 75063
14

15 SELENE FINANCE LP
   Attn: Managing Agent
16 9990 Richmond Ave. Suite 400 South
   Houston, TX 77042
17

18 RAS Crane, LLC
   Attn: Managing Agent
19 Bankruptcy Department
   10700 Abbott's Bridge Road, Suite 170
20 Duluth, GA 30097

21
22 Tiffany & Bosco, P.A.
   Attn: Managing Agent
23 10100 W Charleston Blvd Ste 220
   Las Vegas, NV 89135-5001
24

25 LARGEST UNSECURED CREDITORS
   Green Tree Servicing L
26 Attn: Managing Agent
   Po Box 6172
27 Rapid City, SD 57709

28

29

5

| | |
|---|---|
| 1 | Republic Services |
| 2 | Attn: Managing Agent |
| | PO Box 98508 |
| 3 | Las Vegas, NV 89193 |
| 4 | |
| | David Pierce |
| 5 | Attn: Managing Agent |
| | 9811 W Charleston |
| 6 | Blvd Ste 2-279 |
| 7 | Las Vegas, NV 89117 |
| 8 | David Snell Davis |
| | Attn: Managing Agent |
| 9 | 415 S. 6th Street, |
| | Suite 300 |
| 10 | Las Vegas, NV 89101 |
| 11 | |
| | Paradise Falls HOA |
| 12 | Attn: Managing Agent |
| | c/o Nicklin Property Mgmt. |
| 13 | P.O. Box 63338 |
| 14 | Phoenix, AZ 85082 |
| 15 | |
| | Sagecreek HOA |
| 16 | Attn: Managing Agent |
| | c/o Level Property Mgmt. |
| 17 | 8966 Spanish Ridge #100 |
| | Las Vegas, NV 89148 |
| 18 | |
| 19 | Selene Finance LP |
| | Attn: Managing Agent |
| 20 | 9990 Richmond Avenue #400 |
| 21 | Houston, TX 77042 |
| 22 | Summerlin South Comm. HOA |
| | Attn: Managing Agent |
| 23 | 10801 W. Charleston Blvd. 3rd Floor |
| 24 | Las Vegas, NV 89135 |
| 25 | |
| | The Hartford Central Recovery Office |
| 26 | Attn: Managing Agent |
| | PO Box 14272 |
| 27 | Lexington, KY 40512 |
| 28 | |
| 29 | |

| | |
|---|---|
| 1 | West Charleston Lofts HOA |
| 2 | Attn: Managing Agent |
|   | c/o First Service Residential |
| 3 | 8290 Arville Street |
| 4 | Las Vegas, NV 89139 |

All Trades
Attn: Managing Agent
4262 Blue Diamond Road
#102-315
Las Vegas, NV 89139

Allerton Park HOA
Attn: Managing Agent
c/o Thoroughbred mgmt.
PO Box 93806
Las Vegas, NV 89193

Amberlea Davis, Esq.
Attn: Managing Agent
415 S. 6th Street
#300
Las Vegas, NV 89101

City of Las Vegas
Attn: Managing Agent
495 S. Main Street
Las Vegas, NC 89117

Green Tree Servicing LLC
Attn: Managing Agent
DiTech Financial LLC
7360 S. Kyrene Road
Tempe, AZ 85283

Red Rock Financial Services
Attn: Managing Agent
770 E. Warm Springs Rd.
Suite 320
Las Vegas, NV 89119

OTHER LIEN HOLDERS
Fannie Mae
Attn: Managing Agent
3900 Wisconsin Avenue NW
Washington, DC 20016

MTC Financial/Trustee
Attn: Managing Agent
1700 Gillette Ave.
Irvine, CA 92614

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                  /s/ Hue Banh
                                                    Hue Banh

*Revised 12/09*         19-16636-mkn; M&H File No. NV-20-162386
Notice of Hearing on Motion for Relief