# EXHIBIT "2"

COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| CENSO LLC. | Chapter 11 |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY OF MELANI SCHULTE IN SUPPORT OF MOTION FOR RELIEF FROM JULY 17, 2020 ORDER LIFTING STAY PURSUANT TO FRCP RULE 59 AND BANKRUPTCY RULE 9203**

I, Melani Schulte, declare under penalty of perjury the following:

1. Censo, LLC., is owner of 11441 Allerton Park Drive, #411 Las Vegas, NV 89109 (hereinafter "Allerton property").

2. I am the principal and 100% owner of Censo, LLC.

3. That $133,000.00 has been spent on improvement and repairs on the Allerton property.

4. That I am seeking to rent the Allerton property for $2,850.00/month. Proposed rent would exceed contractual mortgage payment for approximately $2,500.00/month.

5. That Order Lifting Stay negatively affects Censo's ability to rent property (threat of foreclosure).

6. We are seeking to have stay in place while adversary case is pending.

7. That we have and will offer adequate protection.

8. That the Allerton property is necessary for reorganization.

9. That there is a valid basis to seek relief from Order Lifting Stay.

I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 30th day of July, 2020.

_____
MELANI SCHULTE -
Owner of Censo, LLC.

###

2