COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-S-19-16636-MKN |
| | Chapter 11 |
| CENSO LLC. | |
| | HEARING DATE: September 2, 2020 |
| Debtor. | HEARING TIME:   9:30 AM |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FRCP RULE 59 AND BANKRUPTCY RULE 9023**

I hereby certify that on the 31st day of July, 2020, I mailed a true and correct copy of the filing of ***MOTION TO EXTEND EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. §105(a) AND §1121(d) AND ORDER SHORTENING TIME***, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

**SENT VIA ELECTRONICALLY**
COREY B. BECK on behalf of Plaintiff CENSO LLC.
becksbk@yahoo.com, B.CR71338@notify.bestcase.com

**SENT VIA ELECTRONICALLY**
MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**SENT VIA ELECTRONICALLY**
MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC, FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**SENT VIA ELECTRONICALLY**
DARRELYN SHANAE THOMAS on behalf of Creditor SELENE FINANCE LP

1

1  dthomas@rascrane.com

2

3  **SENT VIA ELECTRONICALLY**
U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

4

5  ACE C VAN PATTEN on behalf of Creditor SELENE FINANCE LP
avp@tblaw.com, nvbk@tblaw.com

6

7                                         /s/ VANESSA ANDERSON
                                       _____

8                                         An Employee of
                                       The Law Office of Corey B. Beck, P.C

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28