UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: CENSO LLC

Case No. 19-16636-MKN

CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: JUNE 30 2020          PETITION DATE: 10/11/2019 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $977 | $954 | |
| b. Total Assets | $874,585 | $874,562 | $873,608 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $873,608 | $873,608 | $1,901,500 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $2,050 | $2,050 | $25,850 |
| b. Total Disbursements | $2,027 | $5,183 | $24,872 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $23 | ($3,133) | $978 |
| d. Cash Balance Beginning of Month | $954 | $4,087 | $0 |
| e. Cash Balance End of Month (c + d) | $977 | $954 | $978 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $978 | $955 | $978 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:                                      Yes       No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                            X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                          X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)     X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?                                                                       X
14. Was there any post-petition borrowing during this reporting period?                                 X

15. **Check if paid**: Post-petition taxes ___; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/20/2020 0:00

Responsible Individual

Revised 1/1/98

| CASE # 19-16636 | **CENSO LLC** | JUNE | 2020 |

## PAGE 1. DETAILS OF ITEM MARKED "YES"

**QUESTION 11:**   **AMOUNT**                              **PAYEE**

$   598.50          THRIVE PROPERTY MANAGEMENT & INVESTMENTS INC.

FOR JUNE 2020 MONTHLY MANAGEMENT FEES.

FEES ARE SCHEDULED MONTHLY, IN NORMAL COURSE OF BUSINESS.

THRIVE PROPERTY MANAGEMENT & INVESTMENTS INC. IS SOLELY OWNED AND OPERATED BY MELANI SCHULTE.

**STATEMENT OF OPERATIONS:**

| | |
|---|---|
| LINE 1 | OTHER PROPERTIES STILL VACANT - UNANTICIPATED |
| LINE 10 | SAVINGS DUE TO OTHER PROPERTIES STILL VACANT |
| LINE 15 | LOWER MANAGEMENT FEE AS OTHER PROPERTIES STILL VACANT |
| LINE 18 | ANNUAL PREMIUM PAID IN FULL |
| LINE 24 | UNANTICIPTED REPAIR |
| LINE 25 | VACANT PROPERTY UTILITIES ADDED |

# STATEMENT OF OPERATIONS
## (Real Estate Case)

For the Month Ended JUNE 30 2020

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | | | **Revenues:** | | |
| $2,050 | $3,655 | ($1,605) | 1 | Rent/Leases | $24,650 | $2,050 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: MEMBER CONTRIBUTION | $1,200 | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $2,050 | $3,655 | ($1,605) | 7 | **Total Revenues** | $25,850 | $2,050 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| $702 | $1,500 | $798 | 10 | Administrative | $9,177 | $750 |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| $599 | $1,100 | $501 | 15 | Management Fees | $7,728 | $600 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| $310 | $30 | ($280) | 18 | Insurance | $2,552 | $50 |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Expenses: | | |
| $291 | $200 | ($91) | 24 | REPAIRS | $4,266 | $200 |
| $125 | $50 | ($75) | 25 | UTILITIES | $824 | $150 |
| | | $0 | 26 | | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $2,027 | $2,880 | $853 | 32 | **Total Expenses** | $24,547 | $1,750 |
| $23 | $775 | ($752) | 33 | Subtotal | $1,303 | $300 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| $325 | $325 | $0 | 38 | U.S. Trustee Quarterly Fees | $325 | $0 |
| | | $0 | 39 | | | |
| $325 | $325 | $0 | 40 | **Total Reorganization Items** | $325 | $0 |
| ($302) | $1,100 | ($1,402) | 41 | **Net Profit (Loss) Before Federal & State Taxes** | $978 | $300 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($302) | $1,100 | ($1,402) | 43 | **Net Profit (Loss)** | $978 | $300 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
### (Real Estate Case)
### For the Month Ended JUNE 30 2020

**Assets**

| | | | From Schedules | Market Value |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents - unrestricted | | | $977 |
| 2 | Cash and cash equivalents - restricted | | | |
| 3 | Accounts receivable (net) | | A | $0 |
| 4 | Prepaid expenses | | | |
| 5 | Professional retainers | | | |
| 6 | Other: | | | |
| 7 | | | | |
| 8 | **Total Current Assets** | | | $977 |
| | **Property and Equipment (Market Value)** | | | |
| 9 | Real property | | C | $873,608 |
| 10 | Machinery and equipment | | D | $0 |
| 11 | Furniture and fixtures | | D | $0 |
| 12 | Office equipment | | D | $0 |
| 13 | Leasehold improvements | | D | $0 |
| 14 | Vehicles | | D | $0 |
| 15 | Other: | | D | |
| 16 | | | D | |
| 17 | | | D | |
| 18 | | | D | |
| 19 | | | D | |
| 20 | **Total Property and Equipment** | | | $873,608 |
| | **Other Assets** | | | |
| 21 | Loans to shareholders | | | |
| 22 | Loans to affiliates | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | **Total Other Assets** | | | $0 |
| 28 | **Total Assets** | | | $874,585 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
(Real Estate Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 29 | Salaries and wages | | | |
| 30 | Payroll taxes | | | |
| 31 | Real and personal property taxes | | | |
| 32 | Income taxes | | | |
| 33 | Sales taxes | | | |
| 34 | Notes payable (short term) | | | |
| 35 | Accounts payable (trade) | A | | $0 |
| 36 | Real property lease arrearage | | | |
| 37 | Personal property lease arrearage | | | |
| 38 | Accrued professional fees | | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 40 | Other: | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | **Total Current Liabilities** | | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 45 | **Total Post-Petition Liabilities** | | | $0 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 46 | Secured claims | F | | $873,608 |
| 47 | Priority unsecured claims | F | | $0 |
| 48 | General unsecured claims | F | | $0 |
| 49 | **Total Pre-Petition Liabilities** | | | $873,608 |
| 50 | **Total Liabilities** | | | $873,608 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 51 | Retained Earnings/(Deficit) at time of filing | | |
| 52 | Capital Stock | | |
| 53 | Additional paid-in capital | | $1,200 |
| 54 | Cumulative profit/(loss) since filing of case | | $978 |
| 55 | Post-petition contributions/(distributions) or (draws) | | |
| 56 | | | |
| 57 | Market value adjustment | | |
| 58 | **Total Equity (Deficit)** | | $2,178 |
| 59 | **Total Liabilities and Equity (Deficit)** | | $875,786 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 1161 DANA MAPLE COURT. LAS VEGAS NV 89123 | | $219,374 |
| 5900 NEGRIL AVE. LAS VEGAS NV 89130 | | $295,966 |
| 11441 ALLERTON PARK # 411 LAS VEGAS NV 89135 | | $358,268 |
| Total | $0 | $873,608 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $1,400,000 | $873,608 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $501,500 | |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
### Rental Income Information

<u>List the Rental Information Requested Below By Properties</u>

|  | **Property 1** | **Property 2** | **Property 3** | **Property 4** |
|---|---|---|---|---|
| Description of Property | DANA MAPLE | NEGRIL AVE | ALLERTON | |
| Scheduled Gross Rents | 0 | 2050 | | |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | $0 | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $0 | $2,050 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $2,050 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | XXXXXX - 1100 | | | |
| Account Purpose | DIP | | | |
| Balance, End of Month | $977 | | | |
| Total Funds on Hand for all Accounts | $977 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended JUNE 30 2020

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $2,050 | $24,650 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $1,200 |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $2,050 | $25,850 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $702 | $9,177 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $599 | $7,728 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | REPAIRS | $291 | $4,266 |
| 33 | UTILITIES | $125 | $824 |
| 34 | INSURANCE | $310 | $2,552 |
| 35 | TRUSTEE FEES | $0 | $325 |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $2,027 | $24,872 |
| 38 | **Net Increase (Decrease) in Cash** | $23 | $978 |
| 39 | **Cash Balance, Beginning of Period** | $954 | |
| 40 | **Cash Balance, End of Period** | $977 | |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended <u>JUNE 30 2020</u>

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $2,050 | $24,650 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | | |
| 6 | Cash Paid for Administrative Expenses | $702 | $9,177 |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 |    MANAGEMENT FEES | $599 | $7,728 |
| 22 |    REPAIRS | $291 | $4,266 |
| 23 |    UTILITIES | $125 | $824 |
| 24 |    INSURANCE | $310 | $2,552 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $23 | $103 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | $0 | $325 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($325) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $23 | ($222) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $1,200 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $1,200 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $23 | $978 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $954 | $0 |
| 46 | **Cash and Cash Equivalents at End of Month** | $977 | |

Revised 1/1/98



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552    12    S    Y    ST01

000003564 01  SP      000638507500202 P
ESTATE OF CENSO LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 19-16636-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519



**Business Statement**
Account Number:

Statement Period:
Jun 1, 2020
through
Jun 30, 2020

Page 1 of 1

To Contact U.S. Bank

24-Hour Business
Solutions:            1-800-673-3555

U.S. Bank accepts Relay Calls
Internet:                usbank.com

## PREMIUM BUSINESS CHECKING

U.S. Bank National Association

Member FDIC
Account Number 1-537-5865-1100

### Account Summary

|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on Jun 1 |  | $ | 954.19 |
| Customer Deposits | 1 |  | 2,050.00 |
| Checks Paid | 11 |  | 2,027.28- |
| Ending Balance on Jun 30, 2020 |  | $ | 976.91 |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Jun 1 | 8057429539 | 2,050.00 |

Total Customer Deposits    $    2,050.00

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1086 | Jun 5 | 9255317870 | 120.00 | 1095 | Jun 15 | 8057539863 | 592.00 |
| 1087 | Jun 1 | 8055608117 | 60.00 | 1096 | Jun 15 | 8053388116 | 69.33 |
| 1091* | Jun 8 | 8057800171 | 62.50 | 1099* | Jun 15 | 8053463402 | 295.00 |
| 1092 | Jun 17 | 8654348466 | 44.91 | 1100 | Jun 15 | 8053463405 | 613.50 |
| 1093 | Jun 9 | 8354351222 | 48.00 | 1101 | Jun 29 | 8053188371 | 110.88 |
| 1094 | Jun 15 | 8055971854 | 11.16 |  |  |  |  |

* Gap in check sequence

Conventional Checks Paid (11)    $    2,027.28-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 1 | 2,944.19 | Jun 9 | 2,713.69 | Jun 17 | 1,087.79 |
| Jun 5 | 2,824.19 | Jun 15 | 1,132.70 | Jun 29 | 976.91 |
| Jun 8 | 2,761.69 |  |  |  |  |

Balances only appear for days reflecting change.