**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 20-71093

Attorneys for *Secured Creditor* Selene Finance LP

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CENSO LLC.,<br><br><br><br><br><br><br><br>Debtor. | Case No. 19-16636-mkn<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>PRIOR HEARING DATE: August 19, 2020<br>PRIOR HEARING TIME:  9:30 a.m.<br><br>NEW HEARING DATE: October 21, 2020<br>NEW HEARING TIME:  9:30 a.m. |

**STIPULATION TO CONTINUE HEARING ON MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FINANCE LP PURSUANT TO 11 U.S.C §506(A), §1111, AND §1123 (1161 DANA MAPLE COURT, LAS VEGAS, NV 89123)**

COMES NOW the Debtor, Censo LLC. ("Debtor") and Creditor, Selene Finance LP ("Creditor"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS Debtor's Motion to Value Collateral and Modify Rights of Selene Finance LP Pursuant to 11 U.S.C §506(a), §1111, and §1123 (1161 Dana Maple Court, Las Vegas, NV 89123) ("Motion") (Docket Entry No. 61) is currently scheduled for hearing on August 19, 2020 at 9:30 a.m..; and the parties having discussed this matter and agreed to continue said hearing in order to attempt to resolve the pending Motion;

IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motion be continued to October 21, 2020 at 9:30 a.m. to be held before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

Submitted by:

**TIFFANY & BOSCO, P.A.**

By /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
Attorney for Creditor


By /s/ Corey B. Beck, Esq.
Corey B. Beck, Esq.
Attorney for Debtor