COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO LLC. ) | |
| ) | |
| ) | HEARING DATE: September 30, 2020 |
| Debtor. ) | HEARING TIME:   9:30 AM |
| _____ ) | |

**NOTICE OF HEARING OF MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") C/O DITECH FINANCIAL , LLC. FKA GREEN TREE SERVICING PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123 (5900 NEGRIL AVENUE, LAS VEGAS, NV 89130)**

TO:     CENSO LLC., Debtor;

TO:     MIKE K. NAKAGAWA, Judge;

TO:     ALL OTHER INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that a motion value collateral pursuant to 11 U.S.C. §506(a), §1111 and §1123, and Bankruptcy Rules 3012 and 9014 was filed herein by Corey B. Beck, Esq. from THE LAW OFFICE OF COREY B. BECK, P.C., attorney for the Debtors. Any Opposition must be filed pursuant to Local Rule 9014:

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

1

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse* to *allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge Nakagawa, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, 89101, on September 30, 2020 at the hour of 9:30 AM.

DATED this 20th day of August, 2020.

/s/ COREY B. BECK
_____
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor