|   |   |
|---|---|
| 1 | COREY B. BECK, ESQ. |
|   | Nevada Bar No.: 005870 |
| 2 | LAW OFFICE OF COREY B. BECK, P.C. |
|   | 425 South Sixth Street |
| 3 | Las Vegas, NV 89101 |
|   | Ph.: (702) 678-1999 |
| 4 | Fax: (702) 678-6788 |
|   | Email: becksbk@yahoo.com |
| 5 |   |
|   | Attorney for Debtor |
| 6 |   |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | BK-S-19-16636-MKN |
|---|---|---|
|   | ) | Chapter 11 |
| CENSO LLC. | ) |   |
|   | ) |   |
|   | ) | HEARING DATE: September 30, 2020 |
| Debtor. | ) | HEARING TIME:   9:30 AM |
|   | ) |   |

**CERTIFICATE OF SERVICE OF MOTION AND NOTICE OF HEARING OF MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") C/O DITECH FINANCIAL , LLC. FKA GREEN TREE SERVICING PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123 (5900 NEGRIL AVENUE, LAS VEGAS, NV 89130)**

I hereby certify that on the 20th day of August, 2020, I mailed a true and correct copy of the filing of ***MOTION AND NOTICE OF HEARING OF MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") C/O DITECH FINANCIAL , LLC. FKA GREEN TREE SERVICING PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123 (5900 NEGRIL AVENUE, LAS VEGAS, NV 89130)***, ECF filing, via facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

| | |
|---|---|
| COREY B. BECK, ESQ.<br>c/o CENSO LLC.<br>becksbk@yahoo.com<br>B.CR71338@notify.bestcase.com | **SENT VIA ECF FILING** |
| MICHAEL W. CHEN, ESQ.<br>c/o NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>bknotice@mccarthyholthus.com<br>mchen@ecf.courtdrive.com<br>nvbkcourt@mccarthyholthus.com | **SENT VIA ECF FILING** |

1

1  mchen@mccarthyholthus.com

2  DARRELYN SHANAE THOMAS, ESQ.     **SENT VIA ECF FILING**
   c/o SELENE FINANCE LP
3  dthomas@rascrane.com

4  U.S. TRUSTEE - LV - 11               **SENT VIA ECF FILING**
   USTPRegion17.lv.ecf@usdoj.gov
5
   ACE C VAN PATTEN                     **SENT VIA ECF FILING**
6  c/o SELENE FINANCE LP
   avp@tblaw.com, nvbk@tblaw.com
7
                                        /s/ VANESSA ANDERSON
8                                       _____
                                        An Employee of
9                                       The Law Office of Corey B. Beck, P.C