# EXHIBIT "1"

Inst #: 201312230002261
Fees: $17.00 N/C Fee: $0.00
RPTT: $991.95 Ex: #
12/23/2013 04:55:56 PM
Receipt #: 1881591
Requestor:
KE ALOHA HOLDINGS LLC
Recorded By: COJ   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

When recorded mail to and
Mail Tax Statements to:
Ke Aloha Holdings LLC
9330 W. Sahara Ave., Ste. 210
Las Vegas, NV 89117

A.P.N. No. [redacted]    TS No. 28725-5900

## TRUSTEE'S DEED UPON SALE

The Grantee (Buyer) herein was: **Ke Aloha Holdings LLC**
The Foreclosing Beneficiary herein was: **Paradise Falls Homeowners Association**
The amount of unpaid debt together with costs: **$5,745.31**
The amount paid by the Grantee (Buyer) at the Trustee's Sale: **$20,500.00**
The Documentary Transfer Tax: [redacted]
Property address: **5900 NEGRIL AVE, LAS VEGAS, NV 89130**
Said property is in [ ] unincorporated area: City of **LAS VEGAS**
Trustor (Former Owner that was foreclosed on): **PETER & MELISSA J ARSAGA**

Alessi & Koenig, LLC (herein called Trustee), as the duly appointed Trustee under that certain Notice of Delinquent Assessment Lien, recorded June 8, 2012 as instrument number 0001346, in Clark County, does hereby grant, without warranty expressed or implied to: Ke Aloha Holdings LLC (Grantee), all its right, title and interest in the property legally described as: **TROPICAL JONES UNIT 4 LOT 50 BLOCK 6**, as per map recorded in Book 93, Pages 9 as shown in the Office of the County Recorder of Clark County Nevada.

**TRUSTEE STATES THAT:**
This conveyance is made pursuant to the powers conferred upon Trustee by NRS 116 et seq., and that certain Notice of Delinquent Assessment Lien, described herein. Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the recorder of said county. All requirements of law regarding the mailing of copies of notices and the posting and publication of the copies of the Notice of Sale have been complied with. Said property was sold by said Trustee at public auction on December 18, 2013 at the place indicated on the Notice of Trustee's Sale.

Huong Lam, Esq.
Signature of AUTHORIZED AGENT for Alessi & Koenig, Llc.

State of Nevada    )
County of Clark    )

SUBSCRIBED and SWORN before me DEC 2 3 2013, by Huong Lam

WITNESS my hand and official seal.
(Seal)        (Signature)

NOTARY PUBLIC
HEIDI A. HAGEN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAY 17, 2017
No: 13-10329-1

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. █████████
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land         b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse       d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg          f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural       h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book _____ Page: _____ |
   | Date of Recording: _____ |
   | Notes: _____ |

3. a. Total Value/Sales Price of Property     $ 20,500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:      $ ~~215,103.00~~ '194,283.00 (KL)
   d. Real Property Transfer Tax Due    $ ~~1,000.05~~ '991.95 (KL)

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: Grantor

Signature _____   Capacity: _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Alessi & Koenig, LLC | Print Name: Ke Aloha Holdings LLC |
| Address: 9500 W. Flamingo Rd., Ste. 205 | Address: 9330 W. Sahara Ave., Ste. 210 |
| City: Las Vegas | City: Las Vegas |
| State: NV     Zip: 89147 | State: NV    Zip: 89117 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Alessi & Koenig, LLC        Escrow # N/A Foreclosure
Address: 9500 W. Flamingo Rd., Ste. 205
City: Las Vegas                         State: NV    Zip: 89147

· AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

```
APN: █████████                          Inst #: 20141231-0000743
Recording requested by and mail documents   Fees: $18.00 N/C Fee: $0.00
and tax statements to:                  RPTT: $0.00 Ex: #001
                                        12/31/2014 11:20:02 AM
Name: Ke Aloha Holdings Series I        Receipt #: 2267972
                                        Requestor:
Address: 9811 W Charleston Blvd Ste 2-351   NEVADA LEGAL FORMS AND BOO
                                        Recorded By: SOL  Pgs: 3
City/State/Zip: Las Vegas, NV 89117     DEBBIE CONWAY
                                        CLARK COUNTY RECORDER
DED104
Nevada Legal Forms & Tax Services, Inc.
www.nevadalegalforms.com
```

RPTT: 01

# QUITCLAIM DEED

THIS INDENTURE WITNESS that the GRANTOR(S):

Ke Aloha Holdings LLC

for and in consideration of Zero , Dollars ($ 0.00 )
do hereby QUITCLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE(S):

Ke Aloha Holdings Series I,
of the
Ke Aloha Holdings LLC,
A Nevada Series Limited-Liability Company

all that real property situated in the City of Las Vegas , County of Clark ,
State of Nevada , bounded and described as follows:
(Set forth legal description and commonly known address)
**COMMONLY KNOWN ADDRESS:**
5900 Negril Avenue, Las Vegas, Nevada 89130

Page -1-

**LEGAL DESCRIPTION:**

PARCEL I:
Lot Fifty (50) in Block Six (6) of FINAL MAP OF TROPICAL JONES UNIT 4 ( a Common Interest Community), as shown by map thereof on file in Book 93 of Plats, Page 9, in the Office of the County Recorder of Clark County, Nevada.

PARCEL II:
A non-exclusive right and easement of ingress and egress and use in, to and over the Common Elements, Private Main Entry Gate Areas and Private Streets as provided for and subject to that Certain Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for "Paradise Falls" recorded September 9, 1999 in Book 990909 as Document No. 00607, Official Records.

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on _30th_ day of December, 20_14_.

_____
Signature of Grantor

Melani Schulte, Managing Member
Print or Type Name Here
Registrant: Mike Angell
Registrant registration number: NVDP20143316
3901 West Charleston Boulevard, Las Vegas, NV 89102, (702) 870-8977

STATE OF  NEVADA   )
COUNTY OF  CLARK  )

On this _30th_ day of December, 20_14_, personally appeared before me, a Notary Public, _Melani Schulte, Managing Member_,
☐ personally known to me OR ☐ proved to me on the basis of satisfactory evidence to be the person(s) described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned. Witness my hand and official seal.

_____
Notary Public
My Commission Expires: _August 23, 2018_

MIKE ANGELL
Notary Public State of Nevada
No. 97-0740-1
My Appt. Exp. Aug. 23, 2018

Consult an attorney if you doubt this forms fitness for your purpose.

Page -2-

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**
1. Assessor Parcel Number(s)
   a. [redacted]
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land          b. ☑ Single Fam. Res.    FOR RECORDER'S OPTIONAL USE ONLY
   c. ☐ Condo/Twnhse         d. ☐ 2-4 Plex            Book:_____ Page:_____
   e. ☐ Apt. Bldg            f. ☐ Comm'l/Ind'l        Date of Recording:_____
   g. ☐ Agricultural         h. ☐ Mobile Home         Notes:
      ☐ Other_____
3. a. Total Value/Sales Price of Property              $ 0.00
   b. Deed in Lieu of Foreclosure Only (value of property) ( 0.00 )
   c. Transfer Tax Value:                              $ 0.00
   d. Real Property Transfer Tax Due                   $ 0.00
4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section __01__
   b. Explain Reason for Exemption: Transfer between affiliated business entities with identical common ownership (went from a Regular LLC to a Series LLC)
5. Partial Interest: Percentage being transferred: __100__ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _[signature]_                              Capacity __Grantor__
Signature _[signature]_                              Capacity __Grantee__

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Ke Aloha Holdings LLC | Print Name: Ke Aloha Holdings Series I* |
| Address: 9330 W Sahara Ave, Ste 210 | Address: 9811 W Charleston Blvd Ste 2-351 |
| City: Las Vegas | City: Las Vegas |
| State: NV   Zip: 89117 | State: NV   Zip: 89117 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Nevada Legal Forms & Tax Services, Inc.   Escrow #:_____
Address: 3901 West Charleston Blvd
City: Las Vegas                                State: NV   Zip: 89102

of the Ke Aloha Holdings LLC, A Nevada Series Limited-Liability Company

**AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**

CCOR_DV_Form.pdf ~ 01/12/09

Inst #: 20190109-0002529
Fees: $40.00
RPTT: $0.00  Ex #: 001
01/09/2019 03:07:16 PM
Receipt #: 3605218
Requestor:
KE ALOHA HOLDINGS LLC
Recorded By: ANI  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

**RECORDING REQUESTED BY:**
KE ALOHA HOLDINGS, LLC

**When Recorded Mail Document and Tax Statement To:**
KE ALOHA HOLDINGS, LLC
C/O CENSO LLC
9811 W. Charleston Blvd #2-351
Las Vegas, NV 89117

APN: ▮
ADDRESS: 5900 Negril Avenue, Las Vegas, NV 89130

## GRANT, BARGAIN, SALE DEED

**THIS INDENTURE WITNESS that the GRANTOR(S):  KE ALOHA HOLDINGS SERIES I, of the KE ALOHA HOLDINGS LLC, A NEVADA SERIES LIMITED-LIABILITY COMPANY**

**In Consideration Of $10.00 and other VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged,** do(es) hereby GRANT, BARGAIN, SELL and CONVEY to the GRANTEE(S):
**CENSO LLC , a Nevada Limited Liability Company**

All that real property situated in Clark County, State of Nevada, bounded and described as follows:

PARCEL I:

LOT FIFTY (50) IN BLOCK SIX (6) OF FINAAL MAP OF TROPICAL JONES UNIT 4 (a Common Interest Community), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 93 OF PLATS, PAGE 9, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS AND EGRESS AND USE IN, TO AND OVER THE COMMON ELEMENTS, PRIVATE MAIN ENTRY GATE AREAS AND PRIVATE STREETS AS PROVIDED FOR AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS and RESERVATION OF EASEMENTS FOR "PARADISE FALLS" RECORDED SEPTEMBER 9, 1999 IN BOOK 990909 AS DOCUMENT NO. 00607, OFFICIAL RECORDS.

SUBJECT TO:   1.   Taxes for the current fiscal year.
              2.   Covenants, Conditions, Reservations, Rights, Rights of Way and Easements now of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: JANUARY 9, 2019

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before me on   JANUARY 9, 2019
By   MELANI SCHULTE as Manager of KE ALOHA HOLDINGS SERIES I, of the   KE ALOHA HOLDINGS LLC, A NEVADA SERIES LIMITED-LIABILITY COMPANY
Signature _____
                           Notary Public

MELANI SCHULTE, Manager
KE ALOHA HOLDINGS SERIES I, of the
KE ALOHA HOLDINGS LLC, A NEVADA
SERIES LIMITED-LIABILITY COMPANY

Amberlea Davis
Notary Public
14-14878-1 Exp 11/01/22

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. ▇▇▇▇▇▇▇▇▇▇▇▇
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land      b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☐ Other

   FOR RECORDERS OPTIONAL USE ONLY
   Book _____ Page: _____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property        $ _____
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                        $ _____
   d. Real Property Transfer Tax Due             $ _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 01
   b. Explain Reason for Exemption: Transfer between affiliated business entities with identical common owners

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: GRANTOR / GRANTEE

Signature _____   Capacity: _____

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: KE ALOHA HOLDINGS LLC | Print Name: CENSO LLC |
| Address: 9811 W. CHARLESTON BL #2-351 | Address: 9811 W. CHARLESTON BL #2-351 |
| City: LAS VEGAS | City: LAS VEGAS |
| State: NV    Zip: 89117 | State: NV    Zip: 89117 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____    Escrow # _____
Address: _____
City: _____    State: _____  Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED