EXHIBIT "4"

Quality Appraisal Service (702) 432-0606

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912116Z

## SUBJECT

| | |
|---|---|
| Property Address: | 5900 Negril Ave |
| City: | Las Vegas |
| State: | NV |
| Zip Code: | 89130 |
| County: | Clark |
| Legal Description: | Tropical Jones Unit 4, Plat Book 93 Page 9, Lot 50 Block 6 |
| Assessor's Parcel #: | 125-25-214-015 |
| Tax Year: | 2019 |
| R.E. Taxes: $ | 2,660 |
| Special Assessments: $ | 0 |
| Borrower (if applicable): | Censo LLC |
| Current Owner of Record: | Censo LLC |
| Occupant: | ☐ Owner  ☒ Tenant  ☐ Vacant  ☐ Manufactured Housing |
| Project Type: | ☒ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe) |
| HOA: $ | 50  ☐ per year  ☒ per month |
| Market Area Name: | Tropical Jones |
| Map Reference: | Metro 23-E3 |
| Census Tract: | 0033.07 |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

## ASSIGNMENT

Intended Use: The intended user of this appraisal report is the Client, Melani Schulte and assigns. The intended use is to evaluate the property to determine the subject market value as of the date of inspection (12/29/2019)

Intended User(s) (by name or type): Client, Bankruptcy Court
Client: Censo LLC    Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130
Appraiser: Gerene McNatt    Address: 3642 Boulder Hwy #185, Las Vegas, NV 89121

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | PRICE $(000) / AGE (yrs) | One-Unit 85% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 90 | 255 Low 8 | 2-4 Unit 0% | ☐ Likely * |
| Property values: | ☒ Increasing ☐ Stable ☐ Declining | ☒ Tenant 5 | 470 High 28 | Multi-Unit 0% | ☐ In Process * |
| Demand/supply: | ☒ Shortage ☐ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 335 Pred 18 | Comm'l 5% | * To: |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☒ Vacant (>5%) | | Other 10% | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Bounded north by 215 Beltway, south by W Ann Rd, west by N Rainbow Blvd and east by N Decatur Blvd. Neighborhood and surrounding market area is primarily single family residential including both tract and custom homes, with minimal commercial. Other land use is public facilities, including schools, parks, post office and houses of worship. Subject project is a gated PUD with private streets; HOA is responsible for maintenance of the private streets and other common elements. HOA fee is $50 per month. Median prices in this market increased by prox 9% year-over-year due to persistent low listing inventory. Listing supply shortage (1 active listing / absorption rate 1.33 = available supply of less than 1 month. Sale-to-list price ratio 99%. Reasonable marketing/exposure time of 16 days. See addendum.

## SITE DESCRIPTION

| Dimensions: | No survey provided. See plat map. | Site Area: | 7,841 sf |
|---|---|---|---|
| Zoning Classification: | RPD-3 | Description: | Residential Planned Development District |
| Zoning Compliance: | ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning |
| Are CC&Rs applicable? | ☒ Yes ☐ No ☐ Unknown | Have the documents been reviewed? ☐ Yes ☒ No | Ground Rent (if applicable) $ / |
| Highest & Best Use as improved: | ☒ Present use, or ☐ Other use (explain) |
| Actual Use as of Effective Date: | Single Family Residential | Use as appraised in this report: | Single Family Residential |

Summary of Highest & Best Use: Subject property, as though vacant as well as property "as improved", is generally consistent with, similar and compatible with the surrounding uses within the neighborhood, therefore, single family residential is considered to be the subject's highest and best use.

| Utilities | Public | Other | Provider/Description | Off-site improvements | Type | Public | Private | Topography | Level at Grade |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | NV Energy | Street | Asphalt | ☐ | ☒ | Size | Typical for area |
| Gas | ☒ | ☐ | Southwest Gas | Curb/Gutter | Yes | ☐ | ☒ | Shape | Rectangular |
| Water | ☒ | ☐ | LVVlyWtrDistrict | Sidewalk | None | ☐ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | Clark County | Street Lights | None | ☐ | ☐ | View | Residential |
| Storm Sewer | ☐ | ☐ | None | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X    FEMA Map # 32003C1765F    FEMA Map Date 11/16/2011
Site Comments: Site size and topography is typical of the neighborhood.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | PourdConc/Gd | Slab | Poured Conc | Area Sq. Ft. | | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco/Good | Crawl Space | | % Finished | | Fuel | GAS |
| Type ☒ Det. ☐ Att. | | Roof Surface | Conc Tile/Gd | Basement | None | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | None/Typical | Sump Pump ☐ | | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Dual Pane/Gd | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 18 | Storm/Screens | Aluminum/Gd | Settlement | None Noted | Outside Entry | | Other | |
| Effective Age (Yrs.) | 13 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/CerTile/Gd | Refrigerator ☒ | | Stairs ☐ | | Fireplace(s) # 0 | | Woodstove(s) # 0 | Garage # of cars ( 6 Tot.) |
| Walls | Drywall/Good | Range/Oven ☒ | | Drop Stair ☐ | | Patio | Covered | | Attach. 3 |
| Trim/Finish | Wood/Paint/Good | Disposal ☒ | | Scuttle ☒ | | Deck | Brick/Kooldeck | | Detach. 0 |
| Bath Floor | Ceramic Tile/Good | Dishwasher ☒ | | Doorway ☐ | | Porch | Covered | | Blt.-In 0 |
| Bath Wainscot | Acrylic/Cmbl/Good | Fan/Hood ☒ | | Floor ☐ | | Fence | Conc Blk | | Carport 0 |
| Doors | Rsd Panel WD/Good | Microwave ☒ | | Heated ☐ | | Pool | Gunite/Ingrnd | | Driveway 3 |
| | | Washer/Dryer ☒ | | Finished ☐ | | Spa | Att/Ingrnd | | Surface Concrete |

Finished area above grade contains: 6 Rooms    4 Bedrooms    2.0 Bath(s)    1,947 Square Feet of Gross Living Area Above Grade

Additional features: Finished 3-car garage. Concrete block fencing at sides and rear. Desert landscaping. Inground pool with attached spa. Brick paver deck with Kool deck around the pool. Rear covered patio.

Describe the condition of the property (including physical, functional and external obsolescence): Property in overall good condition with no deferred maintenance noted. Raised panel doors. Kitchen has light oak cabinetry, laminate countertops, stainless appliances including built-in microwave; pantry, island. Baths have oak cabinets, cultured marble countertops; cultured marble tub and shower surrounds in master bath with acrylic tub/shower surround in hall bath. Owner's suite bedroom has ceiling fan, private bath and walk-in closet. Other bedrooms have double closets ( 1 w mirrored doors). Plantation Wood Shutters in living room, dining area and two bedrooms with wood blinds on all other windows. Double French doors from master bedroom and living room to patio. Ceramic tile flooring in main living areas and baths, with berber carpet in bedrooms. Bedroom 2 currently in use as a den.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912116Z

## Transfer History

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Clark County Assessor

**1st Prior Subject Sale/Transfer**
- Date: 01/09/2019
- Price: $0
- Source(s): Assessor

**2nd Prior Subject Sale/Transfer**
- Date:
- Price:
- Source(s):

Analysis of sale/transfer history and/or any current agreement of sale/listing: Transfer between affiliated business entities with identical common owner, recorded on Assessor document #20190109:02509. Subject has had no other sales or transfers occur within the three years prior to effective date of this report.

## Sales Comparison Approach to Value (if developed)

[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 5900 Negril Ave, Las Vegas, NV 89130 | 6513 Echo Crest Ave, Las Vegas, NV 89130 | | 5500 Carnation Meadow St, Las Vegas, NV 89130 | | 5705 Island Mist St, Las Vegas, NV 89130 | |
| Proximity to Subject | | 1.36 miles SW | | 1.33 miles SW | | 0.60 miles SE | |
| Sale Price | $ n/a | $ 360,000 | | $ 354,900 | | $ 378,000 | |
| Sale Price/GLA | $ n/a /sq.ft. | $ 190.78 /sq.ft. | | $ 187.48 /sq.ft. | | $ 170.96 /sq.ft. | |
| Data Source(s) | Assr/MLS | MatrixMLS 2146195;DOM 7 | | MatrixMLS 2144054;DOM 19 | | MatrixMLS 2108502;DOM 7 | |
| Verification Source(s) | Assr Doc # | 20191125:03658 | | 20191122:03356 | | 20190731:04574 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | n/a | ArmLth Conv;750 | 0 | ArmLth VA;4,000 | 0 | ArmLth Conv;500 | 0 |
| Date of Sale/Time | n/a | s11/19;c10/19 | 0 | s11/10;c11/19 | 0 | s07/19;c06/19 | +14,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 7,841 sf | 12,632 | -9,500 | 6,098 sf | 0 | 6,970 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 18 | 24 | 0 | 23 | 0 | 23 | 0 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 6 / Bdrms 4 / Baths 2.0 | Total 7 / Bdrms 3 / Baths 2.0 | 0 | Total 7 / Bdrms 4 / Baths 2.0 | 0 | Total 7 / Bdrms 3 / Baths 2.1 | -2,000 |
| Gross Living Area | 1,947 sq.ft. | 1,887 sq.ft. | 0 | 1,893 sq.ft. | 0 | 2,211 sq.ft. | -13,500 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | 4BR | 3 BR | +10,000 | 4BR | | 3BR | +10,000 |
| Heating/Cooling | Fau/Cent Air | Fau/Cent Air | | Fau/Cent Air | | Fau/Cent Air | |
| Energy Efficient Items | Dual Pane | Dual Pane | | Dual Pane | | Dual Pane | |
| Garage/Carport | 3 car gar | 3 car gar | | 2 car gar | +8,000 | 3 car gar | |
| Porch/Patio/Deck | Cvpor/CvPat | Cvpor/CvPat | | Cvpor/CvPat | | Cvpor/CvPat | |
| Additional Features / FP | Upgraded/ 0 | Upgraded/ 1 | -2,000 | Upgraded/ 1 | -2,000 | VHighUpgrd / 1 | -16,500 |
| Pool/Spa | Pool/Spa | Pool/Spa | | Pool/Spa | | Pool/Spa | |
| Subdivision | Tropical Jones | Confetti | 0 | Tierra Vista Est | 0 | Sunset Hills | 0 |
| Net Adjustment (Total) | | [ ] + [X] - | $ -1,500 | [X] + [ ] - | $ 6,000 | [ ] + [X] - | $ -8,000 |
| Adjusted Sale Price of Comparables | | | $ 358,500 | | $ 360,900 | | $ 370,000 |

Summary of Sales Comparison Approach: The comparable sales utilized in this report establish a market value range from $358,500 to $370,000. Primary consideration given comp no. 2 with most recent sale date. Secondary weight accorded comp no. 3 with closest geographic proximity. Comp no. 1 supports subject concluded opinion of market value.

**Final Reconciliation:**

Estimate of market value derived using the Sales Comparison Approach. The Cost and Income approaches are not developed in this report base on the needs of the Client.

**Indicated Value by Sales Comparison Approach $ 363,000**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 — "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 912116Z

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): **The Cost approach is not developed in this report as determines only replacement value, not market value; however, an opinion of subject site value has been developed using the Allocation Method: i.e., Assessed Land Value $24,885 / Total Assessed $108,725 = 23%, multiplied by concluded opinion of subject market value of $363,000 = Estimate Site Value of $83,450, rounded.**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 83,500 |
|---|---|---|
| Source of cost data: | DWELLING          Sq.Ft. @ $ | =$ |
| Quality rating from cost service:     Effective date of cost data: |                   Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): |                   Sq.Ft. @ $ | =$ |
|  |                   Sq.Ft. @ $ | =$ |
|  |                   Sq.Ft. @ $ | =$ |
|  |  | =$ |
|  | Garage/Carport    Sq.Ft. @ $ | =$ |
|  | Total Estimate of Cost-New | =$ |
|  | Less   Physical  Functional  External |  |
|  | Depreciation | =$(       ) |
|  | Depreciated Cost of Improvements | =$ |
|  | "As-is" Value of Site Improvements | =$ |
|  |  | =$ |
|  |  | =$ |
| Estimated Remaining Economic Life (if required):     52 Years | INDICATED VALUE BY COST APPROACH | =$ |

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)   ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: **Tropical Jones**

Describe common elements and recreational facilities: **CCR's, electronic gate, private streets, common fencing, greenbelts.**

Indicated Value by: Sales Comparison Approach $ **363,000**   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation **Subject concluded value opinion is based on the more reliable market approach. The cost approach estimates replacement cost only and is not developed in this report. The income approach was considered but not developed as the market is not investor oriented.**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **363,000** , as of: **12/29/2019** , which is the effective date of this appraisal.

If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains **19** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☒ Aerial Map
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☒ Additional Sales
- ☒ Narrative Addenda
- ☒ Flood Map
- ☐ Market Conditions MC
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions
- ☒ Plat Map
- ☒ Appraisers License
- ☒ Invoice

Client Contact: **Melani Schulte**   Client Name: **Censo LLC**

E-Mail: **Melani.thrive@gmail.com**   Address: **9811 W Charleston Blvd #2-381, Las Vegas, NV 89130**

### APPRAISER

Appraiser Name: **Gerene McNatt**

Company: **Quality Appraisal Services**

Phone: **702-432-0066**   Fax:

E-Mail: **gerene908@gmail.com**

Date of Report (Signature): **12/31/2019**

License or Certification #: **A.0003076-RES**   State: **NV**

Designation: **Licensed Residential Appraiser**

Expiration Date of License or Certification: **09/30/2020**

Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None

Date of Inspection: **12/29/2019**

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:

Company:

Phone:    Fax:

E-Mail:

Date of Report (Signature):

License or Certification #:     State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None

Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
GP RESIDENTIAL    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

## Supplemental Addendum

File No. 912116Z

| Borrower | Censo LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130 |
| Lender/Client | N/A | | | | | |

Appraiser has not performed a previous appraisal or any other services regarding the subject property within the three years prior to acceptance of this assignment.

Appraiser, Gerene McNatt, has been a Licensed Residential Appraiser in the state of Nevada continuously since 1998, primarily working in the Las Vegas valley and surrounding Clark County. Appraiser is familiar with subject neighborhood and market area, having performed numerous valuations in this area for purposes of sale, refi, REO and general purposes and is confident of having the experience and qualifications to complete this assignment. Fee for this appraisal report is $300.00.

Neighborhood:

Bounded north by 215 Beltway, south by W Ann Rd, west by N Rainbow Blvd and east by N Decatur Blvd. Neighborhood and surrounding market area is primarily single family residential including both tract and custom homes, with minimal commercial. Other land use is public facilities, including schools, parks, post office and houses of worship. Subject project is a gated PUD with private streets; HOA is responsible for maintenance of the private streets and other common elements. HOA fee is $50 per month.

Market Conditions:

Median prices in this market increased by prox 9% year-over-year due to persistent low inventory. Time adjustments are applied in comparable sales grid from contract date based on average monthly increase in values for subject market (0.75% per month). Criteria for market data included comparable 1-story properties within 20% of subject square footage and within 10 years of subject age, with swimming pool, located in subject neighborhood and surrounding market area (portion of MLS area 102 south of the 215 Beltway). Reasonable marketing/exposure time 16 days. Source is Multiple Listing Service statistics. Note that market data does not include homes in the nearby golf course project of Los Prados Country Club.

Comparable Sales Research :

Criteria for comparable sales included 1-story properties within 20% of subject GLA and within 10 years of subject age with a pool. Preference was to bracket subject GLA and include sales which share similar attributes with the subject and located within 1.0 mile if available. Due to finding only one comparable sale within one mile, the surrounding market area was utilized and an additional 4 sales were located; however, one sale was a court -supervised probate sale not utilized as probate sales typically not sold at market value. Additionally, one property was not utilized as had high-end amenity of a casita.

Standards Rule 1-4(a) of the Uniform Standards of Professional Appraisal Practice (USPAP) requires, when necessary for credible results, that the appraiser analyze such comparable sales data as available to indicate a value conclusion. To overlook a  relevant segment of  that data would be contrary to what is required by USPAP. Furthermore, appraisal theory provides that the principle of substitution dictates that buyers will not pay more for a property than the price of an equivalent substitute property. Therefore, the value of a property is limited by its competition. If the pool of competitive properties includes enough distress properties, those properties will, in effect, establish a value ceiling.

Reasonable Exposure Time :

Exposure time is the estimated length of time the subject property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. Under market conditions within the 3 months prior to effective date of this report, appraiser's opinion of reasonable exposure time for the subject property is 16 days. This is based on analysis of market trends and data, including statistical information from local Multiple Listing Service. It presupposes that the listed price would be at or near the appraised value. It also assumes aggressive marketing by a reputable real estate professional.

Comparable Sales Grid:

 Adjustments for value-related items, including amenities and interior and exterior upgrades are derived from market by group sales data on MLS and/or matched pair sales analysis, whichever results in the most credible and supportable adjustments. Data retained in appraiser workfile. Age adjustments are not utilized within 10 years differential; emphasis is placed on condition and appeal. Time/market adjustments are applied from contract dates and based on average monthly increase in values for subject market; i.e. 9% increase year-over-year = 0.75% average monthly increase multiplied by number of full months from contract date to effective date of this report; total percentage is then multiplied by sales price of the comparable. No time adjustments applied if percentage is less than 1%. Livable square footage adjustments applied at 30% of average sale-price-per-square foot of the comparable sales. Site adjustments applied at $2.00 per s/f ft when exceeding 3,000 s/f differential.

Summary of Sales Comparison Approach:

The comparable sales utilized in this report establish a market value range from $358,500 to $370,000. Primary consideration given comp no.  2 with most recent sale date. Secondary weight accorded comp no. 3 with closest geographic proximity. Comp no. 1 supports subject concluded opinion of market value.

Final Reconciliation:

Estimate of market value derived using the Sales Comparison Approach. The Cost and Income approaches are not developed in this report base on the needs of the Client.



## Location Map

| Borrower | Censo LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code | 89130 |
| Lender/Client | N/A | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower | Censo LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130 |
| Lender/Client | N/A | | | | | | |



### Subject Front

**5900 Negril Ave**
Sales Price           n/a
Gross Living Area     1,947
Total Rooms           6
Total Bedrooms        4
Total Bathrooms       2.0
Location              Residential
View                  Residential
Site                  7,841 sf
Quality               Average
Age                   18



### Subject Rear



### Subject Street

**Photograph Addendum**

| Borrower | Censo LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130 |
| Lender/Client | N/A | | | | | | |



Swimming Pool / Spa

**Photograph Addendum**

| Borrower | Censo LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130 |
| Lender/Client | N/A | | | | | |



Living Room

Ceramic tile flooring, plantation wood shutters, ceiling fan, vaulted ceiling.



Kitchen

Ceramic tile flooring, light oak cabinetry, island, laminate countertops, pantry, stainless steel appliances.



Dining Area

Ceramic tile flooring, plantation wood shutters, sloped Ceiling

**Photograph Addendum**

| Borrower | Censo LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code 89130 |
| Lender/Client | N/A | | | | |



**Master Bedroom**

Berber Carpet, Vaulted ceiling, 6' double french doors with silhouette shades, plantation wood shutters on windows. Private bath and walk-in closet.



**Bedroom 2**

In use as den. Has single Closet, Double Door entry. Berber Carpet. Wood Blinds



**Bedroom 3**

Berber carpet, Sloped ceiling, Wood Blinds, Double Closet.

## Photograph Addendum

| Borrower | Censo LLC |
| Property Address | 5900 Negril Ave |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130 |
| Lender/Client | N/A |



**Bedroom 4**

Berber carpet, Ceiling Fan, double closet with mirrored doors, wood blinds.



**Master Bath**

Ceramic tile Floor, Oak Cabinetry, Cultured marble double sink countertop, cultured marble tub and separate shower surrounds. Separate Loo.



**Hall Bath**

Ceramic tile floor, cultured marble single sink countertop, Acrylic tub/shower surround.

## Comparable Photo Page

| Borrower | Censo LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code 89130 |
| Lender/Client | N/A | | | | |



### Comparable 1
**6513 Echo Crest Ave**
Prox. to Subject    1.36 miles SW
Sale Price    360,000
Gross Living Area    1,887
Total Rooms    7
Total Bedrooms    3
Total Bathrooms    2.0
Location    Residential
View    Residential
Site    12632 sf
Quality    Average
Age    24



### Comparable 2
**5500 Carnation Meadow St**
Prox. to Subject    1.33 miles SW
Sale Price    354,900
Gross Living Area    1,893
Total Rooms    7
Total Bedrooms    4
Total Bathrooms    2.0
Location    Residential
View    Residential
Site    6,098 sf
Quality    Average
Age    23



### Comparable 3
**5705 Island Mist St**
Prox. to Subject    0.60 miles SE
Sale Price    378,000
Gross Living Area    2,211
Total Rooms    7
Total Bedrooms    3
Total Bathrooms    2.1
Location    Residential
View    Residential
Site    6,970 sf
Quality    Average
Age    23





**Flood Map**



The District makes no warranties concerning the accuracy of this data.

This parcel IS NOT in a 100-year flood zone.

Parcel 12525214015
Owner CENSO L L C
Address 5900 NEGRIL
Entity Las Vegas
Contact 702-229-6541
Flood Zone This parcel IS NOT in a 100-year flood zone.

## Assumptions, Limiting Conditions & Scope of Work

File No.: 912116Z

| | | | | | |
|---|---|---|---|---|---|
| Property Address: | 5900 Negril Ave | City: Las Vegas | | State: NV | Zip Code: 89130 |
| Client: | Censo LLC | Address: | 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130 | | |
| Appraiser: | Gerene McNatt | Address: | 3642 Boulder Hwy #185, Las Vegas, NV 89121 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

GP RESIDENTIAL    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# Certifications

File No.: 912116Z

| | | | | |
|---|---|---|---|---|
| Property Address: | 5900 Negril Ave | City: Las Vegas | State: NV | Zip Code: 89130 |
| Client: | Censo LLC | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130 | | |
| Appraiser: | Gerene McNatt | Address: 3642 Boulder Hwy #185, Las Vegas, NV 89121 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications**

Appraiser, Gerene McNatt, has been a Licensed Residential Appraiser in the state of Nevada continuously since 1998 and is familiar with subject neighborhood and market, having performed valuations of numerous properties in the area for purposes of sale, refi and REO and general purposes and is confident of having the qualifications to complete this assignment. Neither appraiser or anyone associated with Quality Appraisal Services has performed a previous appraisal or any other services regarding subject property within the three years prior to accepting this assignment.

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE CLIENT NAMED HEREIN AND HIS/HER ASSIGNS. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL PURSUANT TO STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM AND DEFINITION OF MARKET VALUE.

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Melani Schulte | Client Name: Censo LLC |
| E-Mail: Melani.thrive@gmail.com | Address: 9811 W Charleston Blvd #2-381, Las Vegas, NV 89130 |

**SIGNATURES**

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature: Gerene McNatt)* | |
| Appraiser Name: Gerene McNatt | Supervisory or Co-Appraiser Name: |
| Company: Quality Appraisal Services | Company: |
| Phone: 702-432-0066   Fax: | Phone:   Fax: |
| E-Mail: gerene908@gmail.com | E-Mail: |
| Date Report Signed: 12/31/2019 | Date Report Signed: |
| License or Certification #: A.0003076-RES   State: NV | License or Certification #:   State: |
| Designation: Licensed Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2020 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 12/29/2019 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# APPRAISER LICENSE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

NOT TRANSFERABLE     **REAL ESTATE DIVISION**     NOT TRANSFERABLE

This is to Certify That: GERENE C MCNATT     License Number: A.0003076-RES

Is duly authorized to act as a LICENSED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated here in, unless the license is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: September 20, 2018     Expire Date: September 30, 2020

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this license to be issued with its Seal printed thereon. This license must be conspicuously displayed in place of business.

FOR: QUALITY APPRAISAL SERVICES     REAL ESTATE DIVISION
3642 BOULDER HWY SUITE 185
LAS VEGAS, NV 89121

SHARATH CHANDRA
*Administrator*

Quality Appraisal Service (702) 432-0066

# INVOICE

**FROM:**
Gerene McNatt
Quality Appraisal Service
3642 Boulder Hwy #185
Las Vegas, NV 89121-1635

Telephone Number: (702) 432-0066     Fax Number:

**TO:**
Melanie Schultz / Censo LLC

9811 W Charleston Blvd #2-381, Las Vegas, NV 89130

E-Mail:
Telephone Number: 702-273-0760     Fax Number:
Alternate Number:

| INVOICE NUMBER |
|---|
| 912116Z |

| DATES | |
|---|---|
| Invoice Date: | 12/31/2019 |
| Due Date: | |

| REFERENCE | |
|---|---|
| Internal Order #: | 912116Z |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 912116Z |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | N/A | Client: | Censo LLC |
| Purchaser/Borrower: | Censo LLC/ Melanie Schulte | | |
| Property Address: | 5900 Negril Ave | | |
| City: | Las Vegas | | |
| County: | Clark | State: NV | Zip: 89130 |
| Legal Description: | Tropical Jones Unit 4, Plat Book 93 Page 9, Lot 50 Block 6 | | |

| FEES | AMOUNT |
|---|---|
| Appraisal Fee - | 300.00 |
| | |
| SUBTOTAL | 300.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| SUBTOTAL | |
| **TOTAL DUE** | **$ 300.00** |

Form NIV5D - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE