COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor/Plaintiff - Censo, LLC.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-16636-MKN |
| | ) | |
| CENSO, LLC., | ) | Chapter 11 |
|                 Debtor. | ) | |
| _____ | ) | |
| CENSO, LLC., | ) | |
| a Nevada Limited Liability Company | ) | Adv. Case No. 20-01077-MKN |
| | ) | |
|                 Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| NEWREZ, LLC., d/b/a ShellPoint Mortgage it's assignee and or successors, BANK OF AMERICA, N.A. FEDERAL NATIONAL MORTGAGE ASSOCIATION, DOES I - through X and ROES 1-10, inclusive. | ) | |
|                 Defendants. | ) | |
| _____ | ) | |

**AMENDED COMPLAINT TO DETERMINE EXTENT AND
VALIDITY OF LIEN PURSUANT TO BANKRUPTCY RULE 7001(2)**

COMES NOW, Plaintiff, CENSO, LLC., by and through its attorney, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., hereby pleads alleges and avers as follows:

**FACTS**

1. Plaintiff, Censo, LLC., (hereinafter "Censo") is a Nevada Limited Liability Corporation. Censo, LLC., is the owner of the property at issue in this lawsuit.

1

2.  11411 Allerton Park Drive, #411 Las Vegas, NV 89109 is the subject property, which will be referenced in this lawsuit.

3.  Defendant, NewRez, LLC., d/b/a ShellPoint Mortgage Servicing is a limited liability corporation doing business in the State of Nevada.

4.  Defendant, Bank of America, N.A., is out of state corporation doing business in the State of Nevada.

5.  Plaintiff has information and belief that Bank of America, N.A., is financial institution that is owner of Deed of Trust at issue. If more information becomes available, undersigned counsel will amend to name successor bank as party to lawsuit.

6.  Defendant, Federal National Mortgage Association has interest in subject property because Deed of Trust is a "Fannie Mae" loan.

7.  This adversary proceeding is a "core proceeding" pursuant to 28 U.S.C. §157(b)(2)(A) and (I) and arises and is related to the Chapter 11 case.

8.  Venue is proper in this district pursuant to 28 U.S.C. §1409(a), because the Chapter 11 case was filed in this district and is pending before this court. NewRez, LLC., d/b/a ShellPoint Mortgage Servicing entered appearance in this case by filing Motion for Relief From Stay on May 18, 2020.

**GENERAL ALLEGATIONS**

1.  Ke Aloha Holding, LLC., purchased subject property at a HOA foreclosure sale. *See Exhibit "1" - Foreclosure Deed.*

2.  Seller Homeowner's Association was West Charleston Lofts Owners Association.

3.  Melani Schulte was principal of Ke Aloha Holding, LLC., as well as successor corporations holding title to subject property including Censo, LLC.

4.  On December 31, 2014, Ke Aloha Holding, LLC., transferred title of subject property to Ke Aloha Holdings Series II. *See Exhibit "2" - Quitclaim Deed.*

5.  United States District Court lawsuit James Pengilly v. Ke Aloha Holdings et al

2

|   |    |   |
|---|----|---|
|   |    | (HOA foreclosure litigation) Case # 2:14-cv-01463-RFB-NJK determined that Ke Aloha Holdings was owner of subject property to the Deed of Trust. *See Exhibit "3" - October 31, 2019 Order in Federal District Court case.* |
|   | 6. | Ke Aloha was owner subject to mortgage because Fannie Mae had interest in Deed of Trust. |
|   | 7. | That prior owner of property - James Pengilly - purposefully damaged loft when property was awarded to Ke Aloha. |
|   | 8. | That Censo, LLC., has spent $133,000.00 in repairs and improvements to subject property. |

**I. NewRez, LLC.,'s secured claim should not be allowed pursuant to §506(d) (unperfected) and Bankruptcy Rule 7001(2). Court should determine that NewRez, LLC.,'s claim is unsecured because of Deed of Trust is not properly perfected.**

9. Initial Deed of Trust on subject property contained West Charleston Loft language Pengilly/Bank of America. *See Exhibit "4" - 2007 Deed of Trust - Schedule A.*

10. There is subsequent Bank of America/Pengilly Deed of Trust which is controlling said property.

11. The subsequent Pengilly/Bank of America Deed of Trust omits the West Charleston Loft language contained in prior Deed of Trust. *See Exhibit "5" - March 29, 2010 Deed of Trust - Exhibit A.*

12. Plaintiff alleges this information is material as all language containing legal description of West Charleston Lofts was omitted.

13. Deed of Trust as issue also contains incorrect address. The correct address is 11411 Allerton Park Drive, #411 Las Vegas, NV 89109. The address in the Deed of Trust at issue notes address 1411 Allerton Park Drive, #411 Las Vegas, NV 89109. *See Exhibit "5" - March 29, 2010 Deed of Trust - Page 4.*

14. Censo asserts that "reasonable" inspection of county recorder would not properly reference subject property because "material language" giving notice that subject

1 property is part of West Charleston Lofts is omitted.

15. In addition, search of county recorder would lead person undertaking "reasonable inspection" to wrong property as physical property address is incorrect.

16. Defendant's claim as well as Deed of Trust are unperfected as "reasonable inspection" of county recorder would not properly reveal the existence of Deed.

## II. NEWREZ, LLC., HAS NOT SUBSTANTIATED THAT THEY ARE REAL PARTY-IN-INTEREST AS MORTGAGE HOLDER WITH RESPECT TO 1411 ALLERTON PARK AVENUE PROPERTY

17. All above referenced allegations are incorporated by reference.

18. That Debtor filed disputed/contingent claim on behalf of NewRez, LLC., as to the Allerton property.

19. That NewRez, LLC., has failed to file a claim in Censo, LLC., bankruptcy proceeding in regard to the Allerton property.

20. That NewRez, LLC., has not substantiated that they are real party-in-interest with respect to the Allerton Park property.

21. That NewRez, LLC., has not substantiated their validity of their right to claim with respect to the Allerton property.

22. In addition, NewRez, LLC., has not substantiated that the Allerton property was transferred or assigned as required by the law for NewRez, LLC., to have valid claim to the Allerton property.

\*   \*   \*

\*   \*

\*

**RELIEF REQUESTED**

WHEREFORE, Debtor/Plaintiff prays for Judgement as follows:

1. Order that Deed of Trust is unperfected;
2. Order that Defendant's claim is unsecured;
3. Order that Defendant's secured claim (lien status) be disallowed;
4. Order the Defendant (secured creditor) is not proper real party-in-interest with respect to the subject property.
5. Reasonable attorneys' fees and Costs of Suit;
6. For any and all such other and further relief as the Court may deem just.

DATED this 31st day of August, 2020.

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor/Plaintiff - Censo, LLC.

###