EXHIBIT "1"

Inst #: 201312190001201
Fees: $18.00 N/C Fee: $0.00
RPTT: $1137.30 Ex: #
12/19/2013 11:39:46 AM
Receipt #: 1877932
Requestor:
KE ALOHA HOLDINGS LLC
Recorded By: RYUD  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

③

Please mail tax statement and
when recorded mail to:
Ke Aloha Holdings LLC
9330 W. Sahara Ave. Ste 210
Las Vegas, NV 89117

# FORECLOSURE DEED

APN # 164-02-113-031
North American Title #37998

NAS # N71796

The undersigned declares:

Nevada Association Services, Inc., herein called agent (for the West Charleston Lofts Owners Association), was the duly appointed agent under that certain Notice of Delinquent Assessment Lien, recorded July 19, 2012 as instrument number 0001100 Book 20120719, in Clark County. The previous owner as reflected on said lien is James W Pengilly as Trustee of the James W Pengilly Trust Dated September 22, 2003. Nevada Association Services, Inc. as agent for West Charleston Lofts Owners Association does hereby grant and convey, but without warranty expressed or implied to: Ke Aloha Holdings LLC (herein called grantee), pursuant to NRS 116.31162, 116.31163 and 116.31164, all its right, title and interest in and to that certain property legally described as: SUMMERLIN LOFTS PHASE 1 AMD, PLAT BOOK 136, PAGE 67, UNIT 411 Clark County

AGENT STATES THAT:
This conveyance is made pursuant to the powers conferred upon agent by Nevada Revised Statutes, the West Charleston Lofts Owners Association governing documents (CC&R's) and that certain Notice of Delinquent Assessment Lien, described herein. Default occurred as set forth in a Notice of Default and Election to Sell, recorded on 9/11/2012 as instrument # 0002635 Book 20120911 which was recorded in the office of the recorder of said county. Nevada Association Services, Inc. has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of West Charleston Lofts Owners Association at public auction on 12/13/2013, at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale, became the purchaser of said property and paid therefore to said agent the amount bid $17,100.00 in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Delinquent Assessment Lien.

Dated: December 17, 2013

*Misty Blanchard*

By Misty Blanchard, Agent for Association and Employee of Nevada Association Services

STATE OF NEVADA           )
COUNTY OF CLARK           )

On December 17, 2013, before me, Susana E. Puckett, personally appeared Misty Blanchard personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and seal.

(Seal)                                        (Signature)

SUSANA E. PUCKETT
Notary Public, State of Nevada
Appointment No. 11-4965-1
My Appt. Expires April 21, 2015

*Susana E. Puckett*

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 164-02-113-031
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land
   b. [ ] Single Fam. Res.
   c. [✓] Condo/Twnhse
   d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg
   f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural
   h. [ ] Mobile Home
   [ ] Other

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property   $ ~~100.00~~ 17,100.00
   b. Deed in Lieu of Foreclosure Only (value of property)
   c. Transfer Tax Value:   $ ~~100.00~~ 222,886.00
   d. Real Property Transfer Tax Due   $ ~~~~ 1,137.30

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: _____
Signature /s/ _____ Capacity: MEMBER

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: NEVADA ASSOCIATION SERVICES
Address: 6224 W. DESERT INN Road
City: LAS VEGAS
State: NV    Zip: 89146

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: KE ALOHA HOLDINGS LLC
Address: 9330 W. SAHARA AVE STE 210
City: LAS VEGAS
State: NV    Zip: 89117

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____    Escrow # _____
Address: _____
City: _____    State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED