Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 19-16636-mkn |
| | ) |
| Censo LLC., | ) Chapter 11 |
| | ) |
| | ) DATE: 9/2/2020 |
| Debtor. | ) TIME: 9:30AM |
| | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **RESPONSE TO MOTION FOR RELIEF** |
| | ) **FROM JUDGMENT UNDER RULE 59** |
| | ) **AND FRBP 9023** |

1

Case No. 19-16636-mkn; M&H File No. NV-20-160941
Certificate of Service

# CERTIFICATE OF SERVICE

On 9/1/2020, I served the foregoing **RESPONSE TO MOTION** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**DEBTOR(S) COUNSEL**
Corey B. Beck
becksbk@yahoo.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Raquel Rivera
Raquel Rivera

On 9/1/2020, I served the foregoing **RESPONSE TO MOTION** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Censo LLC., 9811 W. Charleston Blvd., Suite 2-351, Las Vegas, NV 89117

US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101

JUDGE'S COPY
The Honorable Judge, Mike K. Nakagawa, United States Bankruptcy Court - Southern Division, U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nv, 89101BORROWER(S)
James W Pengilly, 1141 Allerton Park Drive #411, Las Vegas, NV 89109

OTHER LIEN HOLDER(S)
Red Rock Financial Services, Attn: Managing Agent, 770 E. Warm Springs Rd., Suite 320, Las Vegas, NV 89119

SPECIAL NOTICE(S)
Federal National Mortgage Association, Attn: Managing Agent, 2100 E. Elliot Rd., Bldg. 94 MS T314, Tempe, AZ 85284

Federal National Mortgage Association, Attn: Managing Agent, 75 Beattie Place, Suite 110, Greenville, SC 29601

NewRez LLC, f/k/a New Penn, Attn: Managing Agent, 55 Beattie Place, Ste 110, Greenville, SC 29601

NEWREZ LLC, FKA NEW PENN, Attn: Managing Agent, 55 BEATTIE PLACE, STE. 110, GREENVILLE, SC 29601

First American Trustee Servicing, Attn: Managing Agent, 4795 Regent Blvd., Mall Code 1011-F, TS No.: 190808111-NV-MSI, Irving, TX 75063

Mortgage Electronic Registration Systems, Attn: Managing Agent, P.O. Box 2026, Flint, MI 48501

Nevada Legal News, Attn: Managing Agent, 930 South Fourth Street, Las Vegas, NV 89101

Selene Finance LP, Attn: Managing Agent, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097

Department of Motor Vehicles, Attn: Managing Agent, 555 Wright Way, Carson City, NV 89711

Salene Finance LP, Attn: Managing Agent, 9990 Richmond Avenue, Houston, TX 77042

SELENE FINANCE LP, Attn: Managing Agent, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042

Internal Revenue Service, Attn: Managing Agent, 110 City Parkway, Las Vegas, NV 89106

Taylor Bean & Whitaker Mortgage Corp., Attn: Managing Agent, 1417 North Magnolia Avenue, Ocala, FL 34475

 20 LARGEST UNSECURED CREDITORS
Green Tree Servicing L, Attn: Managing Agent, Po Box 6172, Rapid City, SD 57709

Paradise Falls HOA, Attn: Managing Agent, c/o Nicklin Property Mgmt., P.O. Box 63338, Phoenix, AZ 85082

Republic Services, Attn: Managing Agent, PO Box 98508, Las Vegas, NV 89193

Sagecreek HOA, Attn: Managing Agent, c/o Level Property Mgmt., 8966 Spanish Ridge #100, Las Vegas, NV 89148

Selene Finance LP, Attn: Managing Agent, 9990 Richmond Avenue #400, Houston, TX 77042

Summerlin South Comm. HOA, Attn: Managing Agent, 10801 W. Charleston Blvd. 3rd Floor, Las Vegas, NV 89135

1
2   The Hartford Central Recovery Office, Attn: Managing Agent, PO Box 14272, Lexington, KY 40512
3
4   West Charleston Lofts HOA, Attn: Managing Agent, c/o First Service Residential, 8290 Arville Street, Las Vegas, NV 89139
5
6   **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**
7
          Dated: 9/1/2020           /s/ Hue Banh
8                                   Hue Banh
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

4