Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 19-16636-mkn |
| | ) |
| Censo LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE OF** |
| | ) **RESPONSE TO DEBTOR'S MOTION TO** |
| | ) **VALUE COLLATERAL [Dkt 84]** |
| | ) |
| | ) **Property:   5900 Negril Avenue** |
| | )                **Las Vegas, NV 89130** |
| | ) |
| | ) Hearing Date:  9/30/2020 |
| | ) Hearing Time:  9:30 a.m. |

1

Case No. 19-16636-mkn; M&H File No. NV-20-162386
Certificate of Service

# CERTIFICATE OF SERVICE

On 9/10/2020, I served the foregoing **RESPONSE TO DEBTOR'S MOTION TO VALUE COLLATERAL [Dkt 84],** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**
U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**DEBTOR(S) COUNSEL**
Corey B. Beck
becksbk@yahoo.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Raquel Rivera
Raquel Rivera

On 9/10/2020, I served the foregoing **RESPONSE TO DEBTOR'S MOTION TO VALUE COLLATERAL [Dkt 84],** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Censo LLC., 9811 W. Charleston Blvd., Suite 2-351, Las Vegas, NV 89117

US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101

JUDGE'S COPY
The Honorable Judge, Mike K. Nakagawa, United States Bankruptcy Court - Southern Division, U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nv, 89101BORROWER(S)
Peter Arsaga, 5900 Negril Avenue, Las Vegas, NV 89130

Melissa J. Hexum, 5900 Negril Avenue, Las Vegas, NV 89130

OTHER LIEN HOLDER(S)
Fannie Mae, Attn: Managing Agent, 3900 Wisconsin Avenue NW, Washington, DC 20016

MTC Financial/Trustee, Attn: Managing Agent, 1700 Gillette Ave., Irvine, CA 92614

SPECIAL NOTICE(S)
Federal National Mortgage Association, Attn: Managing Agent, 2100 E. Elliot Rd., Bldg. 94 MS T314, Tempe, AZ 85284

Federal National Mortgage Association, Attn: Managing Agent, 75 Beattie Place, Suite 110, Greenville, SC 29601

NewRez LLC, f/k/a New Penn, Attn: Managing Agent, 55 Beattie Place, Ste 110, Greenville, SC 29601

First American Trustee Servicing, Attn: Managing Agent, 4795 Regent Blvd., Mall Code 1011-F, TS No.: 190808111-NV-MSI, Irving, TX 75063

Mortgage Electronic Registration Systems, Attn: Managing Agent, P.O. Box 2026, Flint, MI 48501

Nevada Legal News, Attn: Managing Agent, 930 South Fourth Street, TS No.: 190808111-NV-MSI, Las Vegas, NV 89101

RAS Crane, LLC, Attn: Managing Agent, Bankruptcy Department, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097

Selene Finance LP, Attn: Managing Agent, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097

Department of Motor Vehicles, Attn: Managing Agent, 555 Wright Way, Carson City, NV 89711

SELENE FINANCE LP, Attn: Managing Agent, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042

Internal Revenue Service, Attn: Managing Agent, 110 City Parkway, Las Vegas, NV 89106

Taylor Bean & Whitaker Mortgage Corp., Attn: Managing Agent, 1417 North Magnolia Avenue, Ocala, FL 34475

Tiffany & Bosco, P.A., Attn: Managing Agent, 10100 W Charleston Blvd Ste 220, Las Vegas, NV 89135

20 LARGEST UNSECURED CREDITORS
All Trades, Attn: Managing Agent, 4262 Blue Diamond Road, #102-315, Las Vegas, NV 89139

Allerton Park HOA, Attn: Managing Agent, c/o Thoroughbred mgmt., PO Box 93806, Las Vegas, NV 89193

Amberlea Davis, Esq., Attn: Managing Agent, 415 S. 6th Street, #300, Las Vegas, NV 89101

City of Las Vegas, Attn: Managing Agent, 495 S. Main Street, Las Vegas, NC 89117

David Pierce, 9811 W Charleston, Blvd Ste 2-279, Las Vegas, NV 89117

David Snell Davis, 415 S. 6th Street,, Suite 300, Las Vegas, NV 89101

Green Tree Servicing L, Attn: Managing Agent, Po Box 6172, Rapid City, SD 57709

Green Tree Servicing LLC, Attn: Managing Agent, DiTech Financial LLC, 7360 S. Kyrene Road, Tempe, AZ 85283

Paradise Falls HOA, Attn: Managing Agent, c/o Nicklin Property Mgmt., P.O. Box 63338, Phoenix, AZ 85082

Red Rock Financial Services, Attn: Managing Agent, 770 E. Warm Springs Rd., Suite 320, Las Vegas, NV 89119

Republic Services, Attn: Managing Agent, PO Box 98508, Las Vegas, NV 89193

Sagecreek HOA, Attn: Managing Agent, c/o Level Property Mgmt., 8966 Spanish Ridge #100, Las Vegas, NV 89148

Selene Finance LP, Attn: Managing Agent, 9990 Richmond Avenue #400, Houston, TX 77042

Summerlin South Comm. HOA, Attn: Managing Agent, 10801 W. Charleston Blvd. 3rd Floor, Las Vegas, NV 89135

The Hartford Central Recovery Office, Attn: Managing Agent, PO Box 14272, Lexington, KY 40512

West Charleston Lofts HOA, Attn: Managing Agent, c/o First Service Residential, 8290 Arville Street, Las Vegas, NV 89139

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/10/2020         /s/ Hue Banh
                         Hue Banh

4