NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | | BK−19−16636−mkn |
| CENSO LLC. | | CHAPTER 11 |
| | Debtor(s) | |
| | | Appeal Reference Number:    20−29 |
| CENSO, LLC | | |
| | Appellant(s) | NOTICE OF REFERRAL |
| | | OF APPEAL TO |
| vs | | BANKRUPTCY APPELLATE PANEL |
| none identified | | |
| | Appellee(s) | |

To:   All Parties in Appeal
      U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Corey B. Beck, Esq. for Censo, LLC with the Clerk of the Bankruptcy Court on 10/2/20.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 10/5/20

*Mary A. Schott*

Mary A. Schott
Clerk of Court