NVB 8010–5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE:<br>CENSO LLC.<br>Debtor(s) | | BK–19–16636–mkn<br>CHAPTER 11<br><br>Appeal Reference Number:   20–29 |
| CENSO, LLC<br>Appellant(s)<br><br>vs<br><br>none identified<br>Appellee(s) | | TRANSMITTAL FORM TO<br>BANKRUPTCY APPELLATE PANEL<br><br>OFFICE NUMBER 0978/2 |

To:   Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | none |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 10/2/20 |
| Date of Entry of Order Appealed | 9/18/20 |
| Date Bankruptcy Filed | 10/11/19 |
| Other | No appellee(s) identified in Notice of Appeal; & appeal filing fee not yet paid. |

Dated: 10/5/20

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court