NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
CENSO LLC.

Debtor(s)

BK–19–16636–mkn  
CHAPTER 11

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on October 20, 2020 as referenced in the following document:

*120* – Transcript regarding Hearing Held on 09/16/20. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855–873–2223. Purchasing Party: Corey Beck. Redaction Request Due By 11/10/2020. Redacted Transcript Submission Due By 11/20/2020. Transcript access will be restricted through 01/18/2021. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 10, 2020.

If a Request for Redaction is filed, the redacted transcript is due November 20, 2020. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 18, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/20/20

*Mary A. Schott* (signature)

Mary A. Schott  
Clerk of Court