United States Bankruptcy Court
District of Nevada

In re:  
CENSO LLC.  
    Debtor(s)

Case No. 19-16636-mkn  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: admin     Page 1 of 2  
Date Rcvd: Oct 21, 2020     Form ID: adibktrn     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CENSO LLC., 9811 W. CHARLESTON BLVD., SUITE 2-351, LAS VEGAS, NV 89117-7528 |
| cr | + | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | NEWREZ LLC, FKA NEW PENN FINANCIAL, LLC, DBA SHELL, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| 10961310 | | Department of Motor Vehicles, Records Section, 555 Wright Way, Carson City, NV 89711-0250 |
| 11116094 | + | Federal National Mortgage Association, c/o ShellPoint, 75 Beattie Place, Suite 110, Greenville, SC 29601-2183 |
| 11116179 | + | Federal National Mortgage Association, c/o DiTech Financial FKA GreenTree Serv., 2100 E. Elliot Rd., Bldg. 94 MS T314, Tempe, AZ 85284-1806 |
| 10961313 | | First American Trustee Servicing, 4795 Regent Blvd., Mall Code 1011-F, TS No.: 190808111-NV-MSI, Irving, TX 75063 |
| 10961315 | | Mortgage Electronic Registration Systems, P.O. Box 2026, Flint, MI 48501-2026 |
| 11183930 | + | NEWREZ LLC, FKA NEW PENN, FINANCIAL, LLC DBA SHELLPOINT, MORTGAGE SERVICING, 55 BEATTIE PLACE, STE. 110, GREENVILLE, SC 29601-5115 |
| 10961312 | | Nevada Labor Commissioner, State Mail Room Complex, Las Vegas, NV 89158 |
| 10961316 | + | Nevada Legal News, 930 South Fourth Street, TS No.: 190808111-NV-MSI, Las Vegas, NV 89101-6845 |
| 11095817 | + | NewRez LLC, f/k/a New Penn, Financial, LLC d/b/a Shellpoint, Mortgage Servicing, 55 Beattie Place, Ste 110 Greenville, SC 29601-5115 |
| 10961317 | + | Salene Finance LP, 9990 Richmond Avenue, Houston, TX 77042-4559 |
| 10993111 | + | Selene Finance LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 11102513 | + | TIFFANY & BOSCO, P.A., C/O Ace C. Van Patten, Esq., 10100 W. Charleston Boulevard, Suite 220, Las Vegas, NV 89135-5001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10961309 | | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 22 2020 01:48:00 | Department of Justice, Office of the U.S. Trustee, 600 Las Vegas Blvd., Las Vegas, NV 89101-0250 |
| 10961311 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2020 01:48:00 | Internal Revenue Service, Stop 5028, 110 City Parkway, Las Vegas, NV 89106-6085 |
| 11255343 | + | Email/Text: RSSNBankruptcy@repsrv.com | Oct 22 2020 01:48:00 | REPUBLIC SERVICES, 770 E SAHARA AVE, LAS VEGAS, NV 89104-2943 |
| 11073485 | + | Email/Text: bkteam@selenefinance.com | Oct 22 2020 01:48:00 | SELENE FINANCE LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 10961318 | | Email/Text: jrice@taylorbean.com | Oct 22 2020 01:48:00 | Taylor Bean & Whitaker Mortgage Corp., 1417 North Magnolia Avenue, Ocala, FL 34475 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10961314 | | Kathleen Fracker |
| cr | *+ | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | *+ | SELENE FINANCE LP, RAS CRANE, LLC, 10700 ABBOTTS BRIDGE RD, STE 170, DULUTH, GA 30097-8461 |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: adibktrn | Total Noticed: 20 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020               Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

**Name**             **Email Address**

ACE C VAN PATTEN
    on behalf of Creditor SELENE FINANCE LP avp@tblaw.com  nvbk@tblaw.com

COREY B. BECK
    on behalf of Plaintiff CENSO LLC. becksbk@yahoo.com

COREY B. BECK
    on behalf of Debtor CENSO LLC. becksbk@yahoo.com

DARRELYN SHANAE THOMAS
    on behalf of Creditor SELENE FINANCE LP dthomas@rascrane.com

MICHAEL W. CHEN
    on behalf of Creditor NEWREZ LLC  FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 7

NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
CENSO LLC.

Debtor(s)

BK−19−16636−mkn  
CHAPTER 11

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on October 20, 2020 as referenced in the following document:

*120* − Transcript regarding Hearing Held on 09/16/20. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855−873−2223. Purchasing Party: Corey Beck. Redaction Request Due By 11/10/2020. Redacted Transcript Submission Due By 11/20/2020. Transcript access will be restricted through 01/18/2021. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 10, 2020.

If a Request for Redaction is filed, the redacted transcript is due November 20, 2020. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 18, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/20/20

*Mary A. Schott* (signature)

Mary A. Schott  
Clerk of Court