NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CENSO LLC.<br>                  Debtor(s) | BK–19–16636–mkn<br>CHAPTER 11<br><br>Appeal Reference Number:    20–29<br>BAP Number:    NV–20–1240 |
| CENSO, LLC<br>                  Appellant(s)<br><br>vs<br><br>NEWREZ LLC<br>                  Appellee(s) | CERTIFICATE OF READINESS TO BANKRUPTCY APPELLATE PANEL |

To:    Bankruptcy Appellate Panel
          125 South Grand Avenue,
          Pasadena, CA 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 11/3/20

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court