ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for NewRez, LLC dba Shellpoint Mortgage*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.:   19-16636-MKN<br>Chapter 11 |
| CENSO, LLC, | Adv. Case No. 20-01077-MKN |
| Debtor. | |
| CENSO, LLC, a Nevada Limited Liability Company, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| vs. | |
| NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE its assignee and or successors; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROES 1-10, inclusive, | |
| Defendants. | |

Natalie L. Winslow, Esq. and Jamie K. Combs, Esq., of Akerman LLP appear as counsel of record for NewRez, LLC d/b/a Shellpoint Mortgage Servicing. All items, including but not limited to pleadings, papers, correspondence, documents and any other thing related to this adversary matter, can be forwarded to counsel at the above address.

55325369;1

By this notice, Shellpoint does not waive any objections or defenses it may have to this action. Shellpoint intends no admission of fact, law or liability by this notice, and expressly reserves all defenses, motions—including any 12(b) motions—and/or pleas.

DATED this 11th day of November, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Shellpoint Mortgage*

2

55325369;1

# CERTIFICATE OF SERVICE

1. On November 11, 2020, I served the following document: **NOTICE OF APPEARANCE**, I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☐ **a.    ECF System**

Corey B. Beck, Esq.
THE LAW OFFICE OF COREY B. BECK, P.C.
425 S. Sixth Street
Las Vegas, NV 89101

*Attorneys for Debtor/Plaintiff Censo, LLC*

☐ **b.    United States mail, postage fully prepaid**

☐ **c.    Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct mail (as opposed to through the ECF System)**

☐ **e.    By fax transmission**

☐ **f.    By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: November 11, 2020.

| Carla Llarena | */s/ Carla Llarena* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572