NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

CENSO LLC.

BK−19−16636−mkn
CHAPTER 11

Debtor(s)

NOTICE OF DOCKETING
ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***127*** – Notice of Appearance with Certificate of Service Filed by JAMIE COMBS on behalf of NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (COMBS, JAMIE) |
| Filed On: | 11/11/20 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)

Dated: 11/12/20

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**