Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. 19-16636-mkn |
| | ) |
| | ) Chapter 11 |
| Censo LLC, | ) |
| | ) |
| Debtor. | ) **SUPPLEMENT TO OPPOSITION TO** |
| | ) **DEBTOR'S MOTION TO VALUE** |
| | ) **COLLATERAL [Dkt 84]** |
| | ) |
| | ) **Property: 5900 Negril Avenue** |
| | ) **Las Vegas, NV 89130** |
| | ) |
| | ) **Hearing:** |
| | ) Date:   12/9/2020 |
| | ) Time:   9:30 a.m. |

NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors, ("Respondent") in the above-entitled Bankruptcy proceeding, hereby submits the following Supplement to Response to Motion To Value Collateral [Dkt 84] ("Motion") proposed by Censo LLC ("Debtor") regarding the real property located at 5900 Negril Avenue, Las Vegas, NV 89130.

1. Respondent holds a Promissory Note which is secured by a First Deed of Trust on the subject property commonly known as 5900 Negril Avenue, Las Vegas, NV 89130 ("Subject Property").
2. The total amount of Respondent's secured claim as of July 2020 was *approximately* $517,569.54.
3. Debtor filed their Motion on 8/20/2020 proposing to value the Subject Property at $363,000.00 and avoid Respondent's lien, deeming it an unsecured claim of $154,569.54, using an appraisal dated 12/31/2019 - See Dkt.84.
4. On 10/14/2020, Respondent conducted a full appraisal of the Subject Property and determines the current value of the Subject Property to be $404,000.00.  See Appraisal dated 10/14/20, and appraiser declaration, attached as **Exhibit "1".**

WHEREFORE, Respondent prays as follows:

1. That Debtor's Motion To Value Collateral be denied consummate with the above;
2. For such other relief as this Court deems proper.

Dated: 11/6/2020

Respectfully submitted,
McCarthy & Holthus, LLP

By:   /s/  Michael Chen
    Michael Chen, Esq.
    Attorney for Respondent
    NewRez LLC d/b/a Shellpoint
    Mortgage Servicing, its assignees
    and/or successors