EXHIBIT "1"

GJS Appraisal Services
200 Hoover Ave Unit 1205
Las Vegas, NV 89101
(702) 510-3840


10/28/2020

Clear Capital
Reno, Nevada
300 E 2nd St, 1405
Reno, NV 89501


Re: Property:      5900 Negril Ave
                   Las Vegas, NV 89130-7270
    Borrower:      Hexum, Melissa J & Arsaga, Peter
    File No.:       OCT1620


Opinion of Value: $  404,000
Effective Date:      10/14/2020


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

Giano J Saumat
License or Certification #: A.0208201-CR
State: NV      Expires: 08/31/2022
gjsappraisals@gmail.com

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | File No. OCT1620 | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | |

## TABLE OF CONTENTS



| | |
|---|---|
| Invoice | 1 |
| Letter of Transmittal | 2 |
| Table of Contents | 3 |
| URAR | 4 |
| URAR | 5 |
| Additional Comparables 4-6 | 6 |
| URAR | 7 |
| Supplemental Addendum | 8 |
| URAR | 11 |
| URAR | 12 |
| URAR | 13 |
| Market Conditions Addendum to the Appraisal Report | 14 |
| USPAP Identification | 15 |
| UAD Definitions Addendum | 16 |
| UAD Additional Appraiser Definitions Addendum | 19 |
| Building Sketch | 20 |
| Subject Photos | 21 |
| Photograph Addendum | 22 |
| Photograph Addendum | 23 |
| Comparable Photos 1-3 | 24 |
| Comparable Photos 4-6 | 25 |
| Neighborhood Map | 26 |
| Location Map | 27 |
| Aerial View | 28 |
| Plat Map | 29 |
| Assessor Parcel Map | 30 |
| Realist Data - Page 1 | 31 |
| Realist Data - Page 2 | 32 |
| Realist Data - Page 3 | 33 |
| Realist Data - Page 4 | 34 |
| Subject Tax - Page 1 | 35 |
| Subject Tax - Page 2 | 36 |
| County Treasurer Data | 37 |
| Clark County Economic Data | 38 |
| Appraiser Declaration - Page 1 | 39 |
| Appraiser Declaration - Page 2 | 40 |
| Appraiser Declaration - Page 3 | 41 |
| E&O Declarations - Page 1 | 42 |
| E&O Declarations - Page 2 | 43 |
| License | 44 |

GJSarter Appr

0579385562

# Uniform Residential Appraisal Report
File # OCT1620

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| SUBJECT | | | | | |
|---|---|---|---|---|---|
| Property Address 5900 Negril Ave | | City Las Vegas | | State NV | Zip Code 89130-7270 |
| Borrower Hexum, Melissa J & Arsaga, Peter | | Owner of Public Record Censo Llc | | County Clark | |
| Legal Description TROPICAL JONES UNIT 4 PLAT BOOK 93 PAGE 9 LOT 50 BLOCK 6 | | | | | |

Assessor's Parcel # 125-25-214-015    Tax Year 2021    R.E. Taxes $ 2,838

Neighborhood Name Paradise Falls    Map Reference 29820    Census Tract 0033.07

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ 0    ☒ PUD    HOA$ 63    ☐ per year    ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market Value

Lender/Client Shellpoint Mortgage Servicing    Address 55 Beattie Place, Suite 300, Greenville, SC 29601

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). LVRMLS/Clark County Records

| CONTRACT | |
|---|---|
| I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. | |

Contract Price $ ___ Date of Contract ___ Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) ___

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

## NEIGHBORHOOD

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 60 % |
| Built-Up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 293 Low | 0 | Multi-Family | 0 % |
| | | | | | | | | 429 High | 20 | Commercial | 7 % |
| | | | | | | | | 400 Pred. | 17 | Other | 30 % |

Neighborhood Boundaries Subject is bounded to the North by Severance Ln, to the South by N Tropical Pkwy, to East by N Decatur, and to the West by N Jones Blvd. See attached neighborhood map.

Neighborhood Description Located approximately 15 miles North of downtown Las Vegas. Mixed properties (predominant SFR) of single and two story homes. Residential supports, public transportation, parks, schools, and conveniences all located within 1 mile. The 30% marked "other" in the land use box consists of community parks, streets, walking trails, recreation facilities, and vacant land.

Market Conditions (including support for the above conclusions) The market has shown a moderate increase in value over the past year, consistent with a stable market; however, unemployment rates are up significantly over the last 7 months & the current housing market is expected to change due to the recent global and local economic changes. Interest rates are still low, but loan requirements are tightening.

## SITE

| Dimensions 70 X 109.97 X 70 109.97 | Area 7841 sf | Shape Rectangular Interior Lot | View N;Res; |
|---|---|---|---|

Specific Zoning Classification R-PD    Zoning Description Residential Planned Development District (R-PD3)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe The highest and best use of the subject property as is improved. (SEE ADDENDUM)

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | ☐ | ☒ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 32003C1765F    FEMA Map Date 11/16/2011

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
This site is typical of the neighborhood in terms of size and appeal, with no readily apparent adverse easements or encroachments. In short, a conforming site that provides a suitable setting. Site measurements for the subject are taken from the Clark County tax assessor and assumed to be accurate.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/Good | Floors | Carpet/Tile/Avg |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Frame-Stucco/Good | Walls | Drywall/Good |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area 0 sq.ft. | | Roof Surface | Concrete Tile/Good | Trim/Finish | Paint/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Diverters/Good | Bath Floor | Ceramic Tile/Avg |
| Design (Style) Ranch | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Dual Pane/Vinyl/Gd | Bath Wainscot | Fiberglass/Avg |
| Year Built 2001 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | N/A | Car Storage ☐ None | |
| Effective Age (Yrs) 15 | | ☐ Dampness ☐ Settlement | | Screens | Yes/Good | ☐ Driveway # of Cars 3 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | Woodstove(s) # 0 | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other ___ | | ☐ Fireplace(s) # 0 ☒ Fence Block | | ☒ Garage # of Cars 3 | |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Covd ☒ Porch Covered | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other ___ | | ☒ Pool Ingrdpool ☐ Other None | | ☒ Att. ☐ Det. ☐ Built-In | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☒ Washer/Dryer ☒ Other (describe) Soft Water

Finished area above grade contains: 6 Rooms 4 Bedrooms 2.0 Bath(s) 1,912 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Covered porch, ceiling fans, window treatments, HVAC, and dual pane windows.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;No updates in the prior 15 years;Depreciation is calculated on the basis of effective age divided by economic life and the appraiser's observation. No significant functional or external obsolescence noted. The subject property has been well maintained and is in overall average condition (SEE PAGE 3).

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
The subject property was inspected (interior/exterior) and photographed and no deficiencies were visually noted. However, the appraiser is not an expert in engineering, soil conditions, hazardous waste, biological contamination, etc., and no guarantee is given as to the absolute viability of these elements. If required,specific professionals may be contracted with the final estimate of market value potentially being impacted by their discovery or recommendations

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

| | | | |
|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 375,000 to $ 424,900 | |
| There are | 19 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 293,000 to $ 429,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 5900 Negril Ave | 5604 Negril Ave | 6017 Morning Creek Ct | 5828 McLennan Ranch Ave |
| | Las Vegas, NV 89130-7270 | Las Vegas, NV 89130-7209 | Las Vegas, NV 89130-7010 | Las Vegas, NV 89131-2969 |
| Proximity to Subject | | 0.20 miles E | 0.57 miles N | 0.40 miles N |
| Sale Price | $ | $ 429,000 | $ 400,000 | $ 412,500 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 221.93 sq.ft. | $ 228.05 sq.ft. | $ 193.12 sq.ft. |
| Data Source(s) | | LVRMLS#2217235;DOM 11 | LVRMLS#2218602;DOM 7 | LVRMLS#2205819;DOM 42 |
| Verification Source(s) | | Doc#202009040000916 | Doc#202009280001486 | Doc#202008310003660 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s09/20;c08/20 | | s09/20;c08/20 | | s08/20;c08/20 | |
| Location | B;Gated;Res | B;Gated;Res | | N;Res; | +10,000 | B;Gated;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 sf | 7841 sf | | 10454 sf | -8,000 | 7405 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 19 | 20 | 0 | 20 | 0 | 13 | -3,000 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 4 2.0 | 6 4 2.0 | | 6 3 2.0 | 0 | 6 3 3.0 | -5,000 |
| Gross Living Area | 1,912 sq.ft. | 1,933 sq.ft. | 0 | 1,754 sq.ft. | +12,000 | 2,136 sq.ft. | -17,000 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | | FAU/Central | | FAU/Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3ga3dw | 3ga3dw | | 2ga2dw | +7,000 | 3ga3dw | |
| Porch/Patio/Deck | Pch/CPt-Large | Pch/CPt-Large | | Pch/CPt-Large | | Pch/CPt/Dk | -5,000 |
| Landscaping | FrLs & RrLs-Gd | FrLs & RrLs-Gd | | FrLs & RrLs-Gd | | FrLs & RrLs-Gd | |
| Pool/Spa/Outdoor Kit | Ing Pl&Spa | Ing Pl&AbvSpa | +5,000 | Ing Pl&Spa | | OutdoorKit/BBQ | +20,000 |
| Upgrading/Remodeling | Average | Remodel-Gd | -30,000 | Remodel-VG | -40,000 | Average | -10,000 |
| Net Adjustment (Total) | | + ☒ - $ | -25,000 | ☐ + ☒ - $ | -19,000 | ☐ + ☒ - $ | -10,000 |
| Adjusted Sale Price | | Net Adj. 5.8 % | | Net Adj. 4.8 % | | Net Adj. 2.4 % | |
| of Comparables | | Gross Adj. 8.2 % $ | 404,000 | Gross Adj. 19.3 % $ | 381,000 | Gross Adj. 12.1 % $ | 402,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    County Records/CoreLogic
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    County Records/CoreLogic
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | County Records/CoreLogic | County Records/CoreLogic | County Records/CoreLogic | County Records/CoreLogic |
| Effective Date of Data Source(s) | 10/14/2020 | 10/14/2020 | 10/14/2020 | 10/14/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No sales history for the subject property within the past three years.

None of the comparables sold within the last 12 months.

Summary of Sales Comparison Approach    All of the sales closed escrow within 60 days of this report. All comparables are similar frame/stucco, single-story production homes found within the subject development or most proximate competing developments. A total of 6 comparables were used in this report; 4 resales and 2 listed sale. Site size adjustment $3 per sq ft; any site within 1000 sq ft did not require an adjustment. A gross living area adjustment at $75 per sq ft; no adjustment for differences of 100 sq ft or less. Age adjustment is supported at $500. A list-to-sale adjustment of 0.5% of the listed sales price was employed. All adjustments are rounded to the nearest $500. The sales selected meet bracketing requirements and are the most probable indicators of market value, as defined by Fannie Mae, available for the subject property in the current timeframe. See page 3 for line item comments.

Indicated Value by Sales Comparison Approach $    404,000

| Indicated Value by: Sales Comparison Approach $ | 404,000 | Cost Approach (if developed) $ | 404,909 | Income Approach (if developed) $ |
|---|---|---|---|---|

Although all three approaches to value were considered, the Sales Comparison Approach is the primary and most reliable indicator of value for the subject property considering available data and the number of sales in the subject submarket. Therefore, greatest weight has been placed on the Sales Comparison Analysis as the actions of buyers and sellers are reflected therein. SEE ADDITIONAL COMMENTS.
This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject is marketable as is & no repairs or alterations are required.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 404,000 , as of 10/14/2020 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                UAD Version 9/2011        Page 2 of 6                Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5900 Negril Ave | 5414 Basset Hound Ave | | 6020 Resort Ridge St | | 7017 Red Tide Dr | |
| | Las Vegas, NV 89130-7270 | Las Vegas, NV 89131-2745 | | Las Vegas, NV 89130-7088 | | Las Vegas, NV 89131-1018 | |
| Proximity to Subject | | 1.42 miles NE | | 0.30 miles SE | | 1.27 miles NE | |
| Sale Price | $ | $ 395,000 | | $ 379,000 | | $ 390,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 204.24 sq.ft. | | $ 175.95 sq.ft. | | $ 200.31 sq.ft. | |
| Data Source(s) | | LVRMLS#2216797;DOM 6 | | LVRMLS#2226974;DOM 42 | | LVRMLS#2232799;DOM 23 | |
| Verification Source(s) | | Doc#20200918000136 | | No Doc#/Listing | | No Doc#/Listing | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | | | Conv;0 | |
| Date of Sale/Time | | s09/20;c08/20 | | Active | -2,000 | c10/20 | -2,000 |
| Location | B;Gated;Res | B;Gated;Res | | B;Gated;Res | | B;Gated;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 sf | 10019 sf | -6,500 | 7841 sf | | 7841 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 19 | 19 | | 20 | 0 | 17 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  4  2.0 | 5  3  2.1 | -3,000 | 8  4  2.0 | 0 | 6  4  2.0 | 0 |
| Gross Living Area | 1,912 sq.ft. | 1,934 sq.ft. | 0 | 2,154 sq.ft. | -18,000 | 1,947 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | | FAU/Central | | FAU/Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3ga3dw | 3ga3dw | | 3ga3dw | | 3ga3dw | |
| Porch/Patio/Deck | Pch/CPt-Large | Pch/CPt-Large | | Pch/CPt-Large | | Pch/CPt-Large | |
| Landscaping | FrLs & RrLs-Gd | FrLs & RrLs-Gd | | Fr & Rr-Avg | +3,000 | Fr & Rr-Avg | +3,000 |
| Pool/Spa/Outdoor Kit | Ing Pl&Spa | Ing Pl&Spa | | None | +35,000 | None | +35,000 |
| Upgrading/Remodeling | Average | PrtlRemodl | -10,000 | PrtlRemodl-Avg | 0 | PrtlRemodl | -10,000 |
| Net Adjustment (Total) | | + ☒ - | $ -19,500 | ☒ + ☐ - | $ 18,000 | ☒ + ☐ - | $ 26,000 |
| Adjusted Sale Price | | Net Adj. 4.9% | | Net Adj. 4.7% | | Net Adj. 6.7% | |
| of Comparables | | Gross Adj. 4.9% $ 375,500 | | Gross Adj. 15.3% $ 397,000 | | Gross Adj. 12.8% $ 416,000 | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | County Records/CoreLogic | County Records/CoreLogic | County Records/CoreLogic | County Records/CoreLogic |
| Effective Date of Data Source(s) | 10/14/2020 | 10/14/2020 | 10/14/2020 | 10/14/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales        See page 2.

Analysis/Comments      This report is not complete without the attached 3 page narrative addendum.

LAS VEGAS DATA

Las Vegas has a base economy of tourism. Over 40% of employment for the Las Vegas Valley is comprised of employment within the service sector which includes the tourism industry; hotel, gaming and recreation. Other employment includes the military at Nellis Air Force Base, the Nevada Test Site, several industrial and manufacturing plants and the secondary levels of support employment that are typical for a community of the size and population of the Las Vegas area. Clark County covers an area of 7,927 square miles, larger than many states. More than 72% of all Nevadans live in Clark County. As of the 2010 census, the population was approximately 1.95 million with an increase to an estimated population of 2.26 million in 2019. Most of the county population resides in the Las Vegas, holding 1,771,945 people as of the 2010 Census and covering the 476 square miles. *Due to the global outbreak of a "novel coronavirus" known as COVID-19, Clark County reported an unemployment rate of 15.4% as of the month end of August, 2020.*

HOUSING MARKET OVER THE LAST 8 YEARS

Coming out of the US recession after 2012, Las Vegas experienced a rebound in the residential real estate market. From 2012 to 2018, prices went up approximately 5% per year. During this time, interest rates remained low, creating an active market for both new homes and resale properties. Since mid 2018, prices have begun to level with new home sales experiencing the greatest effect of an overall stabilized market; however, each sub-market should be thoroughly examined for the latest market trends. The most recent available economic indicators for Clark County are included in an attachment to this report.

Freddie Mac Form 70 March 2005                    UAD Version 9/2011                    Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

**SUBJECT IMPROVEMENTS**

The subject improvements is a single-story, frame/stucco, concrete tile roof home, with 1,912 sq ft GLA and 3 car attached garage. Exterior shows a covered porch, front and rear landscaping, covered patio, and swimming pool with a spa. Interior shows tile carpet and flooring , composite kitchen countertops, stainless steel appliances, window treatments, ceiling fans, soft water, main bathroom tub, and security system. Appliances include a refrigerator, gas range, microwave, dishwasher, and washer/dryer; no value is being given to any personal property items. Overall the subject is being appraised in good condition with upgraded features. The subject property measured 1,912 sq ft, 35 sq ft smaller than county records show.

**UTILITIES, SMOKE DETECTORS, AND WATER HEATER STRAPS**

Smoke detectors were noted during the inspection; carbon monoxide detectors are not required in Nevada. The water heater shows required seismic straps. All utilities are on at the time of inspection.

**SUBJECT DEVELOPMENT AND NEIGHBORHOOD**

The subject property is found within the Paradise Falls development, built by D.R. Horton between 2000-2001. The development has a total of 207 sites and homeowners pay an HOA fee of $63 per month for maintenance of the streets, gated community, community park, common areas, and management fees. The subject neighborhood contains a variety of similar developments established between the years 2000-2010. Many of the homes are going through a period of revitalization, where homes are being updated and remodeled. Upon drive-by inspection, homes found within the subject neighborhood boundaries were noted to have been well maintained. In addition, to the North, Northeast, and East of the subject neighborhood, 3 master planned communities are found: North Valley Vista by D.R. Horton, Aliante, and Tule Springs. Homes found within a master planned community (MPC) typically sell for more than homes not located within an MPC. The homes found within the subject neighborhood are not subjected to master planned community fees and HOA fees appear similar for developments found within the neighborhood area.

**\*\*\*\*\*REPORT REVISION\*\*\*\*\***

This report was revised on 10/28/2020 at 2:23pm. All other reports submitted and signed prior to the stated date and time are no longer valid. **A requested Appraiser Declaration form was added to the report**

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The extraction method was used to determine lot values as there is no available sales data for subdivided tract lots. The Sales Comparison Approach is the primary and most reliable/accurate indicator of value for the subject property considering available data and the number of sales in the subject sub-market.

| | | |
|---|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE = $ | 60,000 |
| Source of cost data    Craftsman-book.com/Local Contractor Estimates | DWELLING    1,912 Sq.Ft. @ $  163.00  = $ | 311,656 |
| Quality rating from cost service    Ave/Gd    Effective date of cost data    Oct 2020 | 0 Sq.Ft. @ $  = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | = $ | |
| Physical depreciation is calculated on the basis of effective age divided | Garage/Carport    567 Sq.Ft. @ $  34.00  = $ | 19,278 |
| by total economic life and the appraiser's observations. Cost figures are | Total Estimate of Cost-New  = $ | 330,934 |
| taken from Craftsman-book.com and local estimates. The cost approach | Less    Physical    Functional    External | |
| to value is not heavily weighted in this assignment due to difficulty | Depreciation    51,025  = $ | 51,025) |
| estimating depreciation (see addendum). | Depreciated Cost of Improvements  = $ | 279,909 |
| | "As-is" Value of Site Improvements  = $ | 30,000 |
| | In-ground Swimming Pool  = $ | 35,000 |
| Estimated Remaining Economic Life (HUD and VA only)    55 Years | INDICATED VALUE BY COST APPROACH  = $ | 404,909 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier  = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes  ☒ No    Unit type(s)  ☒ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. OCT1620

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |

**SCOPE OF THE APPRAISAL**
This addendum is part of the Appraisal Report performed on the referenced property. This appraisal report is prepared under Standards 1 and 2 of USPAP and the Appraiser Certification contained within this report.

**TYPE OF REPORT**
This is an Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2 (a) of the Uniform Standards of Professional Appraisal Practice (USPAP) for an Appraisal Report. As such, it presents sufficient discussion of the data, reasoning and analysis used in the appraisal process to develop the appraiser's opinion of market value. Supporting documentation concerning the data, reasoning and analysis is retained in the appraiser's files. The property rights appraised are Fee Simple Estate. Fee Simple Estate is defined as other interest or estate subject only to the limitations imposed by governmental powers of taxation, eminent domain, police power, and escheat.

**INTENDED USE(R)**
This Appraisal Report is intended specifically for use by the Lender/Client (Shellpoint Mortgage Servicing) for lending decisions regarding mortgage collateral purposes, market value, and loan servicing. The intended user of this appraisal report is the lender/client or their assigns. The appraiser has not identified any purchaser, borrower, or seller as an intended user of this appraisal and no such party should use or rely on this appraisal for any purpose. Such parties are advised to obtain an appraisal from a qualified appraiser of their own choosing if they require an appraisal for their own use. This appraisal report should not serve as the basis for any property purchase decision or any appraisal contingency in a purchase agreement regarding the property.

The purpose of this appraisal is to estimate the market value, as defined in the attached certification under "Definition of Market Value" for use in this 1004 UAD Report, of the subject property as of the effective date of the appraisal.

**CONDITIONS OF APPRAISAL**
The appraisal process involves the interior and exterior inspection of the subject property by the appraiser. In addition, the appraiser gathers, analyzes and confirms applicable market data information using in-house files, multiple listing services, real estate salespeople, local government records and other sources relevant to this appraisal assignment.

The appraiser then applies the data gathered to the Cost Approach, The Sales Comparison Approach, and the Income Approach contained within the report. If applicable, after the three approaches have been completed, a final reconciliation and estimate of value is made based upon the three approaches.

Any exclusion of these three approaches to value is further addressed in this addendum. All extraordinary assumptions and hypothetical conditions that may have affected the assignment results have been reported.

**SALES COMPARISON APPROACH**
This sub market was searched extensively, and the comparable sales selected are considered the most similar to subject in the current time frame. All of the comparable sales are from within the same general area. All line item adjustments are market extracted and represent what informed purchasers are willing to pay for these items. A variety of methods may be employed to calculate accurate market extracted line item adjustments. A combination of matched pair sales analysis (using data sets with statistical filtering and multiple extraction strategies) and/or multiple regression analysis was used. In rare cases where no market extraction is possible, adjustments are derived from the cost new of the item, less all forms of depreciation. No value has been assigned to any personal property or any fixture not permanently attached.

The gross living area, site size, and room counts for the subject and comparables may differ from those figures indicated by county records. The appraiser has utilized figures indicated either from the Multiple Listing Service, county records, or the appraiser's files and/or measurements, which may indicate a different figure than those indicated by other recording agencies. The calculations used in this report are considered to be the most reliable and accurate. This appraiser uses software requiring password security in regard to photographs and digital signatures which is in compliance with USPAP.

**COST APPROACH**
The Cost Approach has been attempted by the appraiser as an analysis to support their opinion of the property's market value. Use of this data, in whole or in part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. The appraiser recommends that an insurance professional should be consulted. Further, the Cost Approach may not be a reliable indication of replacement or reproduction cost for any date other than the effective date of this appraisal due to changing costs of labor and materials and due to changing business codes and governmental regulations and requirements.

The primary drawback of the Cost Approach as it relates to residential dwellings is the difficulty in estimating total economic (useful) life and total depreciation from all sources: i.e., physical, functional, and external. Functional depreciation can either be a deficiency or a superadequacy, and either can be curable or incurable. External obsolescence is determined by paired sales analysis to measure the market reaction to locational problems. Physical depreciation reflects the effective age of the overall structure in relationship to its total useful life. The effective age may or may not be similar to the structure's actual age due to the level of maintenance and repair. Extraction method was used to determine site value as there is no available sales data for subdivided tract lots. Subjects remaining economic life is estimated at 55 years. After extracting the value for the improvements, the site value for the subject property is determined to be $60,000.

**Supplemental Addendum**                                                    File No. OCT1620

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |

**INCOME APPROACH**
Although a tenant currently occupies the subject property, the Income Approach was not developed for this report as it was not requested by the client. In addition, the income approach it is not an accurate indicator of value in this market where single family homes are typically owner-occupied. The sales approach produces the most credible results.

**RECONCILIATION CONTINUED FROM PAGE 2.**
The Sales Comparison Approach adequately supports value for the subject property, as there is enough sales data to develop a reliable opinion of value.

**APPRAISAL INSPECTION**
Appraisals are no guarantee that the property is free from defects. The appraiser is not qualified to inspect in depth the construction of the home, plumbing, electrical, or other components and features. The appraiser's inspection is limited to a visual inspection of the property and to report only what is readily observed during the inspection.

**HIGHEST AND BEST USE**
The subject's use as a single family residence is legally permissible based on zoning; no interim uses or subdivisions noted. In addition, the site size, shape and land-to-building ratio allow for the present structure and indicate a good utilization of the improvements. Based on current market conditions and surrounding properties, the existing structure as a single family residence is financially feasible and is maximally productive in use. The highest and best use, as if vacant, would be to construct a single family residence.

**LAND USE**
As noted on the front page of this report, there is a 30% land use marked as "other." This land is a combination of vacant property and either parks, recreational areas, or vacant land available for building. There is no buyer resistance noted.

**PRIOR APPRAISAL**
This appraiser has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this appraisal.

**EDI FORMAT**
The appraisal report was prepared in electronic data interchange (EDI) format. The report can be transported electronically by EDI or PDF procedures. The digital signature that is placed on the appropriate pages of the appraisal complies with all federal and state laws and is a true representation of the appraiser's signature that conducted and signed the appraisal report.

**MARKET AREA**
The subject is located in the Northern portion of the City of Las Vegas. It is an area in which similar size/age homes are found to have good market acceptance. All employment centers, schools, public transportation, medical facilities, worship sites, and shopping facilities are within expected proximity. The subject property conforms well to other homes in the area.

**UNIFORM APPRAISAL DATASET**
The appraiser has prepared this appraisal in full compliance with the Uniform Appraisal Dataset, a component of the Uniform Mortgage Data Program, as jointly established by Fannie Mae and Freddie Mac, under the direction of the Federal Housing Finance Agency.

**UNIFORM APPRAISAL DATASET CLARIFICATION**
The UAD allows for specific type fonts, abbreviations, and numerical values to be entered in certain areas of the form. In some cases, the information entered by the appraiser contradicts information available through available data sources. The appraiser has relied upon either the inspection or most accurate data sources available to populate the report; however, some clarification of those responses is required.

Clarification of the UAD responses is as follows:

1. All numbers in the report are required by UAD to be rounded to whole numbers.
2. All ages are in years.
3. In some cases, the site dimensions noted in County Records do not match the total site square footage indicated in county records. Because the appraiser did not have access to surveys or title reports for the comparable properties, the square footages for the sites for all the comparable sales and listings taken from public records and/or MLS and may be approximate, unless otherwise noted.
4. Bathroom counts in the 1004 form are representations of the actual count. Example: 2 full bathrooms and 1 half bathroom is represented as 2.1.
5. Quality of construction and condition of the subject and comparable sales are categorized by preset definitions and ratings. The actual quality of construction and condition of the subject property and all the comparables may not be accurately reflected by these preset definitions. In these instances, the rating that was closest in describing the quality of construction and condition of the subject property and/or the comparable sales was chosen for use in the 1004 form and further clarification, if necessary, was included in the narrative section of the report. For this reason, there are cases when an adjustment is supported for properties that share the same condition or quality of construction rating. See UAD Definitions Addendum.
6. The indicated market value opinion does not include any value attributed to personal property, equipment items or unattached fixtures (chattel). Garages, carports and driveways of the subject and comparable sales are categorized by preset definitions and categories. The actual number and type of garages, carports and driveways of the subject property and all the comparable properties may not be accurately reflected by these preset categories. An example would be a 3-car tandem garage (not a preset option) vs. a standard 3-car garage. In these instances, the category that was closest to describing the garages, carports, and driveways of the subject property and/or the comparable sales was chosen for the use in the 1004 form, and further

**Supplemental Addendum**                                                                 File No. OCT1620

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |

clarification, if necessary, was included in the narrative section of the report.

**TAXES**
The real estate taxes appear to be reasonable and equitably assessed in relation to the surrounding properties. According to the Clark County Treasurer's Office, as of the effective date of this appraisal, the real estate taxes were current for the subject property. According to the Clark County assessor website, the approximate 2021 real estate taxes for the subject property are $2,838.

**USPAP COMPETENCY PROVISION**
The signer of this report has the knowledge and experience to complete this appraisal assignment. The signer has completed hundreds of valuation assignments of similar residential properties in Clark County, NV. This report intends to conform to the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation.

**PREDOMINANT VALUE**
The value of the subject exceeds the predominant value for the neighborhood. This is typical and generally accepted in this neighborhood, which is primarily made up of smaller, older homes. The subject property competes well in this market and it is not considered an over-improvement. In addition, the value of the subject property is well below pricing in the high end of the neighborhood.

**MC REPORT**
The attached MC report was performed in connection with data supplied by the Las Vegas REALTORS Association, Inc. MLS system. The majority of new sales are not included in the data set because they are not listed, and specific information regarding new sales is not readily available. Because of this, the MC report cannot be guaranteed to accurately represent the new home market and should be considered only as it pertains to the available information/data found in MLS.

**LINE ITEM ADJUSTMENTS**
Comparable 1 is a similar sized home, found within the subject development, purchased with conventional financing in the last 30 days. MLS indicates 11 DOM. This home is inferior to the subject for the above ground spa; superior for good remodeling.

Comparable 2 is a smaller home purchased with conventional financing in the last 30 days. MLS indicates 7 DOM. This home is inferior to the subject for the gated community, gross living area, and 2 car garage; superior to the subject for the site size and very good remodel.

Comparable 3 is a larger home purchased with conventional financing in the last 60 days. MLS indicates 42 DOM. This home is superior to the subject for age, bathroom count, gross living area, and patio decking. Comparable 4 has a fully custom built-in BBQ, built-in sink , with floating chairs. The BBQ shows as an inferior feature to the pool, as in-ground pools require more soft costs (i.e. permits), labor, and materials. In addition, this comparable did not have a pool.

Comparable 4 is a similar sized home purchased with conventional financing in the last 30 days. MLS indicates 6 DOM. This home is superior to the subject for the site size, bathroom count, and partial remodel. Although found over a mile away from the subject, this home is found within the neighborhood boundaries and appeals to buyers of the same sub-market segment.

Comparable 5 is a larger active listed sale, found within the subject development. MLS indicates 42 DOM. A list-to-sale adjustment was employed. This home is inferior to the subject for average landscaping and in-ground swimming pool; superior to the subject for the gross living area.

Comparable 6 is a similar size listed sale, contracted in the last 2 weeks. MLS indicates 23 DOM. A list-to-sale adjustment was employed. This home is inferior to the subject for average landscaping and in-ground swimming pool; superior to the subject for partial remodeling.Although found over a mile away from the subject, this home is found within the neighborhood boundaries and appeals to buyers of the same sub-market segment.

**FINAL RECONCILIATION**
The subject property is found within the Paradise Falls development, built by D.R. Horton between 2000-2001. The development has a total of 207 sites and homeowners pay an HOA fee of $63 per month for maintenance of the streets, gated community, community park, common areas, and management fees.The subject neighborhood contains a variety of similar developments established between the years 2000-2010. Many of the homes are going through revitalization, where homes are being updated and remodeled. Upon drive-by inspection, homes found within the subject neighborhood boundaries were noted have been well maintained. In addition, to the North, Northeast, and East of the subject neighborhood, 3 master planned communities are found: North Valley Vista by D.R. Horton, Aliante, and Tule Springs. Homes found within a master planned community (MPC) typically sell for more than homes not located within an MPC. The homes found within the subject neighborhood are not subjected to master planned community fees and HOA fees appear similar for developments found within the neighborhood area.

On an adjusted basis the indicated sales price range from a low of $375,500 to a high of $416,000. Based on the analysis of the marketplace, the data and application of prudent appraisal technique and methodology the appraised value of the subject property is $404,000. This equates to a price of $211.30 per sq ft. The price per sq ft falls within the indicated range of the comparable sales and is an accurate indicator of value when compared to similar sized sales in the area. After all adjustments are made a reasonable range of indicated values is found. None of the sales stands well alone as an indicator of value, but collectively they support each other and the value conclusion. All comparable adjustments fall within recommended guidelines. Gross and net adjustments attest to the comparability of the sales.

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

0579385562
File # OCT1620

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Giano J Saumat | Name |
| Company Name  GJS Appraisal Services | Company Name |
| Company Address  200 Hoover Ave Unit 1205 | Company Address |
| Las Vegas, NV 89101 | |
| Telephone Number  (702) 510-3840 | Telephone Number |
| Email Address  gjsappraisals@gmail.com | Email Address |
| Date of Signature and Report  10/28/2020 | Date of Signature |
| Effective Date of Appraisal  10/14/2020 | State Certification # |
| State Certification #  A.0208201-CR | or State License # |
| or State License # | State |
| or Other (describe)  _____ State # _____ | Expiration Date of Certification or License |
| State  NV | |
| Expiration Date of Certification or License  08/31/2022 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

5900 Negril Ave

Las Vegas, NV 89130-7270

APPRAISED VALUE OF SUBJECT PROPERTY $    404,000

LENDER/CLIENT

Name  Clear Capital

Company Name  Shellpoint Mortgage Servicing

Company Address  55 Beattie Place, Suite 300, Greenville, SC

29601

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

0579385562
File No. OCT1620

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 5900 Negril Ave | City | Las Vegas | State | NV | ZIP Code | 89130-7270 |
|---|---|---|---|---|---|---|---|

Borrower    Hexum, Melissa J & Arsaga, Peter

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 4 | 8 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 1.33 | 2.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | Unavailable | Unavailable | 6 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | Unavailable | Unavailable | 2.2 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $379,900 | $372,500 | $397,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 8 | 17 | 13 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | Unavailable | Unavailable | 394,950 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | Unavailable | Unavailable | 41 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100.00% | 98.67% | 99.58% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The Las Vegas REALTORS Association, Inc. MLS indicated 8 of 19 (42.1%) of the closed sales in the market area between 10/14/2019 and 10/14/2020 contained seller concessions.  Concessions ranged between $1,000 and $9,000, and the median concession was $5,000. For 7-12 months prior, 4 of 7 transactions (57.1%) had concessions. For 4-6 months prior, 2 of 4 transactions (50.0%) had concessions. For the 3 months prior to the effective date, 2 of 8 transactions (25.0%) had concessions.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    The Market Conditions Addenda was completed with data from Las Vegas REALTORS Association, Inc. MLS with an effective date of 10/14/2020.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Effective Date: Wednesday, October 14, 2020. Data indicates that the median sales price has remained stable over the last 12 months, consistent with the overall market. The criteria for the MC report included all two-story homes built between 1650-2250 sq ft. The above data was taken from LVRMLS and includes all available similar properties found in the subject sub-market as defined in the attached neighborhood map. A marketing time of under 90 days is noted when properties are realistically priced.

Local Multiple Listing Service cannot provide accurate listing information for prior 7-12 and 4-6 month history as these listings could have moved into pending or sold status. Therefore, these fields were not applicable as the information would not be accurate and reliable.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Giano J Saumat | Supervisory Appraiser Name | |
| Company Name | GJS Appraisal Services | Company Name | |
| Company Address | 200 Hoover Ave Unit 1205, Las Vegas, NV 89101 | Company Address | |
| State License/Certification # | A.0208201-CR    State NV | State License/Certification # | State |
| Email Address | gjsappraisals@gmail.com | Email Address | |

Freddie Mac Form 71    March 2009                Page 1 of 1                Fannie Mae Form 1004MC    March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | File No. OCT1620 |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report  (A written report prepared under Standards Rule   2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted  (A written report prepared under Standards Rule   2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report,
Appraisal Report    restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:      Under 90 days
By studying sales of similar comparable residential properties with value ranges as identified in the subject submarket, and discussions with individuals knowledgeable of current neighborhood trends in the subject area, this appraiser feels that the exposure time for the subject property is equal to the indicated Market Time identified in the neighborhood section of this appraisal report.  A reasonable exposure time for the subject property is estimated to be 90 days when priced to the market.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:
PRIOR APPRAISAL
This appraiser has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this appraisal.

For this appraisal report the total compensation paid to the appraiser is $400.00, and the total compensation retained by Clear Capital is $135.00.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name:  Giano J Saumat | Name: |
| State Certification #:  A.0208201-CR | State Certification #: |
| or State License #: | or State License #: |
| State:  NV    Expiration Date of Certification or License:  08/31/2022 | State:    Expiration Date of Certification or License: |
| Date of Signature and Report:  10/28/2020 | Date of Signature: |
| Effective Date of Appraisal:  10/14/2020 | |
| Inspection of Subject:  ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only | Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only |
| Date of Inspection (if applicable):  10/14/2020 | Date of Inspection (if applicable): |

0579385562

File No.　OCT1620

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| Flrs   Apps   CT's | Flooring   Appliances   Countertops | Sales Comparison Approach Grid |
| Cabs | Cabinets | Sales Comparison Approach Grid |
| SFR Tnhm | Single Family Residence   Townhome | Zoning  Style/Design  Sales Comparison Approach Grid |
| Gar  Crpt | Garage  Carport | Sales Comparison Approach Grid |
| Cpt Vnyl Tl | Carpet  Vinyl  Tile | Improvements Section&Sales Comparison Approach Grid |
| Ls | Landscape | Sales Comparison Approach Grid |

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

0579385562
File No.    OCT1620

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

**Other Appraiser-Defined Abbreviations (continued)**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Pch | Porch | Sales Comparison Approach Grid |
| Typ | Typical | Sales Comparison Approach Grid |
| Trl | Trellis | Sales Comparison Approach Grid |
| Df | Deferred | Sales Comparison Approach Grid |
| Fr / Rr | Front / Rear | Sales Comparison Approach Grid |
| FAU | Forced Air Unit | Sales Comparison Approach Grid |
| OPt    DgRn | Open Patio    Dog Run | Sales Comparison Approach Grid |
| BBQ | Barbecue | Sales Comparison Approach Grid |
| 1-Sty or 2-Sty | Stories (Number of livable floors) | (Design/Style) Sales Comparison Approach Grid |
| FAU/Central | Forced Air Unit / Central Air | Improvements Section&Sales Comparison Approach Grid |
| Ave or Gd | Average or Good | Improvements Section&Sales Comparison Approach Grid |
| CPt    CBl    OBl | Covered Patio    Covered Balcony    Open Balcony | Improvements Section&Sales Comparison Approach Grid |
| CoRcds | County Records | Data Source & Sales Comparison Approach Grid |
| MLS | Multiple Listings Service | Data Source & Sales Comparison Approach Grid |
| GLVAR | Greater Las Vegas Association of Realtors | Data Source & Sales Comparison Approach Grid |
| GLA | Gross Living Area | Cost Approach & Sales Comparison Approach Grid |
| Doc# | Document Number | Sales Comparison Approach Grid |
| MPC | Master Planned Community | Sales Comparison Approach Grid/Neighborhood |
| Assmd | Assumed | Sales Comparison Approach Grid |
| Rec Fac | Recreation Facilities | Sales Comparison Approach Grid |
| Gtd        GrdGtd | Keypad Gated              Guard Gated | Sales Comparison Approach Grid |
| Ct | Courtyard | Sales Comparison Approach Grid |
| Age Rst | Age Restricted Community | Sales Comparison Approach Grid |
| RfTd | Roof Top Deck | Sales Comparison Approach Grid |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Building Sketch**

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1912 Sq ft | 15 × 18 | = 270 |
| | | 33 × 18 | = 594 |
| | | 22 × 8 | = 176 |
| | | 24 × 3 | = 72 |
| | | 28 × 27 | = 756 |
| | | 12 × 2 | = 24 |
| | | 8 × 2 | = 16 |
| | | 0.5 × 2 × 2 | = 2 |
| | | 0.5 × 2 × 2 | = 2 |
| **Total Living Area (Rounded):** | **1912 Sq ft** | | |
| Non-living Area | | | |
| 3 Car Attached | 567 Sq ft | 20 × 18 | = 360 |
| | | 3 × 3 | = 9 |
| | | 9 × 22 | = 198 |
| Pch | 49 Sq ft | 7 × 7 | = 49 |
| Covered Patio | 400 Sq ft | 37 × 8 | = 296 |
| | | 0.5 × 8 × 4 | = 16 |
| | | 22 × 4 | = 88 |

## Subject Photo Page

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | | |



**Subject Front**

5900 Negril Ave
Sales Price
Gross Living Area      1,912
Total Rooms      6
Total Bedrooms      4
Total Bathrooms      2.0
Location      B;Gated;Res
View      N;Res;
Site      7841 sf
Quality      Q4
Age      19



**Subject Rear**



**Subject Street**

**Photograph Addendum**

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | |



**Address**



**Community Gate**



**Side**



**Rear Yard**



**Side**



**In-ground Pool w/Spa**



**3 Car Attached**



**Water Heater**



**Soft Water**



**Entry**



**Bed 2**



**Bed 3**



**Bath 2**



**Bed 4**



**Kitchen**

## Photograph Addendum

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |



**Nook**



**Family**



**Laundry**



**Main Bed**



**Main Bath**



**Security**



**Smoke Detector**



**Smoke Detector**



**Smoke Detector**



**Community Park**



**Putting Green**

## Comparable Photo Page

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |



### Comparable 1

5604 Negril Ave

| | |
|---|---|
| Prox. to Subject | 0.20 miles E |
| Sale Price | 429,000 |
| Gross Living Area | 1,933 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | B;Gated;Res |
| View | N;Res; |
| Site | 7841 sf |
| Quality | Q4 |
| Age | 20 |



### Comparable 2

6017 Morning Creek Ct

| | |
|---|---|
| Prox. to Subject | 0.57 miles E |
| Sale Price | 400,000 |
| Gross Living Area | 1,754 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10454 sf |
| Quality | Q4 |
| Age | 20 |



### Comparable 3

5828 McLennan Ranch Ave

| | |
|---|---|
| Prox. to Subject | 0.40 miles N |
| Sale Price | 412,500 |
| Gross Living Area | 2,136 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | B;Gated;Res |
| View | N;Res; |
| Site | 7405 sf |
| Quality | Q4 |
| Age | 13 |

## Comparable Photo Page

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |



### Comparable 4

5414 Basset Hound Ave

| | |
|---|---|
| Prox. to Subject | 1.42 miles NE |
| Sale Price | 395,000 |
| Gross Living Area | 1,934 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | B;Gated;Res |
| View | N;Res; |
| Site | 10019 sf |
| Quality | Q4 |
| Age | 19 |



### Comparable 5

6020 Resort Ridge St

| | |
|---|---|
| Prox. to Subject | 0.30 miles SE |
| Sale Price | 379,000 |
| Gross Living Area | 2,154 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | B;Gated;Res |
| View | N;Res; |
| Site | 7841 sf |
| Quality | Q4 |
| Age | 20 |



### Comparable 6

7017 Red Tide Dr

| | |
|---|---|
| Prox. to Subject | 1.27 miles NE |
| Sale Price | 390,000 |
| Gross Living Area | 1,947 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | B;Gated;Res |
| View | N;Res; |
| Site | 7841 sf |
| Quality | Q4 |
| Age | 17 |

## Neighborhood Map

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | | |



## Location Map

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |



## Aerial View

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | | |



**Plat Map**

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | | |



# Assessor Parcel Map



# Realist Data – Page 1

**5900 Negril Ave, Las Vegas, NV 89130-7270, Clark County**

| MLS Beds | MLS Sq Ft | Lot Sq Ft | Sale Price |
|---|---|---|---|
| 4 | 1,947 | 7,841 | $410,000 |

| Full.Half Bath | Yr Built | Type | Sale Date |
|---|---|---|---|
| 2 | 2001 | SFR | 05/01/2006 |

### OWNER INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | Censo LLC | Tax Billing Zip+4 | 7528 |
| Tax Billing Address | 9811 W Charleston Blvd #2-351 | Carrier Route | C054 |
| Tax Billing City & State | Las Vegas, NV | Owner Occupied | No |
| Tax Billing Zip | 89117 | | |

### LOCATION INFORMATION

| | | | |
|---|---|---|---|
| Subdivision | Tropical Jones | Zoning | R-PD3 |
| School District Name | Clark County | Township Range Sect | 19-60-25 |
| School District | 3200060 | Block # | 6 |
| Census Tract | 33.07 | Lot # | 50 |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Parcel | 125-25-214-015 | Tax Appraisal Area | 200 |
| Tax Area | 200 | % Improved | 74% |
| Legal Description | TROPICAL JONES UNIT 4 PLAT B OOK 93 PAGE 9 LOT 50 BLOCK 6 | | |
| Tax Year | 2020 | Net Tax Year | 2020 |
| Annual Tax | $2,660 | Net Tax Amount | $2,660 |

### ASSESSMENT & TAX

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Assessment Year | 2020 | 2019 | 2018 |
| Assessed Value - Total | $115,180 | $108,725 | $101,826 |
| Assessed Value - Land | $29,925 | $24,885 | $20,790 |
| Assessed Value - Improved | $85,255 | $83,840 | $81,036 |
| YOY Assessed Change ($) | $6,455 | $6,899 | |
| YOY Assessed Change (%) | 5.94% | 6.78% | |
| Market Value - Total | $329,086 | $310,643 | $290,931 |
| Market Value - Land | $85,500 | $71,100 | $59,400 |
| Market Value - Improved | $243,586 | $239,543 | $231,531 |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2018 | $3,348 | | |
| 2019 | $2,538 | -$810 | -24.19% |
| 2020 | $2,660 | $122 | 4.8% |

### CHARACTERISTICS

| | | | |
|---|---|---|---|
| Land Use - County | Resid-Single Family | Pool | Pool & Jacuzzi |
| Land Use - CoreLogic | SFR | # of Buildings | 1 |
| Lot Sq Ft | 7,841 | Cooling Type | Central |
| Lot Acres | 0.18 | Heat Type | Forced Air |
| Year Built | 2001 | Floor Cover | Carpet |
| Effective Year Built | 2001 | Flooring Material | Concrete |
| Stories | 1 | Foundation | Concrete |
| Building Sq Ft | 1,947 | Patio Type | Deck |
| Total Rooms | 6 | Porch | Patio/Porch |
| Bedrooms | 4 | Primary Porch Sq Ft | 56 |
| Total Baths | 2 | Roof Material | Concrete Tile |
| Full Baths | 2 | Sprinkler Type | Yes |
| Garage Sq Ft | 567 | Quality | Average |
| Garage Type | Attached Garage | Patio/Deck 1 Area | 200 |
| Parking Type | Attached Garage | Patio/Deck 2 Area | 323 |
| Exterior | Frame/Stucco | | |

**Property Details**  Courtesy of Glano Seunsel, Las Vegas Realtors

This data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

# Realist Data – Page 2

## FEATURES

| Feature Type | Unit | Size/Qty |
|---|---|---|
| Fence Average - Tract/Block Wa | U | 1 |
| Sprinkler Minimum | U | 1 |
| Pool Spa/Attached Each | U | 1 |
| Pool Deck - Kool Deck | S | 200 |
| Paving - Concrete | S | 650 |
| Pool Heater Each | U | 1 |
| Pool Size Appx 300 Square Feet | S | 300 |

## SELL SCORE

| | | | |
|---|---|---|---|
| Rating | Very High | Value As Of | 2020-09-13 23:06:43 |
| Sell Score | 843 | | |

## ESTIMATED VALUE

| | | | |
|---|---|---|---|
| RealAVM™ | $459,700 | Confidence Score | 56 |
| RealAVM™ Range | $367,760 - $551,640 | Forecast Standard Deviation | 20 |
| Value As Of | 10/04/2020 | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 50 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## LISTING INFORMATION

| | | | |
|---|---|---|---|
| MLS Listing Number | 1878209 | Pending Date | 03/18/2017 |
| MLS Area | 102 - NORTH | Closing Date | 03/31/2017 |
| MLS Status | History | Closing Price | $2,070 |
| MLS Status Change Date | 03/31/2018 | Listing Agent | 002708-Melani Schulte |
| Listing Date | 03/11/2017 | Listing Broker | PLATINUM PROPERTIES |
| Current Listing Price | $1,995 | Selling Agent | 226997-Justin Harper |
| Original Listing Price | $1,995 | Selling Broker | PREMIER REALTY GROUP |

| | | |
|---|---|---|
| MLS Listing # | 1418100 | 574596 |
| MLS Status | History | History |
| MLS Listing Date | 01/31/2014 | 02/01/2006 |
| MLS Listing Price | $1,895 | $415,000 |
| MLS Orig Listing Price | $1,895 | $415,000 |
| MLS Close Date | 03/07/2014 | 05/05/2006 |
| MLS Listing Close Price | $1,895 | $410,000 |
| MLS Listing Expiration Date | 01/31/2015 | 08/30/2006 |

## LAST MARKET SALE & SALES HISTORY

| | | | |
|---|---|---|---|
| Recording Date | 05/05/2006 | Seller / Previous Owner | Korica Steven & Linda |
| Sale Date | Tax: 05/01/2006 MLS: 03/31/2017 | Document Number | 60505002957 |
| Sale Price | $410,000 | Deed Type | Bargain & Sale Deed |
| Owner Name | Censo LLC | Price Per Square Feet | $210.58 |

| | | | | | |
|---|---|---|---|---|---|
| Sale Date | 01/09/2019 | 12/30/2014 | 12/18/2013 | 06/05/2006 | 05/01/2006 |
| Sale Price | | | $20,500 | | $410,000 |
| Nominal | Y | | Y | | |
| Buyer Name | Censo LLC | Ke Aloha Holdings Seri es I | Ke Aloha Holdings LLC | Arsaga Peter & Melissa J | Arsaga Peter |
| Seller Name / Previous Owner | Ke Aloha Holdings LLC | Ke Aloha Holdings LLC | Alessi & Koenig LLC | Arsaga Peter | Korica Steven & Linda |
| Document Number | 190109002529 | 141231000743 | 131223002261 | 60608000608 | 60505002957 |
| Document Type | Bargain & Sale Deed | Quit Claim Deed | Trustee's Deed (Forecl osure) | Bargain & Sale Deed | Bargain & Sale Deed |

**Property Details**  Courtesy of Glano Seumet, Las Vegas Realtors

The data within this report is compiled from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/10/20

Page 2/4

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Realist Data – Page 3

| | |
|---|---|
| Sale Date | 09/21/2001 |
| Sale Price | $186,500 |
| Nominal | |
| Buyer Name | Korica Steven & Linda |
| Seller Name / Previous Owner | D R Horton Inc |
| Document Number | 10924002180 |
| Document Type | Grant Deed |

**MORTGAGE HISTORY**

| | | | | | |
|---|---|---|---|---|---|
| Mortgage Date | 05/05/2006 | 05/05/2006 | 01/09/2006 | 08/19/2004 | 03/27/2003 |
| Mortgage Amount | $328,000 | $41,000 | $288,000 | $96,350 | $53,250 |
| Mortgage Lender | Bank Of America | Bank Of America | Wells Fargo Bk Na | Countrywide Bk | Countrywide Bk |
| Mortgage Type | Conventional | Conventional | Conventional | Conventional | Conventional |
| Mortgage Purpose | Resale | Resale | Refi | Refi | Refi |
| Mortgage Int Rate | | | | | |
| Mortgage Int Rate Type | | | Fixed Rate Loan | Fixed Rate Loan | Fixed Rate Loan |
| Mortgage Term | 30 | 15 | 30 | | |

| | | | | |
|---|---|---|---|---|
| Mortgage Date | 03/27/2003 | | 03/28/2002 | 03/12/2002 |
| Mortgage Amount | $176,650 | | | $35,000 |
| Mortgage Lender | Countrywide Hm Lns Inc | | Conseco Fin Corp | Ditech.com |
| Mortgage Type | Conventional | | | Conventional |
| Mortgage Purpose | Refi | | Refi | Refi |
| Mortgage Int Rate | 4.25 | | | |
| Mortgage Int Rate Type | Adjustable Int Rate Loan | | Fixed Rate Loan | Fixed Rate Loan |
| Mortgage Term | 30 | | | 25 |

**FORECLOSURE HISTORY**

| Document Type | Release Of Lis Pendens/ Notice | Lis Pendens | Notice Of Trustee's Sale | Notice Of Default | Notice Of Trustee's Sale |
|---|---|---|---|---|---|
| Default Date | | | | | |
| Foreclosure Filing Date | | 02/28/2014 | 02/20/2014 | 09/19/2013 | 05/23/2013 |
| Recording Date | 05/25/2018 | 03/12/2014 | 02/24/2014 | 09/20/2013 | 06/03/2013 |
| Document Number | 180525000242 | 140312000685 | 140224001943 | 130920000408 | 130603001036 |
| Default Amount | | | | | |
| Final Judgment Amount | | | $309,766 | | $4,804 |
| Original Doc Date | 05/05/2006 | | 05/05/2006 | 05/05/2006 | 06/08/2012 |
| Original Document Number | | | 60505002958 | 60505002958 | 120608001346 |
| Lien Type | | Other | | | Lien (Hoa) |

| | |
|---|---|
| Document Type | Notice Of Default |
| Default Date | 09/04/2012 |
| Foreclosure Filing Date | 09/04/2012 |
| Recording Date | 10/23/2012 |
| Document Number | 121023000906 |
| Default Amount | $2,762 |
| Final Judgment Amount | |
| Original Doc Date | 06/08/2012 |
| Original Document Number | 120608001346 |
| Lien Type | Lien (Hoa) |

**Property Details**  Courtesy of Glano Seumet, Las Vegas Realtors
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/10/20

Page 3/4

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Realist Data – Page 4**



PROPERTY MAP

*Lot Dimensions are Estimated

**Property Details**  Courtesy of Glano Seunesi, Las Vegas Realtors

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on: 10/10/20

Page 4/4

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Subject Tax - Page 1**

**Tax Property 360 Property View**

# 5900 Negril Avenue, Las Vegas, NV 89130-7270  📍 History 03/31/2018

Tax

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Censo Llc** | Mailing Address: | **9811 W Charleston Blvd #2-351** |
| Mailing Address City & State: | **Las Vegas Nv** | Mailing Zip: | **89117** |
| Mailing Address ZIP + 4 Code: | **7528** | Carrier Route: | **C079** |
| | | Owner Occupied: | **No** |

## Location Information

| | | | |
|---|---|---|---|
| Subdivision: | **Tropical Jones** | School District Name: | **Clark County** |
| School District: | **Clark County** | Census Tract: | **003307** |
| Zoning: | **R-PD3** | Township-Range-Section: | **19-60-25** |
| Block #: | **6** | Lot #: | **50** |

## Estimated Value

| | | | |
|---|---|---|---|
| Estimated Value: | **$459,700** | Estimated Value Range High: | **$551,640** |
| Estimated Value Range Low: | **$367,760** | Value As Of: | **10/04/2020** |
| Confidence Score: | **56** | Forecast Standard Deviation: | **20** |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.
(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.
(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Tax Information

| | | | |
|---|---|---|---|
| APN: | **125-25-214-015** | Tax Area: | **200** |
| Tax Appraisal District: | **200** | % Improved: | **74** |
| Property Tax Year: | **2020** | Property Tax Amount: | **$2,660** |
| Tax Year associated with Net Tax Amount: | **2020** | Current Year Net Tax Amount (Total Tax less Exemptions and Credits): | **$2,660** |
| Legal Description: | **TROPICAL JONES UNIT 4 PLAT BOOK 93 PAGE 9 LOT 50 BLOCK 6** | | |

## Assessment & Taxes

| Assessment Year | 2020 | 2019 | 2018 |
|---|---|---|---|
| Assessed Value - Total | **$115,180** | **$108,725** | **$101,826** |
| Assessed Value - Land | **$29,925** | **$24,885** | **$20,790** |
| Assessed Value - Improved | **$85,255** | **$83,840** | **$81,036** |
| YOY Assessed Change ($) | **$6,455** | **$6,899** | |
| YOY Assessed Change (%) | **6%** | **7%** | |
| Market Value - Total | **$329,086** | **$310,643** | **$290,931** |
| Market Value - Land | **$85,500** | **$71,100** | **$59,400** |
| Market Value - Improved | **$243,586** | **$239,543** | **$231,531** |
| | | | |
| Tax Year | **2020** | **2019** | **2018** |
| Total Tax | **$2,660.10** | **$2,538.26** | **$3,348.32** |
| Change ($) | **$122** | **-$810** | |
| Change (%) | **5%** | **-24%** | |

## Characteristics

| | | | |
|---|---|---|---|
| County Use: | **Resid-Single Family** | Universal Land Use: | **Sfr** |
| Lot Area: | **7,841** | Lots Acres: | **0.180** |
| Year Built: | **2001** | Effective Year Built: | **2001** |
| Stories: | **1.0** | Total Rooms: | **6** |
| Bedrooms: | **4** | Full Baths: | **2** |

## Subject Tax – Page 2

| | | | |
|---|---|---|---|
| Building Sq Ft: | **1,947** | Above Grade Area: | **1,947** |
| Gross Area: | **2,514** | Total Building Area: | **2,514** |
| First Floor Sq Ft: | **1,947** | Exterior: | **Frame/Stucco** |
| Parking Type: | **Attached Garage** | Parking Size Sq Ft: | **567** |
| Pool: | **POOL & JACUZZI** | Number of Buildings: | **1** |
| Cooling Type: | **Central** | Heat Type: | **Forced Air** |
| Floor Covering Material: | **CARPET** | Flooring Material: | **CONCRETE** |
| Foundation: | **Concrete** | Porch: | **Patio/Porch** |
| Patio/Deck Type: | **Deck** | Primary Porch Sq Ft: | **56** |
| Secondary Porch Sq Ft: | **323** | Primary Patio/Deck Sq Ft: | **200** |
| Roof Material: | **Concrete Tile** | Building Quality: | **AVERAGE** |

### Building Features

| Feature Type | Unit | Size/Qty | Width | Depth | Year Built | Value |
|---|---|---|---|---|---|---|
| **Fence Average – Tract/Block Wa** | U | 1 | | | | |
| **Sprinkler Minimum** | U | 1 | | | | |
| **Pool Spa/Attached Each** | U | 1 | | | | |
| **Pool Deck – Kool Deck** | S | 200 | | | | |
| **Paving – Concrete** | S | 650 | | | | |
| **Pool Heater Each** | U | 1 | | | | |
| **Pool Size Appx 300 Square Feet** | S | 300 | | | | |

LVR DEEMS INFORMATION RELIABLE BUT NOT GUARANTEED. IT IS A VIOLATION TO PROVIDE DETAIL PRINTOUTS TO A CUSTOMER/CLIENT.

**County Treasurer Data**

# Property Account Inquiry - Summary Screen

| New Search | Recorder | Treasurer | Assessor | Clark County Home |
|---|---|---|---|---|

| Parcel ID | 125-25-214-015 | Tax Year | 2021 | District | 200 | Rate | 3.2782 |
|---|---|---|---|---|---|---|---|

| Situs Address | 5900 NEGRIL AVE LAS VEGAS |
|---|---|
| Legal Description | ASSESSOR DESCRIPTION: TROPICAL JONES UNIT 4 PLAT BOOK 93 PAGE 9 LOT 50 BLOCK 6GEOID PT S2 NW4 SEC 25 19 60 |

| Status | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct | 6.7 | Land | 29925 | 2019010902529 | 1/9/2019 |
| Taxable | Tax Cap Limit Amount | 2836.33 | Improvements | 85255 | 2014123100743 | 12/31/2014 |
| | | | Total Assessed Value | 115180 | 2013122302261 | 12/23/2013 |
| | Tax Cap Reduction | 937.50 | Net Assessed Value | 115180 | 2006060800608 | 6/8/2006 |
| | Land Use | 1-10 Single Family Residential | Exemption Value New Construction | 0 | 2006050502957 | 5/5/2006 |
| | | | New Construction - Supp Value | 0 | 01092402180 | 9/24/2001 |
| | Cap Type | OTHER | | | | |
| | Acreage | 0.1800 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | CENSO L L C | 9811 W CHARLESTON BLVD #2-351, LAS VEGAS, NV 89117 UNITED STATES | 1/18/2019 | Current |

### Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $3,775.83 |
| Less Cap Reduction | $937.50 |
| Net Taxes | $2,838.33 |

### PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2021 | Property Tax Principal | $709.58 |
| CURRENT AMOUNTS DUE as of 10/10/2020 | | $709.58 |

### NEXT INSTALLMENT AMOUNTS

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| 2021 | Property Tax Principal | $709.58 |
| NEXT INSTALLMENT DUE AMOUNT due on 1/4/2021 | | $709.58 |

### TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2021 | Property Tax Principal | $2,128.74 |
| 2021 | Las Vegas Artesian Basin | $0.00 |
| TAX YEAR TOTAL AMOUNTS DUE as of 10/10/2020 | | $2,128.74 |

### PAYMENT HISTORY

| Last Payment Amount | $712.01 |
|---|---|
| Last Payment Date | 8/25/2020 |
| Fiscal Tax Year Payments | $712.01 |
| Prior Calendar Year Payments | $2,600.94 |
| Current Calendar Year Payments | $2,042.07 |

**Clark County Economic Data**

| Borrower | Hexum, Melissa J & Arsaga, Peter | | | | |
|---|---|---|---|---|---|
| Property Address | 5900 Negril Ave | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89130-7270 |
| Lender/Client | Shellpoint Mortgage Servicing | | | | |

# Economic Data - Las Vegas/Clark County

To view a chart of any of the data below, simply click the name of the series.

| Monthly Data | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 |
|---|---|---|---|---|---|---|
| **Employment** | | | | | | |
| Employees on Nonfarm Payrolls (Thousands, SA) | 792.2 | 812.1 | 891.7 | 904.7 | 910.6 | |
| Employees on Nonfarm Payrolls (Thousands, NSA) | 792.6 | 815.4 | 892.0 | 899.9 | 908.5 | |
| Employment in Leisure and Hospitality (Thousands, SA) | 152.1925 | 163.5555 | 219.2339 | 222.1091 | 220.7852 | |
| Employment in Leisure and Hospitality (Thousands, NSA) | 154.3 | 171.6 | 221.7 | 224.9 | 221.4 | |
| Unemployment Rate (SSA) | 34.2% | 29.1% | 17.7% | 16.5% | 15.4% | |
| Unemployment Rate (NSA) | 34.0% | 28.8% | 17.8% | 16.6% | 15.5% | |
| **General Business** | | | | | | |
| CC Taxable Sales | $2,449,637,537 | $2,944,991,127 | $3,572,066,086 | $3,428,111,453 | | |
| CC Motor Vehicle and Parts | $249,428,320 | $432,096,611 | $462,185,050 | $463,421,801 | | |
| Taxable Gasoline Sales (gallons) | 37,597,705 | 52,039,047 | 60,722,509 | 64,652,190 | | |
| **Tourism, Gaming and Hospitality** | | | | | | |
| McCarran Total Passengers | 152,716 | 391,712 | 1,041,823 | 1,623,377 | 1,738,064 | |
| CC Visitor Volume | 114,300 | 164,400 | 1,223,600 | 1,533,500 | 1,643,000 | |
| LV Visitor Volume | 106,900 | 151,300 | 1,065,100 | 1,438,000 | 1,537,400 | |
| CC Gross Gaming Revenue | $3,718,636 | $5,871,880 | $441,057,834 | $612,854,725 | $593,947,693 | |
| LV Strip Gross Gaming Revenue | $3,396,919 | $3,769,618 | $238,252,405 | $330,085,234 | $317,301,163 | |
| LV Room Inventory | 148,755 | 148,755 | 95,395 | 123,684 | 127,657 | |
| LV Hotel/Motel Occupancy Rate | 1.7% | 2.8% | 40.9% | 42.5% | 42.7% | |
| LV Conventions Held | | | | | | |
| LV Convention Attendance | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| CC Taxi Trips | | | | | | |
| **Real Estate and Construction** | | | | | | |
| Case-Shiller Las Vegas Home Price Index (SA) | 200.6923 | 200.3022 | 198.9489 | 199.5454 | | |
| CC Housing Permits-Units | 639.0 | 974.0 | 1,023 | 1,423 | 1,140 | |
| CC Housing Permits-Value | $96,068,302.45 | $120,808,096.6 | $119,707,118.8 | $224,565,167 | $184,572,384 | |
| CC Commercial Building Permits | 23.0 | 22.0 | 26.0 | 25.0 | 31.0 | |
| CC Commercial Building Permits-Value | $154,364,041 | $12,606,386 | $58,238,943 | $48,388,854.09 | $46,934,609.65 | |
| CC Electric Meter Hookups | 850,498 | 853,212 | 855,920 | 857,562 | 858,313 | 859,215 |
| CC Drivers License Count | 0.0 | 49.0 | 1,272 | 2,948 | 3,776 | 5,124 |

Sources:

Published by: University of Nevada, Las Vegas - CBER.    Powered By: InfoStep

| Additional Housing Market Data Clark County | Aug 2020 | Difference from Month Ago | Difference from Year Ago |
|---|---|---|---|
| Median Existing Home Price (dollars) | 300,000 in Aug 2020 | 1,750 ⬆ | -25,000 ⬇ |
| Median New Home Price (dollars) | 386,999 in Aug 2020 | 14,392 ⬆ | 8,401 ⬆ |
| Existing Home Sales | 3,867 in Aug 2020 | -363 ⬇ | -581 ⬇ |
| New Home Permits | 1,114 in Aug 2020 | -107 ⬇ | 285.0 ⬆ |
| New Home Sales | 915.0 in Aug 2020 | -83.0 ⬇ | -11.0 ⬇ |

Source:

Published by: University of Nevada, Las Vegas - CBER.

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees
and/or successors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 19-16636-mkn |
| | ) |
| Censo LLC, | ) Chapter  11 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) **DECLARATION OF APPRAISER** |
| | ) |

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Appraiser Declaration – Page 2**

## DECLARATION OF APPRAISER

I, _____GIANO J. SAUMAT_____, declare the following:

1.  I am a Certified Residential Appraiser in the state of Nevada.  My License

Number is _A.0208201-CR_.  If called upon to do so. I could and would testify to the following,

all of which is within my personal knowledge unless stated otherwise.


## QUALIFICATIONS AS AN EXPERT

2.  I attended _ONLINE LEARNING_, _MCKISSOCK_ where I obtained my _CERTIFICATION_.

3.      I have attended and completed numerous specified education courses and seminars

related to real estate appraisal.

4.      I have over _3_ years of experience in Real Estate Appraisal industry.

5.      I am currently employed by _GJS APRRAISAL SERVICES_.

6.      I have extensive experience appraising real estate in _CLARK_ County, including

appraisal of single family homes, condominiums, apartment buildings and commercial

properties.


## APPRAISAL OF SUBJECT PROPERTY

7.      I was first contacted by _____CLEAR CAPITAL_____, to inquire of a property

commonly known as 5900 Negril Avenue, Las Vegas, NV 89130 (Subject Property).

8.      I was asked to provide an appraisal of the subject property to determine the fair market

value as of _OCTOBER 14, 2020_.

9.      On _10/14/2020_, I conducted an appraisal of the subject property. (See Exhibit A)

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

10.    I used the **(Method used to obtain)** SALES APPROACH , using    6    [#] comparable

properties, all located within    1.5    miles.

11.    The    SALES    Approach is given the most weight and consideration as it

best reflects the attitudes of the buyers and sellers in the current marketplace.

12.    Based on my inspections, my opinion of the fair market value of the subject property as

of    10/14/2020    , is    404,000    . Attached hereto is a copy of my appraisal.


I declare under penalty of perjury in the laws of the United States of America that the foregoing is
true and correct.



Executed on    OCTOBER 28    , 2020, at    LAS VEGAS    (City), NEVADA    (State)




_____
Signature of Declarant

Declaration of Appraiser
Case No. 19-16636-mkn, File No. NV-20-162386

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**E&O Declarations – Page 1**

STOCK COMPANY

## PRO GUARD PLATINUM POLICY DECLARATIONS

**POLICY NUMBER: REO0011925**

Prior Policy Number: **NEW**

| ☐ WESTERN WORLD INSURANCE COMPANY | ☐ TUDOR INSURANCE COMPANY | ☒ STRATFORD INSURANCE COMPANY |

**Named Insured and Mailing Address:**
Giano J Saumat

DBA GJS Appraisal Services
200 Hoover Ave, Apt 1205

Las Vegas, NV 89101

**Agent/Broker #33601**
**Premium:** $ 680.00

**Producer:**
Professionals' Best
6760 University Ave
Suite #250
San Diego , CA 92115

**Policy Period:** (Mo./Day/Yr.)
From: 09/01/2020        To:09/01/2021        12:01 AM, standard time at your mailing address shown above.

**EXCEPT AS MAY OTHERWISE BE PROVIDED IN THE FOLLOWED POLICY, THIS POLICY MAY APPLY ONLY TO CLAIMS FIRST MADE IN ACCORDANCE WITH THE TERMS, CONDITIONS AND REQUIREMENTS OF THE FOLLOWED POLICY; AND THE LIMIT OF LIABILITY IS REDUCED AND MAY BE EXHAUSTED BY PAYMENT OF DEFENSE COSTS OR CLAIMS FEES AND EXPENSES. PLEASE READ THE FOLLOWED POLICY AND THIS POLICY CAREFULLY.**

**ITEM 1. PROFESSIONAL SERVICES:**
Real Estate Appraisers

### ERRORS AND OMISSIONS LIABILITY INSURANCE

| **ITEM 2. LIMIT OF INSURANCE** | Each Claim Limit $ 1,000,000 | Aggregate Limit $ 1,000,000 |
| **ITEM 3. DEDUCTIBLE** | Each Claim $ 500 | Aggregate $ 1,000 |
| **ITEM 4. RETROACTIVE DATE** | | 9/1/2020 |
| **ITEM 5. PREMIUM** | | $ 680.00 |

MPL 2002 (05/18)

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**E&O Declarations – Page 2**

## PRO GUARD PLATINUM POLICY DECLARATIONS (continued)

---

**ITEM 6.  FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of the Policy at time of issue:

**SEE SCHEDULE OF FORMS AND ENDORSEMENTS AND**
**THE INSURED'S APPLICATION FOR THIS INSURANCE.**

---

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

# WESTERN WORLD INSURANCE GROUP

Western World Insurance Company
Tudor Insurance Company
Stratford Insurance Company

Administrative Office
300 Kimball Drive, Suite 500
Parsippany, New Jersey 07054

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary

President

Countersigned:

09/02/2020    PECKISAA

By: _____
Authorized Representative

Page 2 of 2

MPL 2002 (05_18)

**License**

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

**NOT TRANSFERABLE**        **REAL ESTATE DIVISION**        **NOT TRANSFERABLE**

This is to Certify That : GIANO SAUMAT          Certificate Number: A.0208201-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated here in, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: August 25, 2020          Expire Date: August 31, 2022

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon.  This certificate must be conspicuously displayed in place of business.

FOR: GJS APPRAISAL SERVICES          **REAL ESTATE DIVISION**
        200 HOOVER AVE #1205
        LAS VEGAS, NV  89101

                                        **SHARATH CHANDRA**
                                        *Administrator*