Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCARTHY & HOLTHUS, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 19-16636-mkn |
| Censo LLC., | ) Chapter 11 |
| Debtor. | ) **NOTICE OF WITHDRAWAL OF PROOF** ) **OF CLAIM # 6-1** |

TO THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors, hereby withdraws its Proof of Claim # 6-1 filed in the above-entitled Court on 12/7/2020

Dated: December 15, 2020        McCARTHY & HOLTHUS, LLP

                                By: /s/ Michael Chen
                                    Michael Chen, Esq.
                                    Agent for NewRez LLC d/b/a Shellpoint
                                    Mortgage Servicing, its assignees and/or
                                    successors