COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | HEARING DATE: December 23, 2020 |
| Debtor. ) | HEARING TIME: 9:30 AM |
| ) | |

**SUPPLEMENT OPPOSITION TO NEWREZ, LLC., D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR RELIEF FROM AUTOMATIC STAY and MOTION TO ACCOUNT FOR AND SEQUESTER RENTAL INCOME AND/OR FOR ADEQUATE PROTECTION**

COMES NOW, Debtor, CENSO, LLC. ("Debtor"), by and through their attorney, COREY B. BECK, ESQ., hereby files this supplement to the opposition to NewRez, LLC., d/b/a/ Shellpoint Mortgage Servicing's ("secured creditor") Motion for Relief From Automatic Stay as follows:

Debtor receives $2,050.00 rent. Debtor will pay approximately $360.00/month in ongoing costs of property (taxes, insurance and homeowner's association). Debtor has been paying insurance cost of $61.41/month and homeowner's association of $62.50/month. Debtor would commence paying $236.83/month in property taxes. The adequate protection offer of $1,733.00/month to the bank was calculated by amortizing appraisal value of $363,00.00 at 4.0% over 30 years. This offer is tendering net rent received after $360.00/month costs are paid. *See Exhibit "1" - Declaration of Melani Schulte.*

DATED this 23rd day of December, 2020.

               /s/ COREY B. BECK, ESQ.
               COREY B. BECK, ESQ.
               Nevada Bar No. 005870
               LAW OFFICE OF COREY B. BECK, P.C.
               425 South Sixth Street
               Las Vegas, Nevada 89101
               Ph.: (702) 678-1999

# EXHIBIT "1"

COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                                    )        BK-S-19-16636-MKN
                                                          )        Chapter 11
CENSO LLC.                                                )
                                                          )
                                                          )
                                                          )
                    Debtor.                               )
_____)

## DECLARATION UNDER PENALTY OF PERJURY OF MELANI SCHULTE

I, Melani Schulte, declare under penalty of perjury the following:

1. I receive $2,050.00 in rent/month from the tenant residing at 5900 Negril Avenue, Las Vegas, NV 89130 property.

2. That my costs per month for property taxes, insurance and homeowner's association are approximately $360.00/month.

3. I pay $61.41 per month for insurance on the Negril property.

4. I pay $62.50 per month for the homeowner's association owed on the Negril property.

5. I will commence paying property taxes in the amount of $236.53/month. The total property taxes for the year are $2,838.33.

6. That we have offered $1,733.00/month as adequate protection for the bank (appraised value $363,000.00 x 4.0% interest over 30 years).

7. Amount offered is approximately "net rent" amount after taxes, insurance and homeowner's association dues are paid.

8. In addition to primary costs listed, all utility bills are current. In addition, the pool as well as the landscaping on the property has been maintained.

I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED this 22nd day of December, 2020.

*/s/ Melani Schulte*

MELANI SCHULTE -
Owner of Censo, LLC.

###

2