1

2

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

E-filed: 1/27/2021

3

4

5

6

7

Attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

8

9

10

11

12

13

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

In re:

Censo LLC,

        Debtor.

) Case No. 19-16636-mkn
)
) Chapter 11
)
)
) **STIPULATION FOR INTERIM**
) **ADEQUATE PROTECTION ON FIRST**
) **LIEN SECURED BY REAL PROPERTY**
) **AT 5900 NEGRIL AVENUE, LAS VEGAS,**
) **NV 89130**
)
)
) DATE: 1/27/2021
) TIME: 9:30 a.m.
)
)
)
)
)
)
)
)

1

Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors ("Secured Creditor"), and Censo LLC. ("Debtor") by and through their respective attorneys of record STIPULATE as follows:

**RECITALS**

A. On 5/4/2006, Peter Arsaga and Melissa Hexum, for valuable consideration, made, executed and delivered a Note secured by a First Deed of Trust both in the amount of $328,000.00 on the property commonly known as 5900 Negril Avenue, Las Vegas, NV 89130 ("Subject Property").

B. On or about 10/11/2019, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Nevada District of Nevada, and claims title ownership interest in the subject real property.

C. As of the date of filing of said bankruptcy case, the total amount of Secured Creditor's claim with regard to the Subject Property was approximately $502,112.94 (Proof of Claim #3).

D. The parties have conferred and agree upon interim adequate protection for Secured Creditor's first lien secured by the Subject Property and those terms are reflected below.

**THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:**

1. This Stipulation affects the real property commonly known as 5900 Negril Avenue, Las Vegas, NV 89130 ("Subject Property").

2. Commencing 2/1/2021, Debtor shall make regular monthly payments to Secured Creditor in the amount of $1,733.00. These payments will be applied contractually to the loan.

///
///
///
///
///
///

2

3. Payments shall be made directly to NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, Secured Creditor at NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603, with reference to the last four digits of the Loan Number 5562, or as otherwise directed.

4. On or before 1/31/2021, Debtor will provide proof of current insurance on the property listing NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing as loss payee, and will continue to maintain current insurance, and all property tax and HOA (Homeowner's Association Assessment) obligations immediately on the subject real propety.  Accordingly, Secured Creditor shall then de-escrow the loan for taxes and insurance.

5. In the event Debtor fails to timely perform any of the obligations set forth in this stipulation, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing.  Debtor shall have fifteen (15) calendar days from the date of the written notification to cure the default and to pay an additional $100.00 for attorneys' fees for each occurrence.  An additional $150.00 will also be due if court certification of the default required.

6. If Debtor fails to cure the default, Secured Creditor may lodge a Declaration of Default and Order Terminating the Automatic Stay.  Upon entry of the Order, the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, without further Court Order or proceeding being necessary.  Upon entry of Order, Secured Creditor may also commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

///

///

///

///

///

2

File No. NV-20-162386
Adequate Protection Order, Case No.  19-16636-mkn

Rev 12.09

1    7.  If this instant Chapter 11 bankruptcy petition is dismissed and/or converted to another

2         chapter under title 11, the repayment terms of this Order shall immediately cease in effect

3         and become null and void, Secured Creditor's lien shall remain a valid secured lien for

4         the full amount due under the original Promissory Note, and all payments received under

5         this agreement will be applied contractually under the original terms of the Deed of Trust

6         and original Promissory Note.

7         IT IS SO STIPULATED:

8

9    Submitted by:
     McCarthy & Holthus, LLP

10

11   _/s/ Michael Chen_____
     Michael Chen, Esq.
     9510 West Sahara Avenue, Suite 200
12   Las Vegas, NV 89117
13   (877) 369-6122
     bknotice@mccarthyholthus.com

14

15   Approved/Disapproved

16   _/s/ Corey B. Beck_____
     Corey B. Beck, Esq.
17   (702) 678-1999

18

19

20

21

22

23

24

25

26

27

28

29

3

File No. NV-20-162386
Adequate Protection Order, Case No.  19-16636-mkn

Rev 12.09