_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 29, 2021

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307     E-filed: 1/28/2021
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 19-16636-mkn |
| | ) Chapter 11 |
| Censo LLC, | ) |
| | ) DATE: 1/27/2021 |
| Debtor. | ) TIME: 9:30 a.m. |
| | ) |
| | ) **ORDER APPROVING STIPULATION** |
| | ) **FOR INTERIM ADEQUATE** |
| | ) **PROTECTION ON FIRST LIEN** |
| | ) **SECURED BY REAL PROPERTY AT 5900** |
| | ) **NEGRIL AVENUE, LAS VEGAS, NV** |
| | ) **89130** |
| | ) |
| | ) |

*Rev. 12.09*     M&H File No. NV-20-162386
19-16636-mkn

1  The parties having agreed to the terms set forth in the Stipulation for Interim Adequate
2  Protection on First Lien Secured by Real Property at 5900 Negril Avenue, Las Vegas, NV
3  89130, filed on 1/27/2021 as document #146, are bound by the terms of their stipulation which
4  shall be the Order of this Court.

6  IT IS SO ORDERED:

7  Submitted by:
   McCarthy & Holthus, LLP

    /s/ Michael Chen
10  Michael Chen, Esq.
11  9510 West Sahara Avenue, Suite 200
    Las Vegas, NV 89117
12  (877) 369-6122