1 | Kristin A. Schuler-Hintz, Esq. SBN 7171
2 | Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
3 | 9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
4 | Phone (877) 369-6122
5 | Fax (866) 339-5691
NVBK@McCarthyHolthus.com
6
7 | Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) Case No. 19-16636-mkn |
|---|---|
| | ) |
| | ) Chapter : 11 |
| | ) |
| Censo LLC., | ) **NOTICE OF ENTRY OF ORDER** |
| | ) **APPROVING STIPULATION FOR** |
| | ) **INTERIM ADEQUATE PROTECTION** |
| Debtor. | ) **ON FIRST LIEN SECURED BY REAL** |
| | ) **PROPERTY AT 5900 NEGRIL AVENUE,** |
| | ) **LAS VEGAS, NV 89130** |
| | ) |
| | ) |
| | ) HEARING |
| | ) Date:   1/27/2021 |
| | ) Time:  9:30 a.m. |
| | ) |
| | ) |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER APPROVING STIPULATION FOR INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NV 89130 UNDER 11 USC § 362 (in whole or part) was entered on 01/29/2021 as docket number 148.

1

1  On 2/2/2021, I served the foregoing documents as NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NV 89130 on the following individuals by electronic means through the Court's ECF program

Corey B. Beck
becksbk@yahoo.com

U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                          /s/ Brenda Blanco-Ortiz
                                          Brenda Blanco-Ortiz

On 2/2/2021, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NV 89130 on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

Censo LLC.
9811 W. Charleston Blvd.
Suite 2-351
Las Vegas, NV 89117

SPECIAL NOTICE
Federal National Mortgage Association
Attn: Managing Agent
2100 E. Elliot Rd., Bldg. 94 MS T314
Tempe, AZ 85284

Federal National Mortgage Association
Attn: Managing Agent
75 Beattie Place, Suite 110
Greenville, SC 29601
///

2

NewRez LLC, f/k/a New Penn
Attn: Managing Agent
55 Beattie Place
Ste 110
Greenville, SC 29601

First American Trustee Servicing
Attn: Managing Agent
4795 Regent Blvd., Mall Code 1011-F
Irving, TX 75063

Mortgage Electronic Registration Systems
Attn: Managing Agent
P.O. Box 2026
Flint, MI 48501

Nevada Legal News
Attn: Managing Agent
930 South Fourth Street
TS No.: 190808111-NV-MSI
Las Vegas, NV 89101

RAS Crane, LLC
Attn: Managing Agent
Bankruptcy Department
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Selene Finance LP
Attn: Managing Agent
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

Department of Motor Vehicles
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711

SELENE FINANCE LP
Attn: Managing Agent
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

///

3

| | |
|---|---|
| 1 | Internal Revenue Service |
| 2 | Attn: Managing Agent |
| | 110 City Parkway |
| 3 | Las Vegas, NV 89106 |

Taylor Bean & Whitaker Mortgage Corp.
Attn: Managing Agent
1417 North Magnolia Avenue
Ocala, FL 34475

Tiffany & Bosco, P.A.
Attn: Managing Agent
10100 W Charleston Blvd Ste 220
Las Vegas, NV 89135

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct**

2/2/2021                                             /s/ Hue Banh
                                                         Hue Banh