![signature]

**Honorable Mike K. Nakagawa**
United States Bankruptcy Judge

Entered on Docket
January 29, 2021

---

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: 1/28/2021

Attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

Censo LLC,

       Debtor.

) Case No.: 19-16636-mkn
) Chapter 11
)
) DATE: 1/27/2021
) TIME: 9:30 a.m.
)
) **ORDER APPROVING STIPULATION**
) **FOR INTERIM ADEQUATE**
) **PROTECTION ON FIRST LIEN**
) **SECURED BY REAL PROPERTY AT 5900**
) **NEGRIL AVENUE, LAS VEGAS, NV**
) **89130**
)
)

*Rev. 12.09*

M&H File No. NV-20-162386
19-16636-mkn

1  The parties having agreed to the terms set forth in the Stipulation for Interim Adequate
2  Protection on First Lien Secured by Real Property at 5900 Negril Avenue, Las Vegas, NV
3  89130, filed on 1/27/2021 as document #146, are bound by the terms of their stipulation which
4  shall be the Order of this Court.

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP


  /s/  Michael Chen
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122