_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 08, 2021

**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 20-71093

Attorneys for *Secured Creditor* Selene Finance LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CENSO LLC.,<br><br><br><br><br><br><br><br>Debtor. | Case No. 19-16636-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FINANCE LP PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123 (1161 DANA MAPLE COURT, LAS VEGAS, NV 89123) AND VACATING HEARING** |

**ORDER APPROVING STIPULATION RESOLVING MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FINANCE LP PURSUANT TO 11 U.S.C §506(A), §1111, AND §1123 (1161 DANA MAPLE COURT, LAS VEGAS, NV 89123) AND VACATING HEARING**

The Court having considered that certain Stipulation to Resolving Motion to Value Collateral and Modify Rights of Selene Finance LP Pursuant to 11 U.S.C §506(a), §1111, and §1123 (1161 Dana Maple Court, Las Vegas, NV 89123) and Vacating Hearing, attached hereto as Exhibit "1", and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation is approved and the hearing on Debtor's Motion to Value Collateral and Modify Rights of Selene Finance LP Pursuant to 11 U.S.C §506(a), §1111, and §1123 (1161 Dana Maple Court, Las Vegas, NV 89123) currently scheduled for March 17, 2021 at 9:30 a.m. is vacated accordingly.

IT IS SO ORDERED.

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

By  /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
Attorney for Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

###

# EXHIBIT "1"

TIFFANY & BOSCO, P.A.
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com
TB File No. 20-71093

Attorneys for *Secured Creditor* Selene Finance LP

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CENSO LLC.,<br><br><br><br><br><br><br><br>Debtor. | Case No. 19-16636-mkn<br><br>Chapter 11<br><br>**STIPULATION RESOLVING MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FINANCE LP PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123 (1161 DANA MAPLE COURT, LAS VEGAS, NV 89123) AND VACATING HEARING** |

**STIPULATION RESOLVING MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF SELENE FINANCE LP PURSUANT TO 11 U.S.C §506(A), §1111, AND §1123 (1161 DANA MAPLE COURT, LAS VEGAS, NV 89123) AND VACATING HEARING**

COMES NOW the Debtor, Censo LLC. ("Debtor") and Creditor, Selene Finance LP ("Creditor"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS on July 15, 2020 Debtor filed a Motion to Value Collateral and Modify Rights of Selene Finance LP Pursuant to 11 U.S.C §506(a), §1111, and §1123 (1161 Dana Maple Court, Las Vegas, NV 89123) (the "Motion to Value") (Docket Entry No. 61) seeking to value the property located at 1161 Dana Maple Court, Las Vegas, NV 89123 at $280,000.00 based on an appraisal dated January 2, 2019; and

WHEREAS the parties have agreed to resolve the pending to Motion to Value;

IT IS THEREFORE HEREBY STIPULATED as follows:

1. The value of the property as of the date of this Stipulation is $280,000.00;
2. This Stipulation does not constitute an agreement to any specific treatment regarding the underlying debt based on the above-referenced valuation;
3. Creditor does not waive any rights it may have to obtain an updated valuation of the property at the time of Confirmation;
4. Creditor does not waive any rights it has to argue that the loan cannot be modified by the Debtor;
5. Creditor does not waive any rights it may have to object to any Chapter 11 Plan of Reorganization on any grounds, including that the Plan does not provide for full payment of the entire underlying debt, or for Creditor to make an election under 11 U.S.C. §1111(b); and
6. The continued hearing on the Motion to Value scheduled for March 17, 2021 at 9:30 a.m. shall be vacated upon entry of the Order approving the instant Stipulation.

**IT IS SO STIPULATED.**

By /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
Attorney for Creditor

By _____
Corey B. Beek, Esq.
Attorney for Debtor

*Nkla Ektr   3.4.2021   approval of Stipulation on Value for CENSO LLC*