ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing and Federal National Mortgage Association*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: CENSO, LLC<br>_____<br>CENSO, LLC<br>A Nevada Limited Liability Co.<br>vs.<br>NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE its assignee and/or successors; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES 1 through X; and ROES 1-10, inclusive | Case No.:   19-16636-MKN<br><br>Chapter 11<br><br>Adversary Case No. 20-01077-MKN<br><br>**NOTICE OF DISASSOCIATION** |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jamie K. Combs, Esq. is no longer associated with the law firm of Akerman LLP.  The undersigned requests that Ms. Combs be removed from the service list.

1

Akerman LLP continues to serve as counsel for Federal National Mortgage Association and NewRez, LLC dba Shellpoint Mortgage Servicing in this action. Copies of all future notices given or required to be given in this case, and all papers, pleadings and correspondence served or required to be served in this case, can be provided to and served upon the undersigned.

DATED this 1st of June, 2021

**AKERMAN LLP**

*/s/ Nicholas E. Belay, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing and Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

1. On June 1st, 2021, I served the following document: **NOTICE OF DISASSOCIATION**, by the following means to the persons as listed below: *(Check all that apply)*

☒ **a.     ECF System**

| Corey B. Beck, Esq.<br>**THE LAW OFFICE OF COREY B. BECK, P.C.**<br>425 S. Sixth Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Debtor/Plaintiff Censo, LLC* | Ace C. Van Patten, Esq.<br>**TIFFANY & BOSCO, P.A.**<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Bank of America, N.A.* |
|---|---|

☐ **b.     United States mail, postage fully prepaid**

☐ **c.     Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.     By fax transmission**

☐ **e.     By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: June 1, 2021.

| Doug J. Layne | */s/ Doug J. Layne* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

3