NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−16636−mkn |
| CENSO LLC. | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *163* – Notice of Appearance of Nicholas Belay with Certificate of Service Filed by NICHOLAS E. BELAY on behalf of NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (BELAY, NICHOLAS) |
| | *164* – Notice of Disassociation of Jamie K. Combs, Esq. with Certificate of Service Filed by NICHOLAS E. BELAY on behalf of NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (BELAY, NICHOLAS) |
| Filed On: | 6/1/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 6/2/21

*Mary A. Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**