COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-16636-MKN |
| ) | Chapter 11 |
| CENSO, LLC. ) | |
| ) | |
| ) | HEARING DATE: June 30, 2021 |
| Debtor. ) | HEARING TIME: 9:30 AM |
| _____) | |

**CERTIFICATE OF SERVICE OF MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS NEVADA 89130 AND NOTICE OF HEARING**

I hereby certify that on the 28th day of May, 2021, I mailed a true and correct copy of the filing of ***MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS NEVADA 89130 AND NOTICE OF HEARING***, via ECF filing, facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

MICHAEL W. CHEN, ESQ.                **SENT VIA ECF FILING**
c/o NEWREZ LLC DBA
SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com
mchen@ecf.courtdrive.com
nvbkcourt@mccarthyholthus.com
mchen@mccarthyholthus.com

MICHAEL W. CHEN, ESQ.                **SENT VIA ECF FILING**
c/o NEWREZ LLC, FKA
NEW PENN FINANCIAL, LLC,
DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com
mchen@ecf.courtdrive.com
nvbkcourt@mccarthyholthus.com
mchen@mccarthyholthus.com

1

| | | |
|---|---|---|
| 1 | JAMIE COMBS, ESQ.<br>c/o NEWREZ LLC DBA<br>SHELLPOINT MORTGAGE SERVICING<br>jamie.combs@akerman.com<br>akermanlas@akerman.com<br>elizabeth.streible@akerman.com | **SENT VIA ECF FILING** |
| 2 | JAMIE COMBS, ESQ.<br>c/o FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>jamie.combs@akerman.com<br>akermanlas@akerman.com<br>elizabeth.streible@akerman.com | **SENT VIA ECF FILING** |
| 3 | JAMIE COMBS, ESQ.<br>c/o NEWREZ LLC DBA<br>SHELLPOINT MORTGAGE SERVICING<br>jamie.combs@akerman.com<br>akermanlas@akerman.com<br>elizabeth.streible@akerman.com | **SENT VIA ECF FILING** |
| 4 | DARRELYN SHANAE THOMAS, ESQ.<br>c/o SELENE FINANCE LP<br>dthomas@rascrane.com | **SENT VIA ECF FILING** |
| 5 | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov | **SENT VIA ECF FILING** |
| 6 | ACE C VAN PATTEN, ESQ.<br>c/o SELENE FINANCE LP<br>avp@tblaw.com<br>nvbk@tblaw.com | **SENT VIA ECF FILING** |
| 7 | ACE C VAN PATTEN, ESQ.<br>c/o BANK OF AMERICA<br>avp@tblaw.com<br>nvbk@tblaw.com | **SENT VIA ECF FILING** |
| 8 | NATALIE L. WINSLOW, ESQ.<br>c/o NEWREZ LLC DBA<br>SHELLPOINT MORTGAGE SERVICING<br>natalie.winslow@akerman.com<br>ariel.stern@akerman.com<br>akermanlas@akerman.com<br>erin.abugow@akerman.com | **SENT VIA ECF FILING** |

                                /s/ VANESSA ANDERSON
                                _____
                                An Employee of
                                The Law Office of Corey B. Beck, P.C