Censo LLC.
9811 W. Charleston Blvd.
Suite 2-351
Las Vegas, NV 89117

Corey B. Beck, Esq.
Attn: Officer, Manager or General Agent
425 South Sixth Street
Las Vegas, NV 89101

Department of Justice
Office of the U.S. Trustee
Attn: Officer, Manager or General Agent
600 Las Vegas Blvd.
Las Vegas, NV 89101-0250

Department of Motor Vehicles
Records Section
Attn: Officer, Manager or General Agent
555 Wright Way
Carson City, NV 89711-0250

Internal Revenue Service
Attn: Officer, Manager or General Agent
Stop 5028
110 City Parkway
Las Vegas, NV 89106-4604

Nevada Labor Commissioner
State Mail Room Complex
Attn: Officer, Manager or General Agent
Las Vegas, NV 89158

All Trades
Attn: Officer, Manager or General Agent
4262 Blue Diamond Road, #102-315
Las Vegas, NV 89139

Allerton Park HOA
c/o Thoroughbred Mgmt.
Attn: Officer, Manager or General Agent
PO Box 93806
Las Vegas, NV 89193

Amberlea Davis, Esq.
Attn: Officer, Manager or General Agent
415 S. 6th Street #300
Las Vegas, NV 89101

City of Las Vegas
Attn: Officer, Manager or General Agent
495 S. Main Street
Las Vegas, NV 89101

David Pierce
Attn: Officer, Manager or General Agent
9811 W. Charleston Blvd.
Suite 2-279
Las Vegas, NV 89117

David Snell Davis
Attn: Officer, Manager or General Agent
415 S.6th Street #300
Las Vegas, NV 89101

Fannie Mae
Attn: Officer, Manager or General Agent
3900 Wisconsin Avenue NW
Washington, DC 20016

First American Trustee Serv. Sol. LLC.
Attn: Officer, Manager or General Agent
4795 Regent Blvd., Mail Code 1011-F
Irving, TX 75063

Green Tree Servicing LLC
DiTech Financial LLC
Attn: Officer, Manager or General Agent
7360 S. Kyrene Road
Tempe, AZ 85283

Green Tree Servicing LLC.
DiTech Financial LLC.
Attn: Officer, Manager or General Agent
PO Box 6172
Rapid City, SD 57709-6172

Mortgage Electronic Registration Systems
Attn: Officer, Manager or General Agent
P.O. Box 2026
Flint, MI 48501-2026

MTC Financial/Trustee Corps.
Attn: Officer, Manager or General Agent
17100 Gillette Ave.
Irvine, CA 92614

Nevada Legal News
930 South Fourth Street
Attn: Officer, Manager or General Agent Las Vegas, NV 89101

Paradise Falls HOA
c/o Nicklin Property Mgmt.
Attn: Officer, Manager or General Agent
P.O. Box 63338
Phoenix, AZ 85082

RAS Crane, LLC.
Attn: Officer, Manager or General Agent
BANKRUPTCY DEPARTMENT
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097-7112

Red Rock Financial Services
Attn: Officer, Manager or General Agent
770 E. Warm Springs Rd., Suite 320
Las Vegas, NV 89119

Republic Services
Attn: Officer, Manager or General Agent
PO Box 98508
Las Vegas, NV 89193

Sagecreek HOA
c/o Level Property Mgmt.
Attn: Officer, Manager or General Agent
8966 Spanish Ridge # 100
Las Vegas, NV 89148

Selene Finance LP
Attn: Officer, Manager or General Agent
9990 Richmond Avenue #400
Houston, TX 77042

Summerlin South Comm. HOA
Attn: Officer, Manager or General Agent
10801 W. Charleston Blvd. 3rd Floor
Las Vegas, NV 89135

Taylor Bean & Whitaker Mortgage Corp.
Attn: Officer, Manager or General Agent
1417 North Magnolia Avenue
Ocala, FL 34475

The Hartford Central
Recovery Office
Attn: Officer, Manager or General Agent
PO Box 14272
Lexington, KY 40512

West Charleston Lofts HOA
c/o First Service Residential
8290 Arville Street
Las Vegas, NV 89139