ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CENSO, LLC,<br><br>      Debtor.<br>_____<br>CENSO, LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE its assignee and/or successors; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES 1 through X; and ROES 1-10, inclusive<br><br>      Defendants. | Case No.:   19-16636-mkn<br><br>Chapter 11<br><br>Adversary Case No. 20-01077-mkn<br><br>Previous Hearing Date: June 30, 2021<br>Previous Hearing Time:  9:30 a.m.<br><br>New Hearing Date:       July 16, 2021<br>New Hearing Time:       9:30 a.m. |

**STIPULATION TO CONTINUE HEARING ON [161] CENSO, LLC'S MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NEVADA 89130 (FIRST REQUEST)**

On May 28, 2021, Debtor Censo, LLC (**Debtor**) filed their motion for contempt for violation of interim adequate protection on first lien secured by real property (the **motion**). The motion was originally set to be heard on June 30, 2021 at 9:30 a.m.

1

Undersigned counsel for NewRez, LLC dba Shellpoint Mortgage Servicing was recently retained by Shellpoint as to the above-referenced matter and requires additional time to prepare the response. The parties have therefore agreed that the hearing on Debtor's motion shall be continued to July 16, 2021 at 9:30 a.m., or as soon thereafter as the matter may be heard. The parties have also agreed that Shellpoint's responsive pleading will be due no later than fourteen (14) days before the new hearing date. Debtors' reply will be due no later than seven (7) days before the new hearing date.

**IT IS SO STIPULATED**

DATED this 17th day of June. 2021.

| **AKERMAN LLP** | **LAW OFFICE OF COREY B. BACK, P.C.** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing* | */s/ Corey B. Beck* <br> COREY B. BECK, ESQ. <br> Nevada Bar No. 5870 <br> 425 South Sixth Street <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Censo, LLC* |