NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                            BK−19−16636−mkn
CENSO LLC.                                       CHAPTER 11

                         Debtor(s)                     NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **168** – First Stipulation By NEWREZ LLC, FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING and Between Cory B. Beck to Continue Hearing Date Filed by NICHOLAS E. BELAY on behalf of NEWREZ LLC, FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING (Related document(s)161 Motion for Contempt filed by Debtor CENSO LLC.) (BELAY, NICHOLAS) |
| Filed On: | 6/17/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 6/21/21

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**