_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 24, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez, LLC dba Shellpoint
Mortgage Servicing*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.:   BK-19-16636-mkn |
| CENSO, LLC, | Chapter 11 |
| Debtor. | Previous Hearing Date:  June 30, 2021<br>Previous Hearing Time:  9:30 a.m. |
| | New Hearing Date:       July 21, 2021<br>New Hearing Time:        9:30 a.m. |

**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON [161] CENSO, LLC'S MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NEVADA 89130**

{58742748}

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA  89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Pursuant to the stipulation reached between the parties, the hearing set for June 30, 2021 at 9:30 a.m. on the motion for contempt for violation of interim adequate protection on first lien secured by real property is continued to July 21, 2021, at 9:30 a.m.

NewRez, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) shall have until fourteen (14) days before the new hearing date to file its response to the motion. Debtor's reply will be due no later than seven (7) days before the new hearing date.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

AKERMAN LLP

/s/ *Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{58742748}                                      2