# EXHIBIT A

Payment Ledger

**Property**

5900 NEGRIL AVE

LAS VEGAS, NV  89130

**Payment**

| | |
|---|---|
| P&I: | $1,992.97 |
| Escrow: | $0.00 |
| Other Funds: | $0.00 |
| Reserve Pmt: | $0.00 |
| Assistance (-): | $0.00 |
| Borrower: | $1,992.97 |

**Dates**

Last Pmt Recd:    05/20/2021

Permanent Comments