ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CENSO, LLC,<br><br>Debtor. | Case No.: BK-19-16636-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE: NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING'S OPPOSITION TO CENSO, LLC'S MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NEVADA 89130** |

I hereby certify that on July 7, 2021, I served the following document: **NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING'S OPPOSITION TO CENSO, LLC'S MOTION FOR CONTEMPT FOR VIOLATION OF INTERIM ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 5900 NEGRIL AVENUE, LAS VEGAS, NEVADA 89130**, by the following means to the person(s) as listed below: *(Check all that apply)*

{58742748}

☒    **a.**    **ECF System**

COREY B. BECK on behalf of Debtor CENSO LLC.
becksbk@yahoo.com

COREY B. BECK on behalf of Plaintiff CENSO LLC.
becksbk@yahoo.com

MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com; nvbkcourt@mccarthyholthus.com; mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC, FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com; nvbkcourt@mccarthyholthus.com; mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Debtor CENSO LLC.
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com; nvbkcourt@mccarthyholthus.com; mchen@mccarthyholthus.com

DARRELYN SHANAE THOMAS on behalf of Creditor SELENE FINANCE LP
dthomas@rascrane.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ACE C VAN PATTEN on behalf of Creditor SELENE FINANCE LP
avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN on behalf of Defendant BANK OF AMERICA
avp@tblaw.com, nvbk@tblaw.com

☐    **b.**    **United States mail, postage fully prepaid**

☐    **c.**    **Personal Service**

I personally delivered the document(s) to the persons at these addresses: N/A

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.**    **By direct mail (as opposed to through the ECF System)**

☐    **e.**    **By fax transmission**

{58742748}    2

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

☐ **f.** **By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: July 15, 2021.

| Carla Llarena | */s/ Carla Llarena* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

{58742748}                                         3