CHRISTOPHER P. BURKE, ESQ.          *ECF Filed On* 7/29/21
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Proposed Attorney for
Debtor In Possession
As Special Counsel

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>CENSO, LLC.<br><br>    Debtor In Possession. | Case No. 19-16636-MKN<br><br><br>Date: September 1, 2021<br>Time: 9:30 a.m. |

      I hereby certify that I am an employee of Christopher P Burke Law Firm, and on the 29th day of July, 2021 I caused to be served a true and correct copy of:

      1. Notice and Application to Employ Law Firm as Attorney for Debtor in Possession as Special Counsel for an Appeal [Dkt. #182, and #183], in the following manner:

  **X**  (ELECTRONIC SERVICE)     Under Administrative Order 02-1 (Rev. 8-31-04) of the United State Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served though the Notice of Electronic Filing automatically generated by that Court's facilities.

  **X**  (UNITED STATES MAIL)     By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

  ____  (OVERNIGHT COURIER)     By depositing a true and correct copy of the above-referenced document for overnight delivery via federal Express, at a collection facility

1

1 | maintained for such purpose, addressed to the parties on the attached service list, at their
2 | last known delivery address, on the date above written.

    ___ (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                          /s/ Adriana Pelayo
                          An employee of
                          Christopher P. Burke, Esq.

CENSO LLC.
9811 W. Charleston Blvd.
Suite 2-351
LAS VEGAS, NV 89117-7528

Mccarthy Holthus LLP
Attn: Managing Agent
9510 W Sahara Ave. Ste 200
Las Vegas, NV 89117-8804

Selene Finance LP
Attn: Managing Agent
RAS CRANE, LLC
10700 Abbotts Bridge Rd., Ste 170
Duluth, GA 30097-8461

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Department of Justice
Office of the U.S. Trustee
600 Las Vegas Blvd.
Las Vegas, NV 89101-0250

Department of Motor Vehicles
Records Section
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711-0250

Federal National Mortgage Association
c/o DiTech Financial FKA GreenTree Serv.
Attn: Managing Agent
2100 E. Elliot Rd., Bldg. 94 MS T314
Tempe, AZ 85284-1806

First American Trustee Servicing
Attn: Managing Agent
4795 Regent Blvd., Mall Code 1011-F
TS No.: 190808111-NV-MSI
Irving, TX 75063

Internal Revenue Service
Stop 5028
110 City Parkway
Las Vegas, NV 89106-6085

Mortgage Electronic Registration Systems
Attn: Managing Agent
P.O. Box 2026
Flint, MI 48501-2026

Nevada Labor Commissioner
Attn: Managing Agent
State Mail Room Complez
Las Vegas, NV 89158

Nevada Legal News
Attn: Managing Agent
930 South Fourth Street
TS No.: 190808111-NV-MSI
Las Vegas, NV 89101-6845

NewRez LLC d/b/a Shellpoint Mortgage Servici
Attn: Managing Agent
PO Box 10826
Greenville, SC 296030826

NewRez LLC, f/k/a New Penn
FINANCE LP Financial, LLC d/b/a Shellpoint
Attn: Managing Agent
55 Beattie Place
Ste 110
Greenville, SC 29601-5115

Tiffany & Bosco, P.A.
c/o Ace C. Van Patten, Esq.
Attn: Managing Agent
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135-5001

Taylor Bean & Whitaker Mortgage Corp
Attn: Managing Agent
425 W New England Avenue
Suite 300
Winter Park FL 32789-4228

U.S. TRUSTEE - LV - 11
300 Las Vegas Boulevard S.
Suite 4300
Las Vegas, NV 89101-5803

Michael W. Chen
Mccarthy Holthus, LLP

Attn: Managing Agent
9510 W Sshara Ave. Ste  110
Las Vegas, NV 89117-8804

Corey B. Beck
Law Office of Corey B. Beck P.C.
Attn: Managing Agent
425 South 6th  Street
Las Vegas, NV 89101-6915

Taylor Bean & Whitaker Mortgage Corp.
Attn: Managing Agent
1417 North Magnolia Avenue
Ocala, FL 34475

Selene Finance LP
Attn: Managing Agent
9990 Richmond Ave. Suite 400 South
Houston TX 77042

Federal National Mortgage Association
c/o ShellPoint
Attn: Managing Agent
75 Beattie Place, Suite 110
Greenville, SC 29601

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Attn: Managing Agent
PO Box 10826
Greenville, SC 296030826

REPUBLIC SERVICES
Attn: Managing Agent
770 E SAHARA AVE
LAS VEGAS, NV 89104

All Trades
Attn: Managing Agent
4262 Blue Diamond Rd #102-315
Las Vegas, NV 89139