COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BK-S-19-16636-MKN |
| | ) | |
| CENSO, LLC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | HEARING DATE: September 1, 2021 |
| Debtor. | ) | HEARING TIME:   9:30 a.m. |
| | ) | |

**JOINDER TO APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSION OF SPECIAL COUNSEL FOR AN APPEAL**

Counsel for debtor in bankruptcy case hereby files this joinder in support of Christopher P. Burke, Esq.'s as special counsel for Appeal - BAP No.: 21-1125.

DATED this 31st day of August, 2021.

Respectfully submitted,

/s/   COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor