NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                             BK–19–16636–mkn
                                                   CHAPTER 11
CENSO LLC.

                        Debtor(s)                  NOTICE OF FILING OFFICIAL
                                                   TRANSCRIPT AND OF DEADLINES
                                                   RELATED TO RESTRICTION AND
                                                   REDACTION

_____

**NOTICE IS GIVEN** that a transcript has been filed on August 31, 2021 as referenced in the following document:

*189* – Transcript regarding Hearing Held on 07/21/21. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 4233105802. Purchasing Party: Patricia Larsen. Redaction Request Due By 09/21/2021. Redacted Transcript Submission Due By 10/1/2021. Transcript access will be restricted through 11/29/2021. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is September 21, 2021.

If a Request for Redaction is filed, the redacted transcript is due October 1, 2021. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 29, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 8/31/21                                     *Mary A Schott*

                                                   Mary A. Schott
                                                   Clerk of Court