_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 02, 2021

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Proposed Attorney for
Debtor In Possession
As Special Counsel

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 19-16636-MKN |
| CENSO, LLC. | Chapter 11 |
| Debtor. | Date: September 1, 2021<br>Time: 9:30 a.m. |

**ORDER GRANTING APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSIONS AS SPECIAL COUNSEL FOR BAP APPEAL NO. 21-1125**

Upon the application of Debtor in Possession CENSO, LLC, ("Debtor" or "Applicant") seeking authority to employ pursuant to 11 U.S.C. §327(a) and appoint the Law Firm of Christopher P. Burke, Esq., as counsel to represent the Debtor, in BAP Appeal No. 21-1125;

It appearing that the required notice of said Application has been given to all parties in interest and a hearing on the Application having been held on September 1, 2021, at the

1

hour of 9:30 a.m.; with no opposition or other appearance being made, it further appearing that Christopher P. Burke, Esq., is a lawyer duly licensed in the State of Nevada, the Court being satisfied that Christopher P. Burke, Esq., represents no interest adverse to said bankruptcy estate or interested parties in the matters upon which Christopher P. Burke, Esq., is necessary and would be to the best interest of the estate, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy Procedure, and good cause appearing, it is hereby:

**ORDERED** that the Application to Employ Attorney as Special Counsel for BAP Appeal No. 21-1125 is GRANTED, and that the Debtor is authorized to employ and appoint the Law Firm of Christopher P. Burke, Esq., as Debtor's special counsel under 11 U.S.C. §327(a), to represent the Debtor in BAP Appeal Case No. 21-1125, as set forth in the Application.

IT IS SO ORDERED.

Respectfully submitted by:

*/s/ Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.

###

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___     The court waived the requirement set forth in LR 9021 (b) (1).

<u>X</u>     No party appeared at the hearing or filed an objection to the motion.

___     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor