WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorney for Secured Creditor, Selene Finance LP*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 19-16636-mkn |
| | Chapter:   11 |
| CENSO LLC, | |
| | **NOTICE OF HEARING** |
| Debtor. | |
| | Hearing Date:  October 27, 2021 |
| | Hearing Time: 9:30 AM |

To:    ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed herein by Ramir M. Hernandez, Esq., attorney for Secured Creditor, Selene Finance LP ("Movant"). The motion seeks the following relief: Movant seeks an order terminating the automatic stay to allow it to enforce its Deed of Trust recorded against the property commonly described as 1161 Dana Maple Court, Las Vegas, Nevada 89123.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1):

 (1) Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

(2) Except as set out in subsection (3) below, any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date.

(3) Subsections (d)(1) and (2) do not apply to:

(A) Motions for summary judgment brought in any adversary proceeding;

(B) Motions for which an order shortening the time for the hearing date has been obtained; and

(C) Motions or contested matters for which the court has set a separate briefing schedule either in open court or by separate order.

(4) For motions sought to be heard on shortened time, including when such motions are brought in an adversary proceeding, responses and replies will be due as set forth in the order granting the request that the motion be heard on shortened time or as provided in LR 9006.

If an objection is not timely filed and served, the relief requested may be granted without a hearing:

> Local Rule 9014(b)(1): If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge at the Foley Federal Building, Courtroom 2, U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **October 27, 2021,** at **9:30 A.M.**

DATED this 20th day of September, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorney for Secured Creditor, Selene Finance LP*