WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorney for Secured Creditor, Selene Finance LP*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

CENSO LLC,

    Debtor.

Case No.: 19-16636-mkn
Chapter: 11

**CERTIFICATE OF SERVICE**

1. On September 20, 2021, I served the following document(s):

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below:

(Check all that apply)

■ a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

COREY B. BECK on behalf of Debtor CENSO LLC.
becksbk@yahoo.com

COREY B. BECK on behalf of Plaintiff CENSO LLC.
becksbk@yahoo.com

NICHOLAS E. BELAY on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
nicholas.belay@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

1

2

3

NICHOLAS E. BELAY on behalf of Creditor NEWREZ LLC, FKA NEW PENN
FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING
nicholas.belay@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

4

5

6

NICHOLAS E. BELAY on behalf of Defendant FEDERAL NATIONAL
MORTGAGE ASSOCIATION
nicholas.belay@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

7

8

9

NICHOLAS E. BELAY on behalf of Defendant NEWREZ LLC DBA
SHELLPOINT MORTGAGE SERVICING
nicholas.belay@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

10

11

12

13

MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC DBA SHELLPOINT
MORTGAGE SERVICING
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthy
holthus.com

14

15

16

MICHAEL W. CHEN on behalf of Creditor NEWREZ LLC, FKA NEW PENN
FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthy
holthus.com

17

18

19

MICHAEL W. CHEN on behalf of Debtor CENSO LLC.
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthy
holthus.com

20

21

22

JAMIE COMBS on behalf of Creditor NEWREZ LLC DBA SHELLPOINT
MORTGAGE SERVICING
jamie.combs@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

23

24

25

JAMIE COMBS on behalf of Defendant FEDERAL NATIONAL MORTGAGE
ASSOCIATION
jamie.combs@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

26

27

28

JAMIE COMBS on behalf of Defendant NEWREZ LLC DBA SHELLPOINT
MORTGAGE SERVICING
jamie.combs@akerman.com,
akermanlas@akerman.com;elizabeth.streible@akerman.com

1

2
RAMIR M. HERNANDEZ on behalf of Creditor SELENE FINANCE LP
rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

3

4
DARRELYN SHANAE THOMAS on behalf of Creditor SELENE FINANCE LP
dthomas@rascrane.com

5

6
U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

7

8
ACE C VAN PATTEN on behalf of Creditor SELENE FINANCE LP
avp@tblaw.com, nvbk@tblaw.com

9
ACE C VAN PATTEN on behalf of Defendant BANK OF AMERICA
avp@tblaw.com, nvbk@tblaw.com

10

11
NATALIE L. WINSLOW on behalf of Defendant NEWREZ LLC DBA
SHELLPOINT MORTGAGE SERVICING
natalie.winslow@akerman.com,
ariel.stern@akerman.com;akermanlas@akerman.com

12

13

14

15
■ b.    United States mail, postage fully pre-paid (List persons and addresses.  Attach
additional paper if necessary)

16

17
LAW FIRM OF CHRISTOPHER P. BURKE, ESQ
218 S. MARYLAND PKWY.
LAS VEGAS, NV 89101

18

19
CENSO LLC.
9811 W. CHARLESTON BLVD. SUITE 2-351
LAS VEGAS, NV  89117

20

21
☐ c.    Personal Service (List persons and addresses.  Attach additional paper if necessary)

22
I personally delivered the document(s) to the persons at these addresses:

23
_____

24

25
☐    For a party represented by an attorney, delivery was made by handing the
document(s) to the attorney or by leaving the document(s) at the attorney's office
with a clerk or other person in charge, or if no one is in charge by leaving the
document(s) in a conspicuous place in the office.

26

27
☐    For a party, delivery was made by handing the document(s) to the party or by
leaving the document(s) at the person's dwelling house or usual place of abode
with someone of suitable age and discretion residing there.

28

1

2

3

4

5

☐ d.    **By direct email** (as opposed to through the ECF System) (List persons and email addresses.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

6

7

8

9

10

☐ e.    **By fax transmission** (List persons and fax numbers.  Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.   A copy of the record of the fax transmission is attached.

11

12

13

14

☐ f.    **By messenger** (List persons and addresses.  Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

15

16

I declare under penalty of perjury that the foregoing is true and correct.

17

Signed on this 20th day of September, 2021.

18

19

/s/ Erica Baker
An employee of Wright, Finlay & Zak, LLP

20

21

22

23

24

25

26

27

28