|   |   |
|---|---|
| 1 | COREY B. BECK, ESQ. |
|   | Nevada Bar No. 005870 |
| 2 | LAW OFFICE OF COREY B. BECK, P.C. |
|   | 425 South Sixth Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Ph.: (702) 678-1999 |
| 4 | Fax: (702) 678-6788 |
|   | becksbk@yahoo.com |

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) | BK-S-19-16636-MKN |
|---|---|---|
|  | ) | Chapter 11 |
| CENSO, LLC. | ) | |
|  | ) | |
|  | ) | HEARING DATE: October 27, 2021 |
| Debtor. | ) | HEARING TIME: 9:30 AM |
|  | ) | |

### OPPOSITION TO SELENE FINANCE, LP'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Debtor, CENSO, LLC. ("Debtor"), by and through their attorney, COREY B. BECK, ESQ., hereby opposes Selene Finance LP's ("secured creditor") Motion for Relief From Automatic Stay as follows:

There is stipulated value as to 1161 Dana Maple Court, Las Vegas, NV 89123 (hereinafter "subject property") for $280,000.00. Order was entered on March 4, 2021. That Debtor has been paying the property taxes. Property taxes are paid through October 2021. Similarly, Debtor has paid directly for insurance payments due on the subject property. Debtor submits payments of $1,106.34/month as offer of adequate protection. Offer is very similar to contractual payment amount. Debtor submits that subject property is necessary for reorganization. Debtor through undersigned counsel will supplement opposition with a declaration of the debtor in support that subject property is necessary for reorganization.

\* \* \*

\* \*

\*

1  DATED this 13th day of October, 2021.

2                                                    /s/ COREY B. BECK, ESQ.
   COREY B. BECK, ESQ.
3  Nevada Bar No. 005870
   LAW OFFICE OF COREY B. BECK, P.C.
4  425 South Sixth Street
   Las Vegas, Nevada 89101
5  Ph.: (702) 678-1999
   Fax: (702) 678-6788
6  becksbk@yahoo.com

7  Attorney for Debtor

COREY B. BECK, ESQ.
Nevada Bar No. 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>CENSO, LLC.<br><br>                    Debtor. | BK-S-19-16636-MKN<br>Chapter 11<br><br>HEARING DATE: October 27, 2021<br>HEARING TIME:   9:30 AM |

**CERTIFICATE OF MAILING OF OPPOSITION TO SELENE FINANCE, LP'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

I hereby certify that on the 13th day of October, 2021, I mailed a true and correct copy of the *OPPOSITION TO SELENE FINANCE, LP'S MOTION FOR RELIEF FROM AUTOMATIC STAY,* was sent ECF electronic mail, facsimile and/or first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

WRIGHT, FINLAY & ZAK, LLP                **SENT VIA ECF ELECTRONIC MAIL**
Ramir M. Hernandez, Esq.
7785 W. Sahara Avenue
Suite 200
Las Vegas, NV 89117
Ph.: (702) 475-7964
Fax: (702) 946-1345
rhernandez@wrightlegal.net
Attorney for Selene Finance, LP

                                    /s/ VANESSA ANDERSON
                                    An Employee of
                                    The Law Office of Corey B. Beck, P.C.