**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787

Attorney for Selene Finance LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-16636-mkn |
| CENSO LLC., | Chapter 11 |
| Debtor. | **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

## EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

Pursuant to Local Rule 2014, Ace C. Van Patten, Esq., of the law firm of Tiffany & Bosco, P.A., brings this Ex Parte Motion to Remove Counsel from CM/ECF Service List.

PLEASE TAKE NOTICE that Ace C. Van Patten, Esq. of Tiffany & Bosco, P.A.:

1.  Requests discontinuation of notice in these proceedings, and

2.  Requests to be removed from the CM/ECF Service List.

The following electronic emails are to be removed:

avp@tblaw.com                nvbk@tblaw.com

/././

1    The basis for this Motion is that the attorney referenced herein will no longer

2    be associated with the law firm of Tiffany & Bosco, P.A. after October 29, 2021.

3

4

5    DATED this 25th day of October, 2021.

6

7    **TIFFANY & BOSCO, P.A.**

8    By /s/ Ace C. Van Patten, Esq.
     **ACE C. VAN PATTEN, ESQ.**
9    10100 W. Charleston Boulevard, Suite 220
     Las Vegas, NV 89135
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26