*Mary A Schott*

Mary A. Schott
Clerk of Court

Entered on Docket
October 26, 2021

**TIFFANY & BOSCO, P.A.**
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787

Attorney for Selene Finance LP

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No. 19-16636-mkn |
| CENSO LLC., | Chapter 11 |
| Debtor. | **ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

### ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List filed by Ace C. Van Patten, Esq. of the law firm of Tiffany & Bosco, P.A. and with good cause appearing therefor,

/./././

/./././

1

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is hereby directed to discontinue notice in the above-captioned case and remove Ace C. Van Patten, Esq. from the CM/ECF Service List.

**IT IS SO ORDERED.**

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

By  /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

###