COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In Re:

CENSO LLC.

Debtor.

BK-S-19-16636-MKN
Chapter 11

**DECLARATION UNDER PENALTY OF PERJURY OF MELANI SCHULTE**

I, Melani Schulte, declare under penalty of perjury the following:

1. I receive $1,790.00 in rent/month from the tenant residing at 1161 Dana Maple Court, Las Vegas, Nevada 89123 property.

2. That my costs per month for property taxes, insurance and homeowner's association, management fee, annual warranty and trash expense are approximately $475.32/month.

3. That said property has been owned by Censo, LLC., and my predecessor corporation since 2014.

4. That the property taxes, insurance, as well as the Homeowners Association have been paid and are current.

5. That we have offered $1,106.34/month as offer of adequate protection.

6. That the Dana Maple property is necessary to reorganize.

7. In particular, the "crammed down" value of $280,000.00 (stipulation) will allow rent to pay for necessary costs as well as servicing mortgage.

* * *

* *

*

**I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED this 2 day of November, 2021.

MELANI SCHULTE -
Owner of Censo, LLC.

###