Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 04, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

CENSO LLC,

        Debtor.

Case No.: 19-16636-MKN
Chapter 11

**EVIDENTIARY HEARING**
Date: February 8, 2022
Time: 9:30 a.m.

**ORDER SCHEDULING EVIDENTIARY HEARING**[1]

On November 3, 2021, a status conference was held regarding the Motion to Value Collateral and Modify Rights of Federal National Mortgage Association ("Fannie Mae") c/o DiTech Financial, LLC, fka Green Tree Servicing Pursuant to 11 U.S.C. §506(a), §1111, and §1123 (5900 Negril Avenue, Las Vegas, NV 89130) (ECF No. 84) filed by Corey B. Beck, Esq. on behalf of CENSO LLC ("Debtor"). Appearances were made by Corey B. Beck, Esq. on behalf of Debtor and Michael W. Chen, Esq. for creditor, NewRez LLC dba Shellpoint Mortgage Servicing. No other appearances were made. At the request of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that an evidentiary hearing on the Motion to Value Collateral and Modify Rights of Federal National Mortgage Association ("Fannie Mae") c/o DiTech Financial, LLC, fka Green Tree Servicing Pursuant to 11 U.S.C. §506(a), §1111, and §1123 (5900 Negril Avenue, Las Vegas, NV 89130) (ECF No. 84) is hereby scheduled for **February 8, 2022 at 9:30 a.m.** before Judge Mike K. Nakagawa **by remote appearance, unless**

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

**otherwise ordered, via video ("Zoom"), unless otherwise ordered. A Courtroom Deputy will email participants a link to Zoom five (5) days prior to the trial which will include the necessary information to connect for remote participation, unless otherwise ordered.**

      **IT IS HEREBY ORDERED** that the Alternate Direct Testimony procedure under Local Rule 9017 will be followed in this case. The respective alternate direct declarations and exhibits must be submitted to opposing counsel no later than **January 19, 2022.** Exhibits and Witness Lists must be filed no later than **January 28, 2022**, both parties shall comply with Local Rule 9017(d)(3) for the submission of documents to the courtroom deputy. Any additional legal memoranda submitted by the parties must be served and filed no later than **January 28, 2022**. All other applicable provisions of Local Rule 9017(c), (d) and (e) shall apply.

      **IT IS FURTHER ORDERED** that Discovery shall be completed by **January 7, 2022.**

      **EXHIBITS/WITNESS LISTS: Each party shall contact and make arrangements with Cathy Shim, Courtroom Deputy, not later than five (5) business days before the trial or evidentiary hearing for all declarations or affidavits and exhibits to be lodged.** Each party shall provide the following:

      (1) Two copies of all declarations or affidavits and exhibits, which **must** be sequentially numbered with a bates or other numbering system, bound, tabbed, and accompanied by a properly completed "Exhibit Log," that conforms to the local form found on the court's website;

      (2) One copy of the party's written objections to the admission of any of the declarations or exhibits of an opposing party; and

      (3) All exhibits to which there is no objection shall be admitted by stipulation. Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an objection on another ground (e.g., relevance).

      (4) List of witnesses with correct spelling of the witnesses' full name.

      **IT IS SO ORDERED.**

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

1 CENSO LLC
2 ATTN: OFFICER OR MANAGING AGENT
  9811 W. CHARLESTON BLVD., SUITE 2-351
3 LAS VEGAS, NV 89117

**PART "A"**
**(Trial Statements)**

The trial statement(s) shall contain the following items:

1. The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.
2. A concise statement of the nature of the action and contentions of the parties.
3. A statement as to the core or non-core jurisdiction of the Court, with legal citations.
4. Stipulated facts.
5. Contested issues of law with concise memorandum of authority.
6. Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness (log attached).
7. Any special trial issue which requires the Court's attention.
8. The list of witnesses, with their addresses, expected to be called.

**\*\*Shaded Area for Court Personnel Use ONLY**

Hearing Date:                                           **NMC  ABL   MKN   GWZ   GS**

| EXHIBITS | | Case Title | | BK:<br>ADV: | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

11/4/21

# # #

4