United States Bankruptcy Court

District of Nevada

In re:                                                                      Case No. 19-16636-mkn

CENSO LLC.                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: valenzuel | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf910 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CENSO LLC., 9811 W. CHARLESTON BLVD., SUITE 2-351, LAS VEGAS, NV 89117-7528 |
| | + | CENSO LLC, ATTN: OFFICER OR MANAGING AGENT, 9811 W. CHARLESTON BLVD., SUITE 2-351, LAS VEGAS, NV 89117-7528 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| COREY B. BECK | on behalf of Plaintiff CENSO LLC. becksbk@yahoo.com |
| COREY B. BECK | on behalf of Debtor CENSO LLC. becksbk@yahoo.com |
| JAMIE COMBS | on behalf of Defendant NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING jamie.combs@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com |
| JAMIE COMBS | on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING jamie.combs@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com |
| JAMIE COMBS | |

District/off: 0978-2       User: valenzuel       Page 2 of 2

Date Rcvd: Nov 04, 2021       Form ID: pdf910       Total Noticed: 2

      on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION jamie.combs@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com

KRISTA J. NIELSON

      on behalf of Defendant BANK OF AMERICA KNielson@tblaw.com  nvbk@tblaw.com

MICHAEL W. CHEN

      on behalf of Creditor NEWREZ LLC  FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN

      on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN

      on behalf of Debtor CENSO LLC. bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

NATALIE L. WINSLOW

      on behalf of Defendant NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING natalie.winslow@akerman.com ariel.stern@akerman.com;akermanlas@akerman.com

NICHOLAS E. BELAY

      on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION nicholas.belay@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com

NICHOLAS E. BELAY

      on behalf of Creditor NEWREZ LLC  FKA NEW PENN FINANCIAL, LLC, DBA SHELLPOINT MORTGAGE SERVICING nicholas.belay@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com

NICHOLAS E. BELAY

      on behalf of Defendant NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING nicholas.belay@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com

NICHOLAS E. BELAY

      on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING nicholas.belay@akerman.com akermanlas@akerman.com;elizabeth.streible@akerman.com

RAMIR M. HERNANDEZ

      on behalf of Creditor SELENE FINANCE LP rhernandez@wrightlegal.net  jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

U.S. TRUSTEE - LV - 11

      USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 16

_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 04, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | Case No.: 19-16636-MKN |
| | ) | Chapter 11 |
| CENSO LLC, | ) | |
| | ) | |
| | ) | **EVIDENTIARY HEARING** |
| Debtor. | ) | Date: February 8, 2022 |
| | ) | Time: 9:30 a.m. |
| | ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING[1]**

On November 3, 2021, a status conference was held regarding the Motion to Value Collateral and Modify Rights of Federal National Mortgage Association ("Fannie Mae") c/o DiTech Financial, LLC, fka Green Tree Servicing Pursuant to 11 U.S.C. §506(a), §1111, and §1123 (5900 Negril Avenue, Las Vegas, NV 89130) (ECF No. 84) filed by Corey B. Beck, Esq. on behalf of CENSO LLC ("Debtor"). Appearances were made by Corey B. Beck, Esq. on behalf of Debtor and Michael W. Chen, Esq. for creditor, NewRez LLC dba Shellpoint Mortgage Servicing. No other appearances were made. At the request of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that an evidentiary hearing on the Motion to Value Collateral and Modify Rights of Federal National Mortgage Association ("Fannie Mae") c/o DiTech Financial, LLC, fka Green Tree Servicing Pursuant to 11 U.S.C. §506(a), §1111, and §1123 (5900 Negril Avenue, Las Vegas, NV 89130) (ECF No. 84) is hereby scheduled for **February 8, 2022 at 9:30 a.m.** before Judge Mike K. Nakagawa **by remote appearance, unless**

_____

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

1 **otherwise ordered, via video ("Zoom"), unless otherwise ordered.  A Courtroom Deputy**
2 **will email participants a link to Zoom five (5) days prior to the trial which will include the**
3 **necessary information to connect for remote participation, unless otherwise ordered.**

4        **IT IS HEREBY ORDERED** that the Alternate Direct Testimony procedure under Local
5 Rule 9017 will be followed in this case.  The respective alternate direct declarations and exhibits
6 must be submitted to opposing counsel no later than **January 19, 2022**.  Exhibits and Witness
7 Lists must be filed no later than **January 28, 2022**, both parties shall comply with Local Rule
8 9017(d)(3) for the submission of documents to the courtroom deputy.  Any additional legal
9 memoranda submitted by the parties must be served and filed no later than **January 28, 2022**.
10 All other applicable provisions of Local Rule 9017(c), (d) and (e) shall apply.

11        **IT IS FURTHER ORDERED** that Discovery shall be completed by **January 7, 2022.**
12        **EXHIBITS/WITNESS LISTS:  Each party shall contact and make arrangements**
13 **with Cathy Shim, Courtroom Deputy, not later than five (5) business days before the trial**
14 **or evidentiary hearing for all declarations or affidavits and exhibits to be lodged.**  Each
15 party shall provide the following:

16        (1) Two copies of all declarations or affidavits and exhibits, which **must** be
17 sequentially numbered with a bates or other numbering system, bound, tabbed, and accompanied
18 by a properly completed "Exhibit Log," that conforms to the local form found on the court's
19 website;

20        (2) One copy of the party's written objections to the admission of any of the
21 declarations or exhibits of an opposing party; and

22        (3) All exhibits to which there is no objection shall be admitted by stipulation.
23 Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an
24 objection on another ground (e.g., relevance).

25        (4) List of witnesses with correct spelling of the witnesses' full name.
26        **IT IS SO ORDERED.**

27 Copies sent via CM/ECF ELECTRONIC FILING
28 Copies sent via BNC to:

CENSO LLC
ATTN:  OFFICER OR MANAGING AGENT
9811 W. CHARLESTON BLVD., SUITE 2-351
LAS VEGAS, NV 89117

**PART "A"**
**(Trial Statements)**

The trial statement(s) shall contain the following items:

1.  The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.

2.  A concise statement of the nature of the action and contentions of the parties.

3.  A statement as to the core or non-core jurisdiction of the Court, with legal citations.

4.  Stipulated facts.

5.  Contested issues of law with concise memorandum of authority.

6.  Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness (log attached).

7.  Any special trial issue which requires the Court's attention.

8.  The list of witnesses, with their addresses, expected to be called.

**Shaded Area for Court Personnel Use ONLY

Hearing Date:                              **NMC ABL  MKN  GWZ  GS**

| EXHIBITS | | Case Title | | BK:<br>ADV: | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

11/4/21

# # #

4