COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) | BK-S-19-16636-MKN |
|---|---|---|
|  | ) | Chapter 11 |
| CENSO, LLC. | ) |  |
|  | ) | HEARING DATE: December 15, 2021 |
| Debtor. | ) | HEARING TIME:   9:30 AM |
|  | ) |  |

**STATUS REPORT RE: MOTION FOR RELIEF FROM STAY
PROPERTY: 1161 DANA MAPLE COURT, LAS VEGAS, NV 89123**

COMES NOW, Debtor, CENSO, LLC., ("Debtor"), by and through their attorney, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK files this Status Report as follows:

Undersigned counsel has had a lot of communication to opposing counsel well before the hearing including November 24, 2021, December 13, 2021 and December 14, 2021 email communication. Undersigned counsel is offering adequate protection. The offer is based on amortizing agreed value ($280,000.00) at 4.0% interest for 40 years = $1,170.23/month. Creditor is seeking adequate protection in the amount of $1,246.85/month, which is based on original loan amount. Bank has not applied the valuation of $280,000.00, as well as the amortization based on the valuation.

DATED this 14th day of December, 2021.

                           /s/ COREY B. BECK, ESQ.
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor